B1 (Official Form 1 (04/13)

| United States Bankruptcy Court for the District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Trump Entertainment Resorts, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Trump Hotels & Casino Resorts, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**13-3818402** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1000 Boardwalk at Virginia Avenue,**<br>**Atlantic City, New Jersey**<br>ZIP CODE **08401** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Atlantic** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above). | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding or against debtor is pending

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)**

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose.
- ☒ Debts are primarily business debts.

**Filing Fee (Check one box.)**

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

01:15848008.7

B1 (Official Form 1 (04/13)

Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Trump Entertainment Resorts, Inc. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** If more than two, attach additional sheet.) | | |
| Location Where Filed: **Camden, New Jersey—See Schedule 1** | Case Number: **09-13655** | Date Filed: **2/17/09** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **See Schedule 2** | Case Number: | Date Filed; |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | **X** _____ Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☒    No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

B1 (Official Form 1 (04/13)                                                                                    **Page 3**

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Trump Entertainment Resorts, Inc. |
|---|---|

| Signatures | |
|---|---|
| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>  Signature of Debtor<br><br>X _____<br>  Signature of Joint Debtor<br><br>  _____<br>  Telephone Number (if not represented by attorney)<br><br>  _____<br>  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐  I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>  (Signature of Foreign Representative)<br><br>X _____<br>  (Printed Name of Foreign Representative)<br><br>  _____<br>  Date |
| **Signature of Attorney\***<br><br>X _____<br>Signature of Attorney for Debtor(s)<br><br>**Matthew B. Lunn (No. 4119)**<br>**YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>**Rodney Square**<br>**1000 N. King Street**<br>**Wilmington, DE 19801**<br>**(302) 571-6600**<br><br>Date: September 9, 2014<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br><br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Robert Griffin<br>Title: **Chief Executive Officer**<br><br>Date: September 9, 2014 | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

## SCHEDULE 1

### Prior Bankruptcy Cases Filed By the Debtors Within the Last 8 Years

On February 17, 2009, each of the entities listed below, including the debtor in this chapter 11 case (collectively, the "**Debtors**"), filed for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey, and their chapter 11 cases were jointly administered under Case Number 09-13654-JHW:

- TER Development Co., LLC (Case No. 09-13664)

- Trump Entertainment Resorts, Inc. (Case No. 09-13655)

- Trump Entertainment Resorts Development Company, LLC (Case No. 09-13659)

- Trump Entertainment Resorts Holdings, L.P. (Case No. 09-13656)

- Trump Marina Associates, LLC (Case No. 09-13662)

- Trump Plaza Associates, LLC (Case No. 09-13661)

- Trump Taj Mahal Associates, LLC (Case No. 09-13660)

## SCHEDULE 2

### Pending Bankruptcy Cases Filed By Affiliated Debtors

On the date hereof, each of the entities listed below, including the debtor in this chapter 11 case (collectively, the "**Debtors**"), will file or have filed a voluntary petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only. The Debtors are the following entities (along with their federal tax identification numbers):

- TER Development Co., LLC (20-3540425)

- TERH LP Inc. (27-2991184)

- Trump Entertainment Resorts, Inc. (13-3818402)

- Trump Entertainment Resorts Development Company, LLC (22-3522230)

- Trump Entertainment Resorts Holdings, L.P. (13-3818407)

- Trump Marina Associates, LLC (22-2608426)

- Trump Plaza Associates, LLC (22-3241643)

- Trump Taj Mahal Associates, LLC (22-3136368)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------------x
                                        :
In re:                                  :  Chapter 11
                                        :
TRUMP ENTERTAINMENT RESORTS,            :  Case No. 14-_____ (___)
INC., et al.,¹                          :
                                        :  (Joint Administration Requested)
                    Debtors.            :
                                        :
------------------------------------------------------------------x
```

## DEBTORS' CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

Trump Entertainment Resorts, Inc. and its above-captioned affiliated debtors and

debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") have filed voluntary

petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et

seq. (the "**Bankruptcy Code**").  The following is the consolidated list of the Debtors' creditors

holding the 30 largest unsecured claims (the "**List**") based on the Debtors' books and records as

of approximately September 4, 2014.  The List is prepared in accordance with Rule 1007(d) of

the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases.  The List does not

include (a) persons who come within the definition of "insider" set forth in section 101(31) of the

Bankruptcy Code or (b) secured creditors.  The information contained herein shall neither

constitute an admission of liability by nor bind the Debtors or their estates.  The information

herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or

disputed, does not constitute a waiver of the rights of the Debtors or their estates to contest the

validity, priority, or amount of any claim.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 1 | THERMAL ENERGY LIMITED 1 | ATTN: ALEX NEGRON<br>1825 ATLANTIC AVE<br>P.O. BOX 15386<br>ATLANTIC CITY, NJ 08401<br>PHONE: 609-572-7120<br>FAX: 609-572-7200 | Utility | | 2,955,275.24 |
| 2 | LEVINE, STALLER, SKLAR, CHAN, BROWN & DONNELLY, P.A. | C/O: BRODSKY & DONNELLY PA<br>3030 ATLANTIC AVE<br>ATLANTIC CITY, NJ 08401<br>PHONE: 609-348-1300<br>FAX: 609-345-2473 | Litigation | | 1,494,261.32 |
| 3 | FERTITTA ACQUISITIONS CO. LLC | ATTN: RICHARD J. HASKINS<br>3485 WEST HARMON AVE, STE 125<br>LAS VEGAS, NV 89103<br>PHONE: 408-244-0125<br>FAX: 702-795-4252 | Trade Debt | Contingent | 1,469,340.00 |
| 4 | WMS GAMING CORP. | ATTN: NELLIE BERRIOS/RECEIPTS<br>23571 NETWORK PLACE<br>CHICAGO, IL 60673<br>PHONE: 847-785-3611<br>FAX: 847-785-3782 | Trade Debt | | 481,172.93 |
| 5 | OTIS ELEVATOR CO | ATTN: SEAN FLYNN<br>ONE FARM SPRINGS<br>FARMINGTON, CT 06032<br>PHONE: 856-235-5200<br>FAX: 856-642-4910 | Trade Debt | | 437,625.90 |
| 6 | SYSCO FOOD SERVICES OF PHILADELPHIA | ATTN: ANNA KALOGRIS/ACCOUNTS RECEIVABLE<br>600 PACKER AVE.<br>PHILADELPHIA, PA 19148<br>PHONE: 215-463-8200<br>FAX: 215-218-1618 | Trade Debt | | 436,407.25 |
| 7 | BALLY GAMING INC. | ATTN: CHRIS SCHUNK<br>6601 SOUTH BERMUDA RD<br>LAS VEGAS, NV 89119<br>PHONE: 702-584-7700<br>FAX: 609-407-2473 | Trade Debt | | 384,981.90 |

---

[1] The Debtors and their estates reserve their right to dispute the claims on this schedule on any basis.

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 8 | IGT, INC. | ATTN: DEA DRUMMAND<br>6355 S BUFFALO DRIVE<br>LAS VEGAS, NV 89113<br>PHONE: 775 448-7777<br>FAX: 775 448-0824 | Trade Debt | | 297,946.53 |
| 9 | BETFAIR INTERACTIVE US LLC | ATTN: HEAD OF LEGAL, BETFAIR LIMITED<br>WINSLOW ROAD, HAMMERSMITH EMBANKMENT<br>LONDON, W6 9HP, UNITED KINGDOM<br>PHONE: 310-846-4794<br>FAX: +44 (0)20 8834 8147 | Trade Debt | Contingent | 295,698.10 |
| 10 | CASINO CONTROL FUND | ATTN: KEVIN GARVEY<br>TENNESSEE AVE & BOARDWALK<br>ARCADE BUILDING<br>ATLANTIC CITY, NJ 08401<br>PHONE: 609-441-3746<br>FAX: 609-441-2030 | Other | | 283,943.73 |
| 11 | COOPER LEVENSON APRIL | ATTN: BARBARA FEDELI<br>1125 ATLANTIC AVENUE<br>ATLANTIC CITY, NJ 08401<br>PHONE: 609-344-6161<br>FAX: 609-344-0939 | Services | | 258,467.37 |
| 12 | ATLANTIC CITY LINEN SUPPLY INC. | ATTN: MARY ANNE HUGHES<br>18 N. NEW JERSEY AVENUE<br>ATLANTIC CITY, NJ 08401<br>PHONE: 609-345-5888<br>FAX: 609-485-2382 | Trade Debt | | 250,819.00 |
| 13 | CONNER STRONG COMPANIES | ATTN: LEWY SCANLON<br>401 ROUTE 73 NORTH<br>P.O. BOX 989<br>MARLTON, NJ 08053<br>PHONE: 856-552-4864<br>FAX: 856-795-1415 | Services | | 245,000.00 |
| 14 | INTERSTATE OUTDOOR ADVERTISING, L.P. | ATTN: CHRISTOPHER RULLI,<br>905 NORTH KINGS HIGHWAY<br>CHERRY HILL, NJ 08034<br>PHONE: 609-344-7009<br>FAX: 856-348-0292 | Trade Debt | | 230,362.20 |

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim |
|---|---|---|---|---|---|
| 15 | SOUTH JERSEY PAPER PRODUCTS | ATTN: LINDA NEWTON<br>2400 INDUSTRIAL WAY<br>VINELAND, NJ 08360<br>PHONE: 856-691-2605<br>FAX: 856-794-8979 | Trade Debt | | 214,959.93 |
| 16 | TOZOUR-TRANE (T/A) | ATTN: GENESSE ROSEMAN<br>3606 HORIZON DR<br>KING OF PRUSSIA, PA 19406<br>PHONE: 610-962-1600<br>FAX: 610-962-0230 | Trade Debt | | 166,259.62 |
| 17 | SIEMENS INDUSTRIES | ATTN: PETER TUBOLINO<br>1450 UNION MEETING ROAD<br>BLUE BELL, PA 19422<br>PHONE: 215-654-8040<br>FAX: 215-654-8041 | Trade Debt | | 164,970.83 |
| 18 | LATHER INC. | ATTN: ROB HOYT<br>76 N FAIR OAKS AVENUE<br>2ND FLOOR<br>PASADENA, CA 91103<br>PHONE: 626-397-9050<br>FAX: 310-251-1442 | Trade Debt | | 120,170.59 |
| 19 | ATLANTIC LIMOUSINE INC. | 130 N. FLORIDA AVENUE<br>ATLANTIC CITY, NJ 08401<br>PHONE: 609-348-2683<br>FAX: 609-348-2186 | Trade Debt | | 112,506.58 |
| 20 | ASIAN SUPERMARKET II | ATTN: YAN CHEN<br>700 BLACK HORSE PIKE<br>PLEASANTVILLE, NJ 08232<br>PHONE: 609-383-6188<br>FAX: 609-813-2138 | Trade Debt | | 97,773.86 |
| 21 | MAK MARKETING | ATTN: MARY ANN FAUST<br>PREMIUM PROGRAMMERS<br>288 LANCASTER AVE.<br>PO BOX 1407<br>MALVERN, PA 19355<br>PHONE: 610-296-5448<br>FAX: 610-296-5577 | Trade Debt | | 82,303.87 |

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 22 | GRAHAM CURTAIN, A PROFESSIONAL ASSOCIATION | ATTN: JUDY SALGADO<br>4 HEADQUARTERS PLAZA<br>PO BOX 31<br>MORRISTOWN, NJ 07960<br>PHONE: 973-292-1700<br>FAX: 973-292-1767 | Services | | 81,790.76 |
| 23 | BUCKHEAD BEEF COMPANY | ATTN: JOANN SEIG<br>220 RARITAN CENTER PARKWAY<br>EDISON, NJ 08837<br>PHONE: 404-355-4400<br>FAX: 404-355-4541 | Trade Debt | | 72,087.59 |
| 24 | DANIEL MULHERN, ENT. INC. | ATTN: KATHY KOONTZ<br>807 MILLBRIDGE COURT<br>GALLOWAY, NJ 08205<br>PHONE: 609-383-3200<br>FAX: 732-892-8600 | Trade Debt | | 66,256.00 |
| 25 | SUN WHOLESALE INC. | ATTN: RAPHAEL PURTA<br>2157 ADMIRAL WILSON BLVD<br>CAMDEN, NJ 08109<br>PHONE: 856-338-8949<br>FAX: 856-966-0267 | Trade Debt | | 64,039.95 |
| 26 | PHILADELPHIA COCA-COLA | ATTN: CAROL MARTIN<br>515 S. SHORE ROAD<br>MARMORA, NJ 08223<br>PHONE: 609-390-5062<br>FAX: 215-423-5557 | Trade Debt | | 60,864.22 |
| 27 | MCKELLA 280 INC. | ATTN: CYNDEE HUMPHREYS<br>7025 CENTRAL HIGHWAY<br>PENNSAUKEN, NJ 08109<br>PHONE: 856-813-1153<br>FAX: 856-813-1154 | Trade Debt | | 60,670.07 |
| 28 | SOBEL WESTEX | ATTN: LAURIE RUTTLE<br>2670 S. WESTERN AVE<br>LAS VEGAS, NV 89109<br>PHONE: 702-735-4973<br>FAX: 702-735-4957 | Trade Debt | | 56,989.13 |

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|------|------------------|------|------|------|------|
| 29 | M ROTHMAN GROUP | ATTN:  BILL LINDSAY<br>ONE LETHBRIDGE PLAZA<br>MAHWAH, NJ 07430<br>PHONE:  201-410-4398 | Trade Debt | | 54,500.00 |
| 30 | NELBUD POWER CLEANING CO. INC. | ATTN:  DREW CIALLELLA<br>1207 MOSS MILL RD<br>EGG HARBOR CITY, NJ 08215<br>PHONE:  609-965-6949<br>FAX:  609-965-3163 | Trade Debt | | 54,310.75 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

----------------------------------------------------------------x
                                                                :
In re:                                                          : **Chapter 11**
                                                                :
**TRUMP ENTERTAINMENT RESORTS,**                               : **Case No. 14—_____ (__)**
**INC., et al.,**[1]                                            :
                                                                : **(Joint Administration Requested)**
                        **Debtors.**                            :
                                                                :
----------------------------------------------------------------x

## DECLARATION CONCERNING DEBTORS' CONSOLIDATED LIST
## OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, Robert Griffin, Chief Executive Officer of Trump Entertainment Resorts, Inc.,

one of the above-captioned debtors and debtors in possession, declare under penalty of

perjury under the laws of the United States of America that I have reviewed the foregoing

*Debtors' Consolidated List of Creditors Holding 30 Largest Unsecured Claims* submitted

herewith and that the information contained therein is true and correct to the best of my

knowledge, information, and belief.

Date: September __9__, 2014         TRUMP ENTERTAINMENT RESORTS, INC., on
                                    behalf of itself and its affiliated Debtors and Debtors in
                                    Possession

                                    _____
                                    Robert Griffin, Chief Executive Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407),
Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC
(6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425)
and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue,
Atlantic City, NJ 08401.

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

|  |  |
|---|---|
| **In re:** | : Chapter 11 |
| **TRUMP ENTERTAINMENT RESORTS, INC., et al.,**[1] | : Case No. 14–_____ (___) |
|  | : **(Joint Administration Requested)** |
| **Debtors.** | : |

-------------------------------------------------------------x

## LIST OF EQUITY SECURITY HOLDERS OF
## <u>TRUMP ENTERTAINMENT RESORTS, INC.</u>

Attached is the list of the equity security holders of Trump Entertainment Resorts, Inc. as of the date hereof.  This list is being filed pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Management Co., LLC (0648), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

AST3-111A-B

AMERICAN STOCK TRANSFER & TRUST COMPANY                    08/20/2014          PAGE    1

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550

TRUMP ENTERTAINMENT RESORTS INC

0000010020
CERT:            6.625 D/R:
BOZENA ADAMS TRUST TR UA MAY 01 90
BOZENA ADAMS & CHARLES R ADAMS
2121 N OCEAN BLVD 1009W
BOCA RATON, FL 33431-7882

6.625 0000010033
CERT:            2.564 D/R:
EDWARD C ANDERSON &
MYRLE M ANDERSON JT TEN
5741 BROWN ROAD
OREGON, OH 43616-5855

2.564 0000010048
CERT:            6.625 D/R:
KENNETH E ASHENBRENNER
2541 LOVEWOOD DRIVE
WISCONSIN RAPIDS, WI 54494-7451

6.625 0000010103
CERT:    2,254,987
AVENUE NJ ENTERTAINMENT LLC
399 PARK AVE 6THFL ATT G.QUIJANO
NEW YORK NY 10022

2,254,987
D/R:

0000010135
CERT:            5   D/R:
MR RUSSELL BALSILLIE &
MRS WENDY BALSILLIE JTWROS
2 HILLSIDE GARDENS
WESTHILL
ABERDEEN AB32 6PB
UNITED KINGDOM

5   0000010025
CERT:            3.312 D/R:
ROY LEONARD BENEDICT TRUST
ROY LEONARD BENEDICT TR UA 03/17/88
492 CHETWOOD ST
OAKLAND, CA 94610-2649

3.312 0000010097
CERT:            3   D/R:
M S BENZINGER &
P MCCUBBIN TR
UA 02/23/06
BLUM FAMILY TRUST
7907 RAMBLE VIEW APT 204
CINCINNATI, OH 45231-6083

3   0000010210
CERT:            30   D/R:
ELLIOT J BILHARTZ JR
1508 RIDGMAR BLVD
FORT WORTH TX 76116-1965

30

0000010007
CERT:            2.564 D/R:
WESLEY J BLOCK &
JANET K BLOCK JT TEN
N5882 FAIRWAY DRIVE
FREDONIA, WI 53021-9742

2.564 0000010188
CERT:            6   D/R:
JIM R BOLLING &
MARGARET BOLLING JT TEN
609 SOPHIE LN
COLLEYVILLE TX 76034

6   0000010189
CERT:            1   D/R:
JIM R BOLLING
609 SOPHIE LN
COLLEYVILLE TX 76034-3270

1   0000010094
CERT:            7   D/R:
HERBERT H BOWMAN TR
UA 06/14/96
BOWMAN FAMILY TRUST
2205 MOREING RD
STOCKTON, CA 95204-3846

7

0000010168
CERT:            2   D/R:
DAVID BREDHOFF
7831 NW ROANRIDGE RD
7879-G
KANSAS CITY MO 64151-1372

2   0000010166
CERT:            2   D/R:
MATTHEW BREDHOFF
56 TREE BROOK DR
ROCHESTER NY 14625-1633

2   0000010211
CERT:            26   D/R:
PATRICIA M BULLOCH
3017 LAREDO DR
FORT WORTH TX 76116-3319

26   0000010067
CERT:    1,949,875.663 D/R:
CEDE & CO (FAST ACCOUNT)
PO BOX 20
BOWLING GREEN STATION
NEW YORK NY 10004

1,949,875.663

0000010032
CERT:            5.129 D/R:
PAULA CHAMELI
16 OLD ORCHARD
WILLIAMSVILLE, NY 14221-2106

5.129 0000010005
CERT:            7.694 D/R:
ANTHONY L CIUFFREDA
5 HEADQUARTERS ROAD
WHITEHOUSE STATION, NJ 08889-4017

7.694 0000010154
CERT:            3   D/R:
STEPHEN COGUT
C/O SIDLEY & AUSTIN
787 7TH AVE FL 20
NEW YORK NY 10019-6018

3   0000010044
CERT:            .993 D/R:
GERTRUDE J COLEMAN
45 GRAND AVENUE
DOVER NJ 07802

.993

AST3-111A-B

AMERICAN STOCK TRANSFER & TRUST COMPANY                    09/10/2014          PAGE    2

\*\*\*  LIST  OF  SHAREHOLDERS  \*\*\*

COMPANY: 16550                          TRUMP ENTERTAINMENT RESORTS INC

| | | | |
|---|---|---|---|
| 0000010036 | .662 0000010022 | 3.312 0000010085 | 330,632 0000010069 | 1,403,330 |

0000010036
CERT:              .662 D/R:            .662
MICHAEL W COLEMAN
603 CHAPEL TERRACE
HAVRE DE GRACE, MD 21078-2517

0000010022
CERT:                3.312 D/R:        3.312
SARAH COLEMAN TRUST
SARAH COLEMAN TR UA AUG 9 1982
935 CROOKED WOOD COURT
NEW SMYRNA BEACH, FL 32168-7942

0000010085
CERT:        330,632    D/R:      330,632
CONTINENTAL CASUALTY COMPANY
333 SOUTH WABASH AVENUE
CHICAGO, IL 60604-4107

0000010069
CERT:   1,403,330  D/R:     1,403,330
CONTRARIAN FUNDS LLC
411 WEST PUTNAM AVENUE SUITE 425
GREENWICH, CT 06830-6263


0000010055
CERT:          16.562 D/R:      16.562
JOHN W COOPER
BOX 3947
ODESSA, TX 79760-3947

0000010122
CERT:              5    D/R:           5
GEORGINA H CRANDALL TOD
BRUCE B BARTLETT
SUBJECT TO STA TOD RULES
4229 LILLY GLEN CT
N LAS VEGAS NV 89032-3099

0000010158
CERT:              1    D/R:           1
ROSEMARY S CROSS
4153 SHORES CT
FORT WORTH TX 76137

0000010021
CERT:             1.282 D/R:       1.282
SCOTT DAHLKE
1121 PINEHURST CT
ANTIOCH IL 60002


0000010066
CERT:            3.312 D/R:       3.312
THOMAS R DARMODY
RIDDLE VILLAGE
509 LEXINGTON
MEDIA PA 19063-6024

0000010178
CERT:              9    D/R:           9
D GAYLE DAWSON
6608 RIVER BEND RD
FORT WORTH TX 76132-1120

0000010179
CERT:             16    D/R:          16
ELLIS C DAWSON
6608 RIVER BEND RD
FORT WORTH TX 76132-1120

0000010221
CERT:             44    D/R:          44
DB INVESTMENTS LP
A PARTNERSHIP
6106 NUTCRACKER DR
GRANBURY TX 76049-4179


0000010197
CERT:             21    D/R:          21
GRANT DEGRENDEL &
CHRISTINE A DEGRENDEL JT TEN
757 BIRCH TREE LANE
ROCHESTER MI 48306-3306

0000010015
CERT:            14.106 D/R:      14.106
THOMAS P DENGLER
13600 MARINA POINTE DRIVE #1708
MARINA DEL REY, CA 90292-9254

0000010232
CERT:              1    D/R:           1
DIANE DENMAN TOD
CATHERINE GRAHAM
SUBJECT TO STA TOD RULES
7053 HICKORY LANE
URBANDALE IA 50322

0000010012
CERT:             2.649 D/R:       2.649
TINA DEPREZ
4055 N DOWNER AVE
SHOREWOOD, WI 53211-2127


0000010165
CERT:       6,666    D/R:       6,666
MARIO DIGUISEPPE

0000010027
CERT:            3.312 D/R:       3.312
CLYDE BLAIRE DOBBIE TRUST
CLYDE BLAIR DOBBIE TR UA OCT 29 85
8458 CLIFFRIDGE AVENUE
LA JOLLA, CA 92037-2108

0000010087
CERT:           115    D/R:         115
SALLY DOULIS
160 FREDERICK ST
APT NO 203
TORONTO ON
CANADA M5A 4H9

0000010224
CERT:              8    D/R:           8
PATRICK DRUMM
BOX 1536
RANCHOS DE TAOS NM 87557-1536

AST3-111A-B

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550                              TRUMP ENTERTAINMENT RESORTS INC

```
0000010174                38   0000010175             2    0000010051        5.129  0000010041        2.564
CERT:        38   D/R:         CERT:        2    D/R:      CERT:        5.129 D/R:   CERT:        2.564 D/R:
JAMES E DUNN &                 MARY FRANCES DUNN           JULIUS EAGERMAN TRUST           FREDERICK H EBELING
MARY FRANCES DUNN JT TEN       621 DUNN LN                 JULIUS EAGERMAN TR UA SEP 12 1989  350 WOODROW ST
621 DUNN LN                    WEATHERFORD TX 76088-6400   800 NW 96TH TERRACE             DENMARK WI 54208
WEATHERFORD TX 76088-6400                                  PEMBROKE PINES, FL 33024-6237
```

```
0000010184                 8   0000010086           192    0000010089          192   0000010088          346
CERT:         8   D/R:         CERT:       192   D/R:      CERT:       192   D/R:     CERT:       346   D/R:
DALLAS J EDGING                CONSTANCE FILIPPELLI TRUST  GUY FILIPPELLI TR              AMERIPRISE TRUST CO CUST
117 NW JILL ANN DR             CONSTANCE FILIPPELLI        GUY FILIPPELLI TRUST          GUY FILIPPELLI L/S ROTH IRA
BURLESON TX 76028-5609         601 DIANA COURT             601 DIANA COURT               601 DIANA COURT
                               BENSENVILLE, IL 60106-3223  BENSENVILLE, IL 60106-3223    BENSENVILLE, IL 60106-3223
```

```
0000010090                76   0000010045        1.656    0000010111           26   0000010057       19.492
CERT:        76   D/R:         CERT:        1.656 D/R:     CERT:        26   D/R:     CERT:       19.492 D/R:
AMERIPRISE TRUST CO CUST       LESLIE S FISHLER &          HARRY M PLAVIN                JOHN STUART FORBES &
JESSICA FILIPPELLI ROTH IRA    MEREDITH KAREN LASKOW JT TEN  124 ENCINO AVE             CYNTHIA FORBES TRUST
601 DIANA COURT                606 SOLANO CIRCLE           SAN ANTONIO, TX 78209-5615    TR UA DEC 29 1992
BENSENVILLE, IL 60106-3223     PLACENTIA, CA 92870-6230                                  2526 HERITAGE DRIVE
                                                                                         HELENA, MT 59601-5651
```

```
0000010040             3.312   0000010046        4.968    0000010205            4   0000010082       26,451
CERT:        3.312 D/R:        CERT:        4.968 D/R:     CERT:        4    D/R:     CERT:       26,451 D/R:
MARTIN L FRANK                 LARRY FRANKS                JOHN A FRUIT                  MANULIFE GLOBAL FUND U S SPECIAL
7247 VIA PALOMAR               2100 COUNTRY CLUB RD        1137 TRINITY DR               OPPORTUNITIES FUND
BOCA RATON, FL 33433-5923      TUPELO MS 38804             BENBROOK TX 76126-4235        101 HUNTINGTON AVE 7TH FLOOR
                                                                                         BOSTON, MA 02199-7607
```

```
0000010230                 3   0000010001        9.937    0000010113            3   0000010177           18
CERT:         3   D/R:         CERT:        9.937 D/R:     CERT:        3    D/R:     CERT:        18   D/R:
MICHAL GAL &                   ALBERT J GAMBALE            CAROL GASTON TR               JAMES H GAULT
NACHSHON GAL JT TEN            12 ADAMS CT                 UA 06/24/04                   8208 SHADY VALLEY
3 ROMANO ST                    ROCKVILLE CENTRE, NY 11570-2213  JOYCE S HENRY SUPPLEMENTAL  BENBROOK TX 76116
TEL AVIV ISRAEL 69018                                      NEEDS TRUST
                                                           6112 BETTINGER
                                                           COLLEYVILLE TX 76034
```

AST3-111A-B                                    AMERICAN STOCK TRANSFER & TRUST COMPANY            08/28/2014            PAGE      4

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550                                    TRUMP ENTERTAINMENT RESORTS INC

| | | | |
|---|---|---|---|
| 0000010146                    1<br>CERT:        1       D/R:<br>ARTHUR P GEORGE JR &<br>PATRICIA C GEORGE JT TEN<br>317 PENINSULA CT<br>GRANBURY TX 76048 | 0000010147                    6<br>CERT:        6       D/R:<br>ARTHUR P GEORGE JR<br>317 PENINSULA CT<br>GRANBURY TX 76048-2887 | 0000010170                    3<br>CERT:        3       D/R:<br>CARROLL E GILBREATH<br>3121 NORTH FOLK CT<br>GRANBURY TX 76049 | 0000010207                    3<br>CERT:        3       D/R:<br>NILI GOLD<br>6 VITKIN ST<br>HAIFA ISRAEL |
| 0000010234                    6<br>CERT:        6       D/R:<br>HARVEY GOLDBERG &<br>ROSALIE GOLDBERG JT TEN<br>130 S 18TH ST UNIT 2004<br>PHILADELPHIA PA 19103-4929 | 0000010100              30,765<br>CERT:     30,765    D/R:<br>GOLDENTREE ENTRUST INTERMEDIATE<br>FUND SPC<br>390 PARK AVENUE 21ST FLOOR<br>NEW YORK, NY 10022-7403 | 0000010073             234,816<br>CERT:    234,816    D/R:<br>GOLDENTREE PARTNERS LP<br>300 PARK AVENUE 21ST FLOOR<br>NEW YORK, NY 10022-7403 | 0000010074              22,947<br>CERT:     22,947    D/R:<br>GOLDENTREE (100) LP<br>300 PARK AVENUE 21ST FLOOR<br>NEW YORK NY 10022 |
| 0000010076              27,100<br>CERT:     27,100    D/R:<br>GOLDENTREE PARTNERS II LP<br>300 PARK AVENUE 21ST FLOOR<br>NEW YORK NY 10022 | 0000010075             394,790<br>CERT:    394,790    D/R:<br>GOLDENTREE OFFSHORE FUND LTD<br>300 PARK AVENUE 21ST FLOOR<br>NEW YORK NY 10022 | 0000010077              60,337<br>CERT:     60,337    D/R:<br>GOLDENTREE OFFSHORE FUND II LTD<br>300 PARK AVENUE 21ST FLOOR<br>NEW YORK NY 10022 | 0000010130                    2<br>CERT:        2       D/R:<br>ANNETTE GOLDMAN<br>12 CYPRESS RD<br>WELLESLEY MA 02481-2937 |
| 0000010143                   24<br>CERT:       24       D/R:<br>LAWRENCE A GOODMAN &<br>CHARLENE E GOODMAN JT TEN<br>COMMUNITY PROPERTY<br>212 PENNINSULA CT<br>GRANBURY TX 76048 | 0000010112                   18<br>CERT:       18       D/R:<br>TERESA GRADIDGE &<br>CHRISTOPHER D GRADIDGE JT TEN<br>1200 LOURDES DR<br>SOUTHLAKE, TX 76092-8858 | 0000010213                   12<br>CERT:       12       D/R:<br>GRAND LODGE OF KNIGHT OF<br>PYTHIAS OF TEXAS<br>118 SOUTH WARD DRIVE<br>LONGVIEW TX 75604-5052 | 0000010120                    4<br>CERT:        4       D/R:<br>SIDNEY P GRANT &<br>COLLEEN M GRANT JT TEN<br>3203 QUEENSBURY WAY W<br>COLLEYVILLE TX 76034-4741 |
| 0000010121                   10<br>CERT:       10       D/R:<br>SIDNEY P GRANT<br>3203 QUEENSBURY WAY W<br>COLLEYVILLE TX 76034-4741 | 0000010101                    2<br>CERT:        2       D/R:<br>SUSAN S GRECO<br>420 N SPRING GARDEN ST<br>AMBLER, PA 19002-3414 | 0000010208                    5<br>CERT:        5       D/R:<br>BILLY T GREEN<br>8917 BONTURA RD<br>GRANBURY TX 76049-4310 | 0000010118              31,250<br>CERT:     31,250    D/R:<br>ROBERT F GRIFFIN |

AST3-111A-B

AMERICAN STOCK TRANSFER & TRUST COMPANY          08/20/2014          PAGE     5

\*\*\*  LIST  OF  SHAREHOLDERS  \*\*\*

COMPANY: 16550                          TRUMP ENTERTAINMENT RESORTS INC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0000010156<br>CERT:       93,750    D/R:<br>ROBERT F GRIFFIN | 93,750 | 0000010139<br>CERT:       15    D/R:<br>ALAN L GUINN<br>1909 PATTON CT<br>FORT WORTH TX 76110-1249 | 15 | 0000010190<br>CERT:       13    D/R:<br>STEPHANIE HAAS<br>3032 MISTY HARBOUR DR<br>LAS VEGAS NV 89117 | 13 | 0000010187<br>CERT:        1    D/R:<br>KATHRYN S HARDIN<br>197 BOYD LANE<br>WEATHERFORD TX 76088 | 1 |
| 0000010186<br>CERT:       10    D/R:<br>ANNA V HART<br>4313 OAKRIDGE RD<br>FORT WORTH TX 76135 | 10 | 0000010185<br>CERT:        9    D/R:<br>IRA J HART<br>4313 OAKRIDGE RD<br>FORT WORTH TX 76135 | 9 | 0000010128<br>CERT:        2    D/R:<br>HARRIS HAUPTMAN &<br>CARIN HAUPTMAN JT TEN<br>2148 AVENIDA TORONJA<br>CARLSBAD CA 92009-9706 | 2 | 0000010029<br>CERT:       3.312 D/R:<br>ROBERT E HODGES &<br>CLAIRE L HODGES TEN ENT<br>2415 SUNSET FARM RD<br>ELLICOTT CITY, MD 21042-1631 | 3.312 |
| 0000010058<br>CERT:       1.282 D/R:<br>JOHN G HODGSON<br>817 GRANT ST<br>HAZLETON, PA 18201-2316 | 1.282 | 0000010199<br>CERT:        4    D/R:<br>CARROLL B HOLLEY<br>9800 EASLEY ST<br>FORT WORTH TX 76108-1013 | 4 | 0000010039<br>CERT:       5.129 D/R:<br>MARY-LOU HOPKINS<br>8502 EDGEMERE RD APT 113<br>DALLAS TX 75225 | 5.129 | 0000010141<br>CERT:        5    D/R:<br>CLADA M HOSKINS TR<br>CLADA M HOSKINS REVOCABLE<br>TRUST UA 06/26/12<br>BOX 732<br>LINDSAY CA 93247-0732 | 5 |
| 0000010030<br>CERT:       8.281 D/R:<br>RICHARD E HOUGHTON &<br>KATHRYN M HOUGHTON JT TEN<br>11 APPLEWOOD DRIVE<br>EDISON, NJ 08820-1256 | 8.281 | 0000010137<br>CERT:        6    D/R:<br>JAMES R HOYER &<br>VALERIE HOYER JT TEN<br>1446 MORNINGSIDE DR<br>OREFIELD PA 18069 | 6 | 0000010138<br>CERT:       11    D/R:<br>JAMES R HOYER<br>1446 MORNINGSIDE DR<br>OREFIELD PA 18069 | 11 | 0000010061<br>CERT:       1.656 D/R:<br>HUFFAKER TRUST TR UA FEB 16 1999<br>MARK G HUFFAKER<br>1310 MARLIN PLACE<br>TRACY, CA 95376-2931 | 1.656 |
| 0000010119<br>CERT:       22,322    D/R:<br>DAVID R HUGHES | 22,322 | 0000010157<br>CERT:       66,966    D/R:<br>DAVID R HUGHES | 66,966 | 0000010115<br>CERT:       1,000    D/R:<br>ICANN PARTNERS LP<br>767 FIFTH AVE 46TH FLOOR<br>NEW YORK NY 10153 | 1,000 | 0000010096<br>CERT:      986,266    D/R:<br>INTERSTATE 15 HOLDINGS LP<br>333 S GRAND AVENUE FLOOR 28<br>LOS ANGELES, CA 90071-1504 | 986,266 |

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550                              TRUMP ENTERTAINMENT RESORTS INC

| | | | |
|---|---|---|---|
| 0000010037<br>CERT:          2.564 D/R:<br>MAX ISAACS &<br>DORIS ISAACS JT TEN<br>11 MARTINS RUN<br>MEDIA PA 19063 | 2.564 0000010064<br>CERT:          3.312 D/R:<br>HYMAN IZRAELI<br>31 EASTERN PKWY<br>WEST CALDWELL, NJ 07006-7215 | 3.312 0000010108<br>CERT:          2   D/R:<br>AMY JOELSON SUZANNE JOELSON<br>JOHN JOELSON TR UA 04/20/94<br>BY BLANCHE JOELSON<br>575 MAIN ST APT N 1909<br>NEW YORK, NY 10044-0145 | 2   0000010151          12<br>CERT:          12   D/R:<br>AGNES M JOHNSON<br>412 S DAVIS ST<br>WEST TX 76691 |
| 0000010204<br>CERT:          8   D/R:<br>LARRY JOHNSON<br>10409 GRAY OAK LN<br>FORT WORTH TX 76108-3768 | 8   0000010144<br>CERT:          20   D/R:<br>MAYNARD K JOHNSON &<br>JANICE A JOHNSON JT TEN TEN COM<br>5112 WHISTLER DR<br>FORT WORTH TX 76133 | 20   0000010145<br>CERT:          23   D/R:<br>MAYNARD K JOHNSON<br>5112 WHISTLER DR<br>FORT WORTH TX 76133-5021 | 23   0000010010          16.562<br>CERT:          16.562 D/R:<br>VIVIENNE JILL JOLLES TRUST<br>VIVIENNE JILL JOLLES TR<br>UA AUG 29 1988<br>4730 K LA VILLA MARINA DRIVE<br>MARINA DEL REY, CA 90292-7027 |
| 0000010034<br>CERT:          3.847 D/R:<br>NORBERT A JONTZA<br>1024 N LAKESIDE DRIVE<br>LAKE WORTH, FL 33460-2308 | 3.847 0000010013<br>CERT:          1.656 D/R:<br>BARBARA M KAMINSKY<br>5097 RAVENWOOD DRIVE<br>MARIETTA, GA 30066-1337 | 1.656 0000010043<br>CERT:          3.312 D/R:<br>LOUIS G KATZ<br>1173 BEECHWOOD BLVD<br>PITTSBURGH, PA 15206-4545 | 3.312 0000010070          2,442,267<br>CERT:     2,442,267   D/R:<br>UBS SECURITIES LLC<br>F/B/O KINGS ROAD HOLDINGS XIV LTD<br>POLYGON INVESTMENT PARTNERS LLP<br>4 SLOANE TERRACE<br>LONDON<br>UNITED KINGDOM SW1X 9DQ |
| 0000010026<br>CERT:          6.412 D/R:<br>RONALD K KO &<br>BARBARA Y KO COMMUNITY PROPERTY<br>3372 EL SUYO DRIVE<br>SAN RAMON, CA 94583-3032 | 6.412 0000010011<br>CERT:          3.312 D/R:<br>VINCENT J KOEHLER &<br>LOIS C KOEHLER JT TEN<br>116 LAKE DRIVE<br>SOUTH MILWAUKEE, WI 53172-1235 | 3.312 0000010047<br>CERT:          8.281 D/R:<br>KRISMAN FAMILY TRUST TR UA<br>FEB 17 1999 HAROLD T KRISMAN<br>& JOANNE KRISMAN<br>3237 AVENIDA REPOSO<br>ESCONDIDO, CA 92029-7936 | 8.281 0000010176          15<br>CERT:          15   D/R:<br>DONALD B LANGSTON<br>3304 HUNTER COVE DR<br>ARLINGTON TX 76001-6638 |
| 0000010140<br>CERT:          14   D/R:<br>BRUCE E LARANCE<br>4303 DALEVALE CT<br>FORT WORTH TX 76135 | 14   0000010192<br>CERT:          2   D/R:<br>LINDA G LEONHARDT<br>BOX 880<br>ALEDO TX 76008-0880 | 2   0000010018<br>CERT:          2.564 D/R:<br>STANLEY L LEVITAS &<br>ANN V LEVITAS JT TEN<br>287 HERON WAY TERRACE<br>HOLLAND, PA 18966-2025 | 2.564 0000010019          2.564<br>CERT:          2.564 D/R:<br>STANLEY L LEVITAS<br>287 HERON WAY TERRACE<br>HOLLAND, PA 18966-2025 |

AST3-111A-B

AMERICAN STOCK TRANSFER & TRUST COMPANY                08/20/2014        PAGE    7

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550                        TRUMP ENTERTAINMENT RESORTS INC

| | | | |
|---|---|---|---|
| 0000010017 | 2.564 | 0000010016 | 1.282 | 0000010099 | 34 | 0000010009 | 2.564 |

0000010017
CERT:        2.564 D/R:
SYLVIA LEVY &
DAVID Z LEVY JT TEN
4942 TIERRA DEL SOL DRIVE
LAS VEGAS, NV 89113-1370

2.564  0000010016
CERT:        1.282 D/R:
BERNICE C LINDNER
1375 OVERLOOK DRIVE
DEWEY, AZ 86327-5331

1.282  0000010099
CERT:        34    D/R:
NORMAN LINEFSKY
79 ANDOVER DR
KENDALL PARK, NJ 08824-7009

34   0000010009
CERT:        2.564 D/R:
WALTER LIVEZEY &
PATRICIA LIVEZEY JT TEN
49 LONGHORN DRIVE
BUFFALO, WY 82834-9316

2.564

0000010163
CERT:        3,333   D/R:
EDWARD LLAMBIAS

3,333  0000010209
CERT:        15    D/R:
KERRY J LOCKE
135 CHAPEL DR
ANDOVER KS 67002-9563

15   0000010171
CERT:        5    D/R:
LYNNE M MANN TR
UA 07/30/09
SONNA L WHALEN REV TRUST
1812 WAGNER RD
GLENVIEW IL 60025-2314

5   0000010142
CERT:        5    D/R:
WILLIAM D MARTIN
2300 EDWIN ST
FORT WORTH TX 76110-6634

5

0000010203
CERT:        6    D/R:
SANDRA M MASON
4601 SHADY LAKE DR
N RICHLAND HILLS TX 76180

6   0000010062
CERT:        1.282 D/R:
JACK D MATTIS &
ARLENE L MATTIS JT TEN
1711 MORNINGSIDE DRIVE
RAPID CITY, SD 57701-8080

1.282  0000010172
CERT:        2    D/R:
PHILLIP R MCCLURKIN &
PATRICIA A MCCLURKIN JT TEN
927 FOREST CREEK ST
BENBROOK TX 76126

2   0000010164
CERT:        6,666   D/R:
DANIEL MCFADDEN

6,666

0000010219
CERT:        8    D/R:
DOUGLAS E MCFADIN
PMB 313
900 N WALNUT CREEK 100
MANSFIELD TX 76063

8   0000010183
CERT:        2    D/R:
DONNA K MCKEE
3401 SW 15TH AVE APT C
AMARILLO TX 79102-2038

2   0000010162
CERT:        6,666   D/R:
KATHLEEN MCSWEENEY

6,666  0000010107
CERT:        1    D/R:
FREDERICK J MEAGHER EX
E O BARBARA A SHERWOOD
15 HAWLEY ST
BINGHAMTON, NY 13901-3207

1

0000010161
CERT:        6,666   D/R:
MICHAEL MELLON

6,666  0000010124
CERT:        32    D/R:
MERRICK FAMILY FOUNDATION
3625 GREENBRIAR
DALLAS TX 75225-5106

32   0000010059
CERT:        1.656 D/R:
HOWARD MILLS JR
39340 KEITHS CIRCLE
ZEPHYRHILLS, FL 33542-2952

1.656  0000010114
CERT:        8    D/R:
WANDA F MOORE
2507 CEDAR CREST CT
GRANBURY TX 76048-5821

8

AST3-111A-B                    AMERICAN STOCK TRANSFER & TRUST COMPANY          08/20/2014          PAGE     8

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550                              TRUMP ENTERTAINMENT RESORTS INC

| | | | |
|---|---|---|---|
| 0000010116<br>CERT:         6      D/R:<br>THOMAS E MORGAN<br>BOX 5<br>GOBER TX 75443 | 6 | 0000010218<br>CERT:         9      D/R:<br>JIMMY R MURPHY<br>3375 FM RD 51 N<br>WEATHERFORD TX 76085-8217 | 9 |
| 0000010193<br>CERT:         49     D/R:<br>JACK NAGEL &<br>GITTA NAGEL TR<br>12/17/87<br>FBO NAGEL FAMILY LIVING TRUST<br>6222 WILSHIRE BLVD SUITE 400<br>LOS ANGELES CA 90048-5100 | 49 | 0000010063<br>CERT:         1.282 D/R:<br>IRLAN W NEAS<br>P.O. BOX 770038<br>STEAMBOAT SPRINGS, CO 80477-0038 | 1.282 |

0000010216        17    0000010182        2     0000010002  1.282 0000010214        2
CERT:         17      D/R:     CERT:         2      D/R:     CERT:         1.282 D/R:     CERT:         2      D/R:
RICHARD MONS NESS          GERRY M NICHOLS &          ANN NIEDERMAN          GLENA NIESWIADOMY
9248 CITRUS VIEW CT          PAMELA B NICHOLS JT TEN          153 COURSE DE PASTURE APT E          6101 OLD DENTON RD 216
SAN DIEGO CA 92126-5555          129 LAKESIDE OAKS CIRCLE          FREEHOLD, NJ 07728-5217          FORT WORTH TX 76131
                    LAKESIDE TX 76135

0000010198        6     0000010035  1.282 0000010215        7     0000010126        11
CERT:         6      D/R:     CERT:         1.282 D/R:     CERT:         7      D/R:     CERT:         11     D/R:
GILMER L NORRIS          NANCY-ALAN OCHS          STEVEN A OWEN          SCOTT PALMER VMD &
1105 DELL ST          6251 N 2025TH STREET          6404 DIAMOND LOCH N          TRACEY PALMER EMSLIE TR UW
FORT WORTH TX 76108-1010          WILLOW HILL, IL 62480-2419          N RICHLND HLS TX 76180-8456          FRANK PALMER TRUST
                              ATTN JANET PALMER
                              BOX 359
                              CLARKSBURG NJ 08510-0359

0000010196        12    0000010104        3     0000010226  13.249 0000010110        56
CERT:         12     D/R:     CERT:         3      D/R:     CERT:         13.249 D/R:     CERT:         56     D/R:
LEONARD B PARKER          PATRICIA A PATRAZ          HEIDE I PATTON          JAMES L PAYNE &
5524 WESTCREEK DR          315 W MACARTHUR AVE          4813 SENORA CREEK COURT          ARLENE R PAYNE JT TEN
FORT WORTH TX 76133-2244          EAU CLAIRE, WI 54701-6326          AUSTIN TX 78735          5489 FIELDWOOD DR
                              HOUSTON, TX 77056-2709

0000010217        2     0000010229        11    0000010201        3     0000010127        2
CERT:         2      D/R:     CERT:         11     D/R:     CERT:         3      D/R:     CERT:         2      D/R:
PEGGY G PENNEY          GRACE H PHILLIPS          MARVIN D REGER          WILLIAM W REICH &
2201 HWY 1187          1302 RONA ST          692 COUNTY RD 3940          BETTY ALICE REICH JT TEN
CROWLEY TX 76036-4645          WEATHERFORD TX 76086          POOLVILLE TX 76487-2705          2023 HARTLEBURY WAY
                              SUN CITY CENTER FL 33573-6358

AST3-111A-B

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550                           TRUMP ENTERTAINMENT RESORTS INC

| | | | |
|---|---|---|---|
| 0000010149<br>CERT:        18    D/R:<br>WILLIAM A ROGERS<br>8920 VAN DEMAN DR<br>FORT WORTH TX 76116 | 18 | 0000010206<br>CERT:        38    D/R:<br>JAMES ROLAND<br>710 E ANDERSON<br>WEATHERFORD TX 76086 | 38 | 0000010024<br>CERT:          1.282 D/R:<br>CEASAR L ROMANOWSKI &<br>THERESA R ROMANOWSKI JT TEN<br>429 LINNVIEW AVENUE<br>PITTSBURGH, PA 15210-3723 | 1.282 | 0000010054<br>CERT:          2.564 D/R:<br>JOSEPH S ROSENBAUM &<br>THELMA ROSENBAUM JT TEN<br>9175 E SW 20TH ST<br>BOCA RATON FL 33428 | 2.564 |
| 0000010173<br>CERT:        2    D/R:<br>ROBERT W ROSS &<br>MARILYN H ROSS TR<br>UA 06/02/00<br>ROBERT W & MARILYN H ROSS TRUST<br>3217 LEITH AVE<br>FORT WORTH TX 76133 | 2 | 0000010028<br>CERT:          2.564 D/R:<br>ROBERT S RUSSELL<br>39638 MOHAWK LOOP<br>MARCOLA, OR 97454-9708 | 2.564 | 0000010023<br>CERT:          2.564 D/R:<br>RYGG FAMILY TRUST TR UA OCT 1 1991<br>LESTER S RYGG & NORMA J RYGG<br>2828 BRIDGEFORD RD<br>OMAHA, NE 68124-2542 | 2.564 | 0000010053<br>CERT:          2.564 D/R:<br>GLORIA SCHWARTZ LYN J SCHWARTZ JT TEN<br>JOSEPH SCHWARTZ & ED SCHWARTS<br>74 HOFFMAN AVENUE<br>LAKE HIAWATHA, NJ 07034-1913 | 2.564 |
| 0000010038<br>CERT:          1.282 D/R:<br>ELIE V SHAW &<br>CLARICE M SHAW JT TEN<br>6191 PEAKE ROAD # 118<br>MACON, GA 31220-3957 | 1.282 | 0000010060<br>CERT:          2.564 D/R:<br>JOHN A SHIELDS &<br>JACQUELINE J SHIELDS JT TEN<br>4608 STERLING CROSS<br>NASHVILLE TN 37211 | 2.564 | 0000010056<br>CERT:          1.538 D/R:<br>HERMAN SHULMAN<br>3018 SWANSEA A<br>DEERFIELD BEACH, FL 33442-2892 | 1.538 | 0000010014<br>CERT:          1.795 D/R:<br>BERNARD SINGER<br>405 RIVER ROAD<br>PISCATAWAY, NJ 08854-3509 | 1.795 |
| 0000010180<br>CERT:        17    D/R:<br>GEORGE H SLOAN<br>3600 LYNNDALE PL<br>FORT WORTH TX 76133-2149 | 17 | 0000010093<br>CERT:        2    D/R:<br>EDWARD SMITH<br>460 WHITESTONE COURT<br>CINCINNATI, OH 45231-2716 | 2 | 0000010008<br>CERT:          3.334 D/R:<br>WARREN STARK &<br>CARMELA STARK JT TEN<br>71 STRATTON AVE<br>WESTWOOD, NJ 07675-2830 | 3.334 | 0000010220<br>CERT:        18    D/R:<br>DANA STEINWART TR<br>UA 07/11/94<br>RAYMOND H FECHTER TRUST<br>12205 HORTON ST<br>OVERLAND PARK KS 66209 | 18 |
| 0000010202<br>CERT:        2    D/R:<br>ROBERT W SWEATT<br>4917 TRACY DR<br>FORT WORTH TX 76117 | 2 | 0000010003<br>CERT:          7.287 D/R:<br>WILLIAM SWINNEY & JAMES CRAIG &<br>OSCAR PFANNER TR U/A/D 07/01/71<br>2370 CORK CIRCLE<br>SACRAMENTO, CA 95822-3624 | 7.287 | 0000010091<br>CERT:          7,500 D/R:<br>STEVEN A TANANBAUM<br>300 PARK AVENUE 21ST FLOOR<br>NEW YORK, NY 10022-7403 | 7,500 | 0000010052<br>CERT:          2.564 D/R:<br>JULIAN TAUBIN & REBBECA TAUBIN<br>7 NOTTINGHAM LANE<br>MANCHESTER TOWNSHIP NJ 08759-7316 | 2.564 |

AST3-111A-B

*** LIST  OF  SHAREHOLDERS ***

COMPANY: 16550

TRUMP ENTERTAINMENT RESORTS INC

| | | | |
|---|---|---|---|
| 0000010148<br>CERT:        6    D/R:<br>TEXAS PYTHIAN HOME INC<br>LONGVIEW ACCOUNT<br>1825 E BANKHEAD DRIVE<br>WEATHERFORD TX 76086 | 6 | 0000010150<br>CERT:      117    D/R:<br>TEXAS PYTHIAN HOME INC<br>INCOME ACCOUNT<br>1825 E BANKHEAD DRIVE<br>WEATHERFORD TX 76086 | 117 |
| 0000010125<br>CERT:      3,002    D/R:<br>THINGS CHANGE LTD<br>A PARTNERSHIP<br>5956 SHERRY LANE SUITE 1350<br>DALLAS TX 75225-8009 | 3,002 | 0000010200<br>CERT:       31    D/R:<br>MARK THISTLEWAITE TR<br>UA 04/03/87<br>MARK THISTLETHWAITE GST TRUST<br>2928 WILSHIRE BLVD<br>FORT WORTH TX 76110 | 31 |
| 0000010222<br>CERT:      126    D/R:<br>SUSAN C THRASHER TR<br>UA 06/01/98<br>ANN PEARSON IRREVOCABLE TRUST<br>3604 SANDPIPER DR<br>SPRINGFIELD IL 62711-5300 | 126 | 0000010092<br>CERT:    535,714    D/R:<br>DONALD J TRUMP<br>725 FIFTH AVENUE 25TH FLOOR<br>NEW YORK, NY 10022-2517 | 535,714 |
| 0000010160<br>CERT:       10    D/R:<br>MICHAL LIVIA TULPAN<br>21 BILU ST APT 27<br>NESS ZIONA ISRAEL 74061 | 10 | 0000010129<br>CERT:        7    D/R:<br>BOBBY T UNDERWOOD<br>503 GLEN OAKS DRI<br>JASPER AL 35504 | 7 |
| 0000010050<br>CERT:       .512 D/R:<br>KAREN S VERHOEFF<br>34391 RD 29<br>HOLLY CO 81047 | .512 | 0000010159<br>CERT:       10    D/R:<br>PATRICK J VOLKAR<br>2052 S ISLAND GREEN DR UNIT D6<br>COEUR D ALENE ID 83814-5668 | 10 |
| 0000010042<br>CERT:      1.656 D/R:<br>M L WASSERMAN<br>P.O. BOX 5611<br>FULLERTON, CA 92838-0611 | 1.656 | 0000010212<br>CERT:        9    D/R:<br>ELAINE P WELGEHAUSEN<br>1558 DALEWOOD CT<br>FORT WORTH TX 76112 | 9 |
| 0000010049<br>CERT:      1.282 D/R:<br>KATHLEEN J WENZEL<br>6100 W STONEHEDGE DRIVE 302<br>GREENFIELD, WI 53220-4601 | 1.282 | 0000010006<br>CERT:      8.578 D/R:<br>WESTERN CONTINENTAL INC<br>905 N PINES RD<br>SUITE A<br>SPOKANE VALLEY, WA 99206-4900 | 8.578 |
| 0000010195<br>CERT:       12    D/R:<br>GARY DON WHITE &<br>ADDIE L WHITE JT TEN<br>5824 SYCAMORE CREEK RD<br>FORT WORTH TX 76134-1917 | 12 | 0000010153<br>CERT:        3    D/R:<br>JOAN M WILLIAMS<br>1507 ELAINE ST<br>WEATHERFORD TX 76086 | 3 |
| 0000010155<br>CERT:        2    D/R:<br>MALLIE CARL WILLIAMS JR<br>1507 ELAINE ST<br>WEATHERFORD TX 76086 | 2 | 0000010031<br>CERT:      6.625 D/R:<br>CONSTANCE WILSON CUSTODIAN<br>LEAH MARIE WILSON UTMA NE<br>4939 UNION HILL ROAD<br>LINCOLN, NE 68516-5647 | 6.625 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
|  |  |
|---|---|
| In re: | : **Chapter 11** |
|  | : |
| **TRUMP ENTERTAINMENT RESORTS,** | : **Case No. 14—_____ (___)** |
| **INC., et al.,**[1] | : |
|  | : **(Joint Administration Requested)** |
| **Debtors.** | : |
|  | : |
------------------------------------------------------------x

## DECLARATION CONCERNING LIST OF EQUITY SECURITY
## HOLDERS OF TRUMP ENTERTAINMENT RESORTS, INC.

I, Robert Griffin, Chief Executive Officer of Trump Entertainment Resorts, Inc.,

one of the above-captioned debtors and debtors in possession, declare under penalty of

perjury under the laws of the United States of America that I have reviewed the *List of Equity*

*Security Holders of Trump Entertainment Resorts, Inc.*, submitted herewith, and that the

information contained therein is true and correct to the best of my knowledge, information, and

belief.

Date: September __9__, 2014

_____
Robert Griffin
Chief Executive Officer of Trump
Entertainment Resorts, Inc.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Management Co., LLC (0648), TER Development Co., LLC (0425) and TERH LP Inc. (1184). The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x
                                                                   :
In re:                                                             : Chapter 11
                                                                   :
**TRUMP ENTERTAINMENT RESORTS,**                                   : Case No. 14–_____ (___)
**INC., et al.,**[1]                                               :
                                                                   : **(Joint Administration Requested)**
                              **Debtors.**                         :
                                                                   :
-------------------------------------------------------------------x

### DEBTORS' CONSOLIDATED OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Trump Entertainment Resorts, Inc. ("**TER**") and its above-captioned affiliated debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") hereby state as follows:

1.      TER, which is owned by the stockholders identified in the *List of Equity Security Holders of Trump Entertainment Resorts, Inc.* filed with TER's voluntary chapter 11 petition, directly owns 99% of Debtor Trump Entertainment Resorts Holdings, L.P. and 100% of Debtor TERH LP Inc.  Debtor TERH LP Inc. owns the remaining 1% of Debtor Trump Entertainment Resorts Holdings, L.P.

2.      Trump Entertainment Resorts Holdings, L.P. directly owns 100% of all of the remaining Debtors.  Therefore, TER directly or indirectly owns 100% of each of the other Debtors.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------x
                                            :
In re:                                      :  Chapter 11
                                            :
TRUMP ENTERTAINMENT RESORTS,                :  Case No. 14–_____ (___)
INC., et al.,[1]                            :
                                            :  (Joint Administration Requested)
                   Debtors.                 :
                                            :
-----------------------------------------------------------x
```

## DECLARATION CONCERNING DEBTORS' CONSOLIDATED
## OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1) AND
## 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Robert Griffin, Chief Executive Officer of Trump Entertainment Resorts, Inc.,

one of the above-captioned debtors and debtors in possession, declare under penalty of

perjury under the laws of the United States of America that I have reviewed the foregoing

*Debtors' Consolidated Ownership Statement Pursuant to Rules 1007(a)(1) and 7007.1 of the*

*Federal Rules of Bankruptcy Procedure* submitted herewith and that the information contained

therein is true and correct to the best of my knowledge, information, and belief.

Date: September  9 , 2014          TRUMP ENTERTAINMENT RESORTS, INC., on
                                   behalf of itself and its affiliated Debtors and Debtors in
                                   Possession

                                   _____
                                   Robert Griffin, Chief Executive Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184). The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

01:15852217.6

**UNANIMOUS WRITTEN CONSENT OF**

**THE BOARD OF DIRECTORS OF**

**TRUMP ENTERTAINMENT RESORTS, INC.**

THE UNDERSIGNED, being all of the directors of Trump Entertainment Resorts, Inc. (the **"Company"**), a Delaware corporation, hereby consent that the actions recited herein shall be deemed the actions of the Board of Directors of the Company with the same effect as if taken at a duly noticed and called meeting of the Board of Directors, and direct that this writing be filed with the minutes of proceedings of that Board--all pursuant to the provisions of Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Board of Directors has reviewed and considered the financial and operational condition of the Company and its subsidiaries, and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, and credit market conditions; and

WHEREAS, the Board of Directors has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that a voluntary petition (the **"Petition"**) be filed with the United States Bankruptcy Court for the District of Delaware by the Company under the provisions of Chapter 11 of Title 11 of the United States Code; and it is further

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of each of the Company's subsidiaries listed on Exhibit A attached hereto (the **"Filing Subsidiaries"**), their creditors, stockholders and other interested parties, that voluntary petitions be filed with the United States Bankruptcy Court for the District of Delaware for each of the Filing Subsidiaries under the provisions of Chapter 11 of Title 11 of the United States Code; and it is further

RESOLVED, that the Company shall be, and it hereby is, directed and authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem reasonable, advisable, expedient, convenient, necessary or proper to obtain such relief; and it is further

RESOLVED, that Robert F. Griffin, in his capacity as Chief Executive Officer, Daniel M. McFadden, in his capacity as Chief Financial Officer, and each and every other officer of the Company and any of their designees (collectively the **"Designated Persons"**), be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on

behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware commencing a case (the **"Bankruptcy Case"**) and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is further

RESOLVED, that the law firm of Stroock & Stroock & Lavan LLP (**"Stroock"**) be, and hereby is, authorized and empowered to represent the Company as bankruptcy co-counsel to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Stroock; and it is further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP (**"Young Conaway"**) be, and hereby is, authorized and empowered to represent the Company as bankruptcy co-counsel to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

RESOLVED, that Houlihan Lokey Capital, Inc. (**"Houlihan Lokey"**) be, and hereby is, authorized and empowered to serve as the financial advisor to represent and assist the Company in carrying out its duties under the Title 11 of the United States Code and to take any and all actions to advance the Company's rights and obligations in connection with the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Houlihan Lokey; and it is further

RESOLVED, that Prime Clerk LLC (**"Prime Clerk"**) be, and hereby is, authorized and empowered to serve as the notice, claims, solicitation and balloting agent in connection with the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the

Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Prime Clerk; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized and empowered, on behalf of and in the name of the Company to obtain post-petition financing according to terms negotiated, or to be negotiated, by the management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, the Designated Persons are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to secure the payment and performance of any post-petition financing by (i) (a) pledging or granting liens or mortgages on, or security interests in, all or any portion of the Company's assets, including all or any portion of the issued and outstanding capital stock, partnership interests, or membership interests of any subsidiaries of the Company, whether now owned or hereafter acquired, and (b) causing any subsidiary of the Company to pledge or grant liens or mortgages on, or security interests in, all or any portion of such subsidiary's assets, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into, including, without limitation, causing any subsidiaries of the Company to enter into, such credit agreements, guarantees, other debt instruments, security agreements, pledge agreements, control agreements, inter-creditor agreements, mortgages, deeds of trust, and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate, or desirable by the officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval or determination; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone or in any combination is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Company, to perform the obligations of the Company under Title 11 of the United States Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such

01:15851284.5

form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone or in any combination is, hereby authorized, directed and empowered from time to time in the name of and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions, as in the judgment of such Designated Persons, shall be necessary, proper and desirable to prosecute to a successful completion the Bankruptcy Case and to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure and ownership of the Company, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Company, to adopt resolutions and otherwise exercise the rights and powers of the Company as such Designated Person may deem necessary, appropriate or desirable (i) as a member or manager (however denominated) of the direct and indirect subsidiaries of the Company that are limited liability companies (if any), (ii) as general partner or limited partner of the direct and indirect subsidiaries of the Company that are limited partnerships (if any), and (iii) as a stockholder of the direct and indirect subsidiaries of the Company that are corporations (if any); and that thereupon such resolutions shall be deemed adopted as and for the resolutions of each such subsidiary of the Company; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such actions were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of _September 8_, 2014

_____          _____
EUGENE DAVIS                              MICHAEL ELKINS


_____          _____
JEFFREY GILBERT                           ROBERT GRIFFIN


_____          _____
DAVID HUGHES                              DAVID LICHT


_____          _____
STEPHEN MCCALL                            ROBERT SYMINGTON

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of _September 8_, 2014

EUGENE DAVIS                                MICHAEL ELKINS

JEFFREY GILBERT                             ROBERT GRIFFIN

DAVID HUGHES                                DAVID LICHT

STEPHEN MCCALL                              ROBERT SYMINGTON

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of ___September 5__, 2014

| | |
|---|---|
| _____ | _____ |
| EUGENE DAVIS | MICHAEL ELKINS |
| | |
| _____ | _____ |
| JEFFREY GILBERT | ROBERT GRIFFIN |
| _____ | _____ |
| DAVID HUGHES | DAVID LICHT |
| | |
| _____ | _____ |
| STEPHEN MCCALL | ROBERT SYMINGTON |

NY 75266876v1

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of _September 8_, 2014

_____
EUGENE DAVIS

_____
MICHAEL ELKINS

_____
JEFFREY GILBERT

_____
ROBERT GRIFFIN

_____
DAVID HUGHES

_____
DAVID LICHT

_____
STEPHEN MCCALL

_____
ROBERT SYMINGTON

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of _September 8_, 2014

_____
EUGENE DAVIS

_____
MICHAEL ELKINS

_____
JEFFREY GILBERT

_____
ROBERT GRIFFIN

_____
DAVID HUGHES

_____
DAVID LICHT

_____
STEPHEN MCCALL

_____
ROBERT SYMINGTON

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of _September 8_, 2014

_____
EUGENE DAVIS

_____
MICHAEL ELKINS

_____
JEFFREY GILBERT

_____
ROBERT GRIFFIN

_____
DAVID HUGHES

_____
DAVID LICHT

_____
STEPHEN MCCALL

_____
ROBERT SYMINGTON

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of _September 9_, 2014

_____          _____
EUGENE DAVIS                                               MICHAEL ELKINS


_____          _____
JEFFREY GILBERT                                          ROBERT GRIFFIN


_____          _____
DAVID HUGHES                                             DAVID LICHT


_____          _____
STEPHEN MCCALL                                         ROBERT SYMINGTON

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of _____ 9 / 5 _____, 2014

_____
EUGENE DAVIS

_____
MICHAEL ELKINS

_____
JEFFREY GILBERT

_____
ROBERT GRIFFIN

_____
DAVID HUGHES

_____
DAVID LICHT

_____
STEPHEN MCCALL

_____
ROBERT SYMINGTON

## EXHIBIT A

## FILING SUBSIDIARIES

## OF TRUMP ENTERTAINMENT RESORTS, INC.


TRUMP ENTERTAINMENT RESORTS HOLDINGS, L.P.

TRUMP PLAZA ASSOCIATES, LLC (D/B/A TRUMP PLAZA HOTEL CASINO)

TRUMP MARINA ASSOCIATES, LLC (D/B/A TRUMP MARINA HOTEL CASINO)

TRUMP TAJ MAHAL ASSOCIATES, LLC (D/B/A TRUMP TAJ MAHAL CASINO RESORT)

TRUMP ENTERTAINMENT RESORTS DEVELOPMENT COMPANY, LLC

TER DEVELOPMENT CO., LLC

TERH LP INC.