B1 (Official Form 1 (04/13)

| United States Bankruptcy Court for the District of Delaware | Voluntary Petition |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Trump Entertainment Resorts, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Trump Hotels & Casino Resorts, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**13-3818402** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**1000 Boardwalk at Virginia Avenue,**<br>**Atlantic City, New Jersey**<br>ZIP CODE **08401** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Atlantic** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above).<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding or against debtor is pending

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose.
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b)

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

01:15848008.7

B1 (Official Form 1 (04/13)                                                                                                       **Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | **Name of Debtor(s):**<br>**Trump Entertainment Resorts, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** If more than two, attach additional sheet.) | | |
| Location<br>Where Filed:  **Camden, New Jersey—See Schedule 1** | Case Number:<br>**09-13655** | Date Filed:<br>**2/17/09** |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>**See Schedule 2** | Case Number: | Date Filed; |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐    Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petition that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>       Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☒    No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☒    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

                                 _____

                                 (Name of landlord that obtained judgment)

                                 _____

                                 (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(1)).

B1 (Official Form 1 (04/13)                                                                                                      Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Trump Entertainment Resorts, Inc. |
|---|---|

Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

   _____
   Telephone Number (if not represented by attorney)

   _____
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

X _____
   (Printed Name of Foreign Representative)

   _____
   Date

**Signature of Attorney***

X _Signature of Attorney_
   Signature of Attorney for Debtor(s)

   Matthew B. Lunn (No. 4119)
   YOUNG CONAWAY STARGATT & TAYLOR, LLP
   Rodney Square
   1000 N. King Street
   Wilmington, DE 19801
   (302) 571-6600

   Date: September 9, 2014

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
   Signature

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _signature_
   Robert Griffin
   Title: Chief Executive Officer

   Date: September 9, 2014

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## SCHEDULE 1

### Prior Bankruptcy Cases Filed By the Debtors Within the Last 8 Years

On February 17, 2009, each of the entities listed below, including the debtor in this chapter 11 case (collectively, the "**Debtors**"), filed for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of New Jersey, and their chapter 11 cases were jointly administered under Case Number 09-13654-JHW:

- TER Development Co., LLC (Case No. 09-13664)

- Trump Entertainment Resorts, Inc. (Case No. 09-13655)

- Trump Entertainment Resorts Development Company, LLC (Case No. 09-13659)

- Trump Entertainment Resorts Holdings, L.P. (Case No. 09-13656)

- Trump Marina Associates, LLC (Case No. 09-13662)

- Trump Plaza Associates, LLC (Case No. 09-13661)

- Trump Taj Mahal Associates, LLC (Case No. 09-13660)

## SCHEDULE 2

### Pending Bankruptcy Cases Filed By Affiliated Debtors

On the date hereof, each of the entities listed below, including the debtor in this chapter 11 case (collectively, the "**Debtors**"), will file or have filed a voluntary petition in this Court for relief under chapter 11 of title 11 of the United States Code.  Contemporaneously with the filing of their voluntary petitions, the Debtors are filing a motion requesting that the Court consolidate their chapter 11 cases for administrative purposes only.  The Debtors are the following entities (along with their federal tax identification numbers):

- TER Development Co., LLC (20-3540425)

- TERH LP Inc. (27-2991184)

- Trump Entertainment Resorts, Inc. (13-3818402)

- Trump Entertainment Resorts Development Company, LLC (22-3522230)

- Trump Entertainment Resorts Holdings, L.P. (13-3818407)

- Trump Marina Associates, LLC (22-2608426)

- Trump Plaza Associates, LLC (22-3241643)

- Trump Taj Mahal Associates, LLC (22-3136368)

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------------x
|  |  |
|---|---|
| In re: | : **Chapter 11** |
|  | : |
| **TRUMP ENTERTAINMENT RESORTS, INC., et al.,**[1] | : **Case No. 14–_____ (___)** |
|  | : |
|  | : **(Joint Administration Requested)** |
| **Debtors.** | : |
|  | : |

-------------------------------------------------------------------x

### DEBTORS' CONSOLIDATED LIST OF CREDITORS
### HOLDING 30 LARGEST UNSECURED CLAIMS

Trump Entertainment Resorts, Inc. and its above-captioned affiliated debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") have filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "**Bankruptcy Code**"). The following is the consolidated list of the Debtors' creditors holding the 30 largest unsecured claims (the "**List**") based on the Debtors' books and records as of approximately September 4, 2014. The List is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The List does not include (a) persons who come within the definition of "insider" set forth in section 101(31) of the Bankruptcy Code or (b) secured creditors. The information contained herein shall neither constitute an admission of liability by nor bind the Debtors or their estates. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated, or disputed, does not constitute a waiver of the rights of the Debtors or their estates to contest the validity, priority, or amount of any claim.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184). The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 1 | THERMAL ENERGY LIMITED 1 | ATTN: ALEX NEGRON<br>1825 ATLANTIC AVE<br>P.O. BOX 15386<br>ATLANTIC CITY, NJ 08401<br>PHONE: 609-572-7120<br>FAX: 609-572-7200 | Utility | | 2,955,275.24 |
| 2 | LEVINE, STALLER, SKLAR, CHAN, BROWN & DONNELLY, P.A. | C/O: BRODSKY & DONNELLY PA<br>3030 ATLANTIC AVE<br>ATLANTIC CITY, NJ 08401<br>PHONE: 609-348-1300<br>FAX: 609-345-2473 | Litigation | | 1,494,261.32 |
| 3 | FERTITTA ACQUISITIONS CO. LLC | ATTN: RICHARD J. HASKINS<br>3485 WEST HARMON AVE, STE 125<br>LAS VEGAS, NV 89103<br>PHONE: 408-244-0125<br>FAX: 702-795-4252 | Trade Debt | Contingent | 1,469,340.00 |
| 4 | WMS GAMING CORP. | ATTN: NELLIE BERRIOS/RECEIPTS<br>23571 NETWORK PLACE<br>CHICAGO, IL 60673<br>PHONE: 847-785-3611<br>FAX: 847-785-3782 | Trade Debt | | 481,172.93 |
| 5 | OTIS ELEVATOR CO | ATTN: SEAN FLYNN<br>ONE FARM SPRINGS<br>FARMINGTON, CT 06032<br>PHONE: 856-235-5200<br>FAX: 856-642-4910 | Trade Debt | | 437,625.90 |
| 6 | SYSCO FOOD SERVICES OF PHILADELPHIA | ATTN: ANNA KALOGRIS/ACCOUNTS RECEIVABLE<br>600 PACKER AVE.<br>PHILADELPHIA, PA 19148<br>PHONE: 215-463-8200<br>FAX: 215-218-1618 | Trade Debt | | 436,407.25 |
| 7 | BALLY GAMING INC. | ATTN: CHRIS SCHUNK<br>6601 SOUTH BERMUDA RD<br>LAS VEGAS, NV 89119<br>PHONE: 702-584-7700<br>FAX: 609-407-2473 | Trade Debt | | 384,981.90 |

---

[1] The Debtors and their estates reserve their right to dispute the claims on this schedule on any basis.

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 8 | IGT, INC. | ATTN: DEA DRUMMAND<br>6355 S BUFFALO DRIVE<br>LAS VEGAS, NV 89113<br>PHONE: 775 448-7777<br>FAX: 775 448-0824 | Trade Debt | | 297,946.53 |
| 9 | BETFAIR INTERACTIVE US LLC | ATTN: HEAD OF LEGAL, BETFAIR LIMITED<br>WINSLOW ROAD, HAMMERSMITH EMBANKMENT<br>LONDON, W6 9HP, UNITED KINGDOM<br>PHONE: 310-846-4794<br>FAX: +44 (0)20 8834 8147 | Trade Debt | Contingent | 295,698.10 |
| 10 | CASINO CONTROL FUND | ATTN: KEVIN GARVEY<br>TENNESSEE AVE & BOARDWALK<br>ARCADE BUILDING<br>ATLANTIC CITY, NJ 08401<br>PHONE: 609-441-3746<br>FAX: 609-441-2030 | Other | | 283,943.73 |
| 11 | COOPER LEVENSON APRIL | ATTN: BARBARA FEDELI<br>1125 ATLANTIC AVENUE<br>ATLANTIC CITY, NJ 08401<br>PHONE: 609-344-6161<br>FAX: 609-344-0939 | Services | | 258,467.37 |
| 12 | ATLANTIC CITY LINEN SUPPLY INC. | ATTN: MARY ANNE HUGHES<br>18 N. NEW JERSEY AVENUE<br>ATLANTIC CITY, NJ 08401<br>PHONE: 609-345-5888<br>FAX: 609-485-2382 | Trade Debt | | 250,819.00 |
| 13 | CONNER STRONG COMPANIES | ATTN: LEWY SCANLON<br>401 ROUTE 73 NORTH<br>P.O. BOX 989<br>MARLTON, NJ 08053<br>PHONE: 856-552-4864<br>FAX: 856-795-1415 | Services | | 245,000.00 |
| 14 | INTERSTATE OUTDOOR ADVERTISING, L.P. | ATTN: CHRISTOPHER RULLI,<br>905 NORTH KINGS HIGHWAY<br>CHERRY HILL, NJ 08034<br>PHONE: 609-344-7009<br>FAX: 856-348-0292 | Trade Debt | | 230,362.20 |

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 15 | SOUTH JERSEY PAPER PRODUCTS | ATTN: LINDA NEWTON<br>2400 INDUSTRIAL WAY<br>VINELAND, NJ 08360<br>PHONE: 856-691-2605<br>FAX: 856-794-8979 | Trade Debt | | 214,959.93 |
| 16 | TOZOUR-TRANE (T/A) | ATTN: GENESSE ROSEMAN<br>3606 HORIZON DR<br>KING OF PRUSSIA, PA 19406<br>PHONE: 610-962-1600<br>FAX: 610-962-0230 | Trade Debt | | 166,259.62 |
| 17 | SIEMENS INDUSTRIES | ATTN: PETER TUBOLINO<br>1450 UNION MEETING ROAD<br>BLUE BELL, PA 19422<br>PHONE: 215-654-8040<br>FAX: 215-654-8041 | Trade Debt | | 164,970.83 |
| 18 | LATHER INC. | ATTN: ROB HOYT<br>76 N FAIR OAKS AVENUE<br>2ND FLOOR<br>PASADENA, CA 91103<br>PHONE: 626-397-9050<br>FAX: 310-251-1442 | Trade Debt | | 120,170.59 |
| 19 | ATLANTIC LIMOUSINE INC. | 130 N. FLORIDA AVENUE<br>ATLANTIC CITY, NJ 08401<br>PHONE: 609-348-2683<br>FAX: 609-348-2186 | Trade Debt | | 112,506.58 |
| 20 | ASIAN SUPERMARKET II | ATTN: YAN CHEN<br>700 BLACK HORSE PIKE<br>PLEASANTVILLE, NJ 08232<br>PHONE: 609-383-6188<br>FAX: 609-813-2138 | Trade Debt | | 97,773.86 |
| 21 | MAK MARKETING | ATTN: MARY ANN FAUST<br>PREMIUM PROGRAMMERS<br>288 LANCASTER AVE.<br>PO BOX 1407<br>MALVERN, PA 19355<br>PHONE: 610-296-5448<br>FAX: 610-296-5577 | Trade Debt | | 82,303.87 |

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 22 | GRAHAM CURTAIN, A PROFESSIONAL ASSOCIATION | ATTN: JUDY SALGADO<br>4 HEADQUARTERS PLAZA<br>PO BOX 31<br>MORRISTOWN, NJ 07960<br>PHONE: 973-292-1700<br>FAX: 973-292-1767 | Services | | 81,790.76 |
| 23 | BUCKHEAD BEEF COMPANY | ATTN: JOANN SEIG<br>220 RARITAN CENTER PARKWAY<br>EDISON, NJ 08837<br>PHONE: 404-355-4400<br>FAX: 404-355-4541 | Trade Debt | | 72,087.59 |
| 24 | DANIEL MULHERN, ENT. INC. | ATTN: KATHY KOONTZ<br>807 MILLBRIDGE COURT<br>GALLOWAY, NJ 08205<br>PHONE: 609-383-3200<br>FAX: 732-892-8600 | Trade Debt | | 66,256.00 |
| 25 | SUN WHOLESALE INC. | ATTN: RAPHAEL PURTA<br>2157 ADMIRAL WILSON BLVD<br>CAMDEN, NJ 08109<br>PHONE: 856-338-8949<br>FAX: 856-966-0267 | Trade Debt | | 64,039.95 |
| 26 | PHILADELPHIA COCA-COLA | ATTN: CAROL MARTIN<br>515 S. SHORE ROAD<br>MARMORA, NJ 08223<br>PHONE: 609-390-5062<br>FAX: 215-423-5557 | Trade Debt | | 60,864.22 |
| 27 | MCKELLA 280 INC. | ATTN: CYNDEE HUMPHREYS<br>7025 CENTRAL HIGHWAY<br>PENNSAUKEN, NJ 08109<br>PHONE: 856-813-1153<br>FAX: 856-813-1154 | Trade Debt | | 60,670.07 |
| 28 | SOBEL WESTEX | ATTN: LAURIE RUTTLE<br>2670 S. WESTERN AVE<br>LAS VEGAS, NV 89109<br>PHONE: 702-735-4973<br>FAX: 702-735-4957 | Trade Debt | | 56,989.13 |

| Rank | Name of creditor | Name, telephone number, and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff[1] | Amount of claim |
|---|---|---|---|---|---|
| 29 | M ROTHMAN GROUP | ATTN:  BILL LINDSAY<br>ONE LETHBRIDGE PLAZA<br>MAHWAH, NJ 07430<br>PHONE:  201-410-4398 | Trade Debt | | 54,500.00 |
| 30 | NELBUD POWER CLEANING CO. INC. | ATTN:  DREW CIALLELLA<br>1207 MOSS MILL RD<br>EGG HARBOR CITY, NJ 08215<br>PHONE:  609-965-6949<br>FAX:  609-965-3163 | Trade Debt | | 54,310.75 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                        :
In re:                                  : **Chapter 11**
                                        :
**TRUMP ENTERTAINMENT RESORTS,**        : **Case No. 14—_____ (__)**
**INC., et al.,**[1]                    :
                                        : **(Joint Administration Requested)**
                    **Debtors.**        :
                                        :
------------------------------------------------------------x

## DECLARATION CONCERNING DEBTORS' CONSOLIDATED LIST
## OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

I, Robert Griffin, Chief Executive Officer of Trump Entertainment Resorts, Inc.,

one of the above-captioned debtors and debtors in possession, declare under penalty of

perjury under the laws of the United States of America that I have reviewed the foregoing

*Debtors' Consolidated List of Creditors Holding 30 Largest Unsecured Claims* submitted

herewith and that the information contained therein is true and correct to the best of my

knowledge, information, and belief.

Date: September _9_, 2014        TRUMP ENTERTAINMENT RESORTS, INC., on
                                 behalf of itself and its affiliated Debtors and Debtors in
                                 Possession

                                 _____
                                 Robert Griffin, Chief Executive Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------x
                                                                :
In re:                                                          :  Chapter 11
                                                                :
TRUMP ENTERTAINMENT RESORTS,                                    :  Case No. 14-_____ (___)
INC., et al.,¹                                                  :
                                                                :  (Joint Administration Requested)
                              Debtors.                          :
                                                                :
----------------------------------------------------------------x
```

## LIST OF EQUITY SECURITY HOLDERS OF
## <u>TRUMP ENTERTAINMENT RESORTS, INC.</u>

Attached is the list of the equity security holders of Trump Entertainment Resorts, Inc. as of the date hereof.  This list is being filed pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

---

¹  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Management Co., LLC (0648), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

AST3-111A-B

AMERICAN STOCK TRANSFER & TRUST COMPANY                    08/20/2014           PAGE    1

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550                              TRUMP ENTERTAINMENT RESORTS INC

| | | | |
|---|---|---|---|
| 0000010020 | 6.625 | 0000010033 | 2.564 | 0000010048 | 6.625 | 0000010103 | 2,254,987 |

0000010020
CERT:           6.625 D/R:
BOZENA ADAMS TRUST TR UA MAY 01 90
BOZENA ADAMS & CHARLES R ADAMS
2121 N OCEAN BLVD 1009W
BOCA RATON, FL 33431-7882

0000010033
CERT:           2.564 D/R:
EDWARD C ANDERSON &
MYRLE M ANDERSON JT TEN
5741 BROWN ROAD
OREGON, OH 43616-5855

0000010048
CERT:           6.625 D/R:
KENNETH E ASHENBRENNER
2541 LOVEWOOD DRIVE
WISCONSIN RAPIDS, WI 54494-7451

0000010103
CERT:     2,254,987   D/R:
AVENUE NJ ENTERTAINMENT LLC
399 PARK AVE 6THFL ATT G.QUIJANO
NEW YORK NY 10022

0000010135
CERT:       5   D/R:
MR RUSSELL BALSILLIE &
MRS WENDY BALSILLIE JTWROS
2 HILLSIDE GARDENS
WESTHILL
ABERDEEN AB32 6PB
UNITED KINGDOM

0000010025
CERT:           3.312 D/R:
ROY LEONARD BENEDICT TRUST
ROY LEONARD BENEDICT TR UA 03/17/88
492 CHETWOOD ST
OAKLAND, CA 94610-2649

0000010097
CERT:           3   D/R:
M S BENZINGER &
P MCCUBBIN TR
UA 02/23/06
BLUM FAMILY TRUST
7907 RAMBLE VIEW APT 204
CINCINNATI, OH 45231-6083

0000010210
CERT:       30   D/R:
ELLIOT J BILHARTZ JR
1508 RIDGMAR BLVD
FORT WORTH TX 76116-1965

0000010007
CERT:           2.564 D/R:
WESLEY J BLOCK &
JANET K BLOCK JT TEN
N5882 FAIRWAY DRIVE
FREDONIA, WI 53021-9742

0000010188
CERT:       6   D/R:
JIM R BOLLING &
MARGARET BOLLING JT TEN
609 SOPHIE LN
COLLEYVILLE TX 76034

0000010189
CERT:       1   D/R:
JIM R BOLLING
609 SOPHIE LN
COLLEYVILLE TX 76034-3270

0000010094
CERT:       7   D/R:
HERBERT H BOWMAN TR
UA 06/14/96
BOWMAN FAMILY TRUST
2205 MOREING RD
STOCKTON, CA 95204-3846

0000010168
CERT:       2   D/R:
DAVID BREDHOFF
7831 NW ROANRIDGE RD
7879-G
KANSAS CITY MO 64151-1372

0000010166
CERT:       2   D/R:
MATTHEW BREDHOFF
56 TREE BROOK DR
ROCHESTER NY 14625-1633

0000010211
CERT:       26   D/R:
PATRICIA M BULLOCH
3017 LAREDO DR
FORT WORTH TX 76116-3319

0000010067
CERT:     1,949,875.663 D/R:
CEDE & CO (FAST ACCOUNT)
PO BOX 20
BOWLING GREEN STATION
NEW YORK NY 10004

0000010032
CERT:           5.129 D/R:
PAULA CHAMELI
16 OLD ORCHARD
WILLIAMSVILLE, NY 14221-2106

0000010005
CERT:           7.694 D/R:
ANTHONY L CIUFFREDA
5 HEADQUARTERS ROAD
WHITEHOUSE STATION, NJ 08889-4017

0000010154
CERT:       3   D/R:
STEPHEN COGUT
C/O SIDLEY & AUSTIN
787 7TH AVE FL 20
NEW YORK NY 10019-6018

0000010044
CERT:           .993 D/R:
GERTRUDE J COLEMAN
45 GRAND AVENUE
DOVER NJ 07802

AST3-111A-B
AMERICAN STOCK TRANSFER & TRUST COMPANY                    08/20/2014              PAGE    2

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550                                TRUMP ENTERTAINMENT RESORTS INC

| | | | |
|---|---|---|---|
| 0000010036 | .662 0000010022 | 3.312 0000010085 | 330,632 0000010069 | 1,403,330 |

0000010036
CERT:            .662 D/R:
MICHAEL W COLEMAN
603 CHAPEL TERRACE
HAVRE DE GRACE, MD 21078-2517

.662 0000010022
CERT:            3.312 D/R:
SARAH COLEMAN TRUST
SARAH COLEMAN TR UA AUG 9 1982
935 CROOKED WOOD COURT
NEW SMYRNA BEACH, FL 32168-7942

3.312 0000010085
CERT:        330,632    D/R:
CONTINENTAL CASUALTY COMPANY
333 SOUTH WABASH AVENUE
CHICAGO, IL 60604-4107

330,632 0000010069                1,403,330
CERT:     1,403,330   D/R:
CONTRARIAN FUNDS LLC
411 WEST PUTNAM AVENUE SUITE 425
GREENWICH, CT 06830-6263


0000010055                16,562 0000010122          5   0000010158              1   0000010021                1,282
CERT:        16.562 D/R:    CERT:        5    D/R:      CERT:        1    D/R:      CERT:          1.282 D/R:
JOHN W COOPER              GEORGINA H CRANDALL TOD       ROSEMARY S CROSS            SCOTT DAHLKE
BOX 3947                   BRUCE B BARTLETT              4153 SHORES CT              1121 PINEHURST CT
ODESSA, TX 79760-3947      SUBJECT TO STA TOD RULES      FORT WORTH TX 76137         ANTIOCH IL 60002
                           4229 LILLY GLEN CT
                           N LAS VEGAS NV 89032-3099


0000010066                3.312 0000010178          9   0000010179              16  0000010221                44
CERT:        3.312 D/R:    CERT:        9    D/R:      CERT:        16   D/R:      CERT:        44    D/R:
THOMAS R DARMODY           D GAYLE DAWSON               ELLIS C DAWSON              DB INVESTMENTS LP
RIDDLE VILLAGE             6608 RIVER BEND RD           6608 RIVER BEND RD          A PARTNERSHIP
509 LEXINGTON              FORT WORTH TX 76132-1120     FORT WORTH TX 76132-1120    6106 NUTCRACKER DR
MEDIA PA 19063-6024                                                                 GRANBURY TX 76049-4179


0000010197                21   0000010015          14.106 0000010232             1   0000010012                2.649
CERT:        21    D/R:    CERT:        14.106 D/R:   CERT:        1    D/R:      CERT:          2.649 D/R:
GRANT DEGRENDEL &          THOMAS P DENGLER             DIANE DENMAN TOD            TINA DEPREZ
CHRISTINE A DEGRENDEL JT TEN  13600 MARINA POINTE DRIVE #1708  CATHERINE GRAHAM      4055 N DOWNER AVE
757 BIRCH TREE LANE        MARINA DEL REY, CA 90292-9254  SUBJECT TO STA TOD RULES  SHOREWOOD, WI 53211-2127
ROCHESTER MI 48306-3306                                  7053 HICKORY LANE
                                                         URBANDALE IA 50322


0000010165                6,666  0000010027          3.312 0000010087           115  0000010224                8
CERT:        6,666   D/R:    CERT:        3.312 D/R:   CERT:        115  D/R:      CERT:        8    D/R:
MARIO DIGUISEPPE           CLYDE BLAIRE DOBBIE TRUST     SALLY DOULIS               PATRICK DRUMM
                           CLYDE BLAIR DOBBIE TR UA OCT 29 85  160 FREDERICK ST       BOX 1536
                           8458 CLIFFRIDGE AVENUE       APT NO 203                  RANCHOS DE TAOS NM 87557-1536
                           LA JOLLA, CA 92037-2108      TORONTO ON
                                                        CANADA M5A 4H9

AST3-111A-B

AMERICAN STOCK TRANSFER & TRUST COMPANY                           08/20/2014          PAGE    3

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550                          TRUMP ENTERTAINMENT RESORTS INC

| | | | |
|---|---|---|---|
| 0000010174<br>CERT:        38    D/R:<br>JAMES E DUNN &<br>MARY FRANCES DUNN JT TEN<br>621 DUNN LN<br>WEATHERFORD TX 76088-6400 | 38 | 0000010175<br>CERT:        2    D/R:<br>MARY FRANCES DUNN<br>621 DUNN LN<br>WEATHERFORD TX 76088-6400 | 2 |
| 0000010051<br>CERT:        5.129 D/R:<br>JULIUS EAGERMAN TRUST<br>JULIUS EAGERMAN TR UA SEP 12 1989<br>800 NW 96TH TERRACE<br>PEMBROKE PINES, FL 33024-6237 | 5.129 | 0000010041<br>CERT:        2.564 D/R:<br>FREDERICK H EBELING<br>350 WOODROW ST<br>DENMARK WI 54208 | 2.564 |

| | | | |
|---|---|---|---|
| 0000010184<br>CERT:        8    D/R:<br>DALLAS J EDGING<br>117 NW JILL ANN DR<br>BURLESON TX 76028-5609 | 8 | 0000010086<br>CERT:        192   D/R:<br>CONSTANCE FILIPPELLI TRUST<br>CONSTANCE FILIPPELLI<br>601 DIANA COURT<br>BENSENVILLE, IL 60106-3223 | 192 |
| 0000010089<br>CERT:        192   D/R:<br>GUY FILIPPELLI TR<br>GUY FILIPPELLI TRUST<br>601 DIANA COURT<br>BENSENVILLE, IL 60106-3223 | 192 | 0000010088<br>CERT:        346   D/R:<br>AMERIPRISE TRUST CO CUST<br>GUY FILIPPELLI L/S ROTH IRA<br>601 DIANA COURT<br>BENSENVILLE, IL 60106-3223 | 346 |

| | | | |
|---|---|---|---|
| 0000010090<br>CERT:        76    D/R:<br>AMERIPRISE TRUST CO CUST<br>JESSICA FILIPPELLI ROTH IRA<br>601 DIANA COURT<br>BENSENVILLE, IL 60106-3223 | 76 | 0000010045<br>CERT:        1.656 D/R:<br>LESLIE S FISHLER &<br>MEREDITH KAREN LASKOW JT TEN<br>606 SOLANO CIRCLE<br>PLACENTIA, CA 92870-6230 | 1.656 |
| 0000010111<br>CERT:        26    D/R:<br>HARRY M PLAVIN<br>124 ENCINO AVE<br>SAN ANTONIO, TX 78209-5615 | 26 | 0000010057<br>CERT:        19.492 D/R:<br>JOHN STUART FORBES &<br>CYNTHIA FORBES TRUST<br>TR UA DEC 29 1992<br>2526 HERITAGE DRIVE<br>HELENA, MT 59601-5651 | 19.492 |

| | | | |
|---|---|---|---|
| 0000010040<br>CERT:        3.312 D/R:<br>MARTIN L FRANK<br>7247 VIA PALOMAR<br>BOCA RATON, FL 33433-5923 | 3.312 | 0000010046<br>CERT:        4.968 D/R:<br>LARRY FRANKS<br>2100 COUNTRY CLUB RD<br>TUPELO MS 38804 | 4.968 |
| 0000010205<br>CERT:        4    D/R:<br>JOHN A FRUIT<br>1137 TRINITY DR<br>BENBROOK TX 76126-4235 | 4 | 0000010082<br>CERT:        26,451 D/R:<br>MANULIFE GLOBAL FUND U S SPECIAL<br>OPPORTUNITIES FUND<br>101 HUNTINGTON AVE 7TH FLOOR<br>BOSTON, MA 02199-7607 | 26,451 |

| | | | |
|---|---|---|---|
| 0000010230<br>CERT:        3    D/R:<br>MICHAL GAL &<br>NACHSHON GAL JT TEN<br>3 ROMANO ST<br>TEL AVIV ISRAEL 69018 | 3 | 0000010001<br>CERT:        9.937 D/R:<br>ALBERT J GAMBALE<br>12 ADAMS CT<br>ROCKVILLE CENTRE, NY 11570-2213 | 9.937 |
| 0000010113<br>CERT:        3    D/R:<br>CAROL GASTON TR<br>UA 06/24/04<br>JOYCS S HENRY SUPPLEMENTAL<br>NEEDS TRUST<br>6112 BETTINGER<br>COLLEYVILLE TX 76034 | 3 | 0000010177<br>CERT:        18    D/R:<br>JAMES H GAULT<br>8208 SHADY VALLEY<br>BENBROOK TX 76116 | 18 |

AST3-111A-B

AMERICAN STOCK TRANSFER & TRUST COMPANY                  08/20/2014          PAGE    4

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550

TRUMP ENTERTAINMENT RESORTS INC

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0000010146<br>CERT:        1   D/R:<br>ARTHUR P GEORGE JR &<br>PATRICIA C GEORGE JT TEN<br>317 PENINSULA CT<br>GRANBURY TX 76048 | 1 | 0000010147<br>CERT:        6   D/R:<br>ARTHUR P GEORGE JR<br>317 PENINSULA CT<br>GRANBURY TX 76048-2887 | 6 | 0000010170<br>CERT:        3   D/R:<br>CARROLL E GILBREATH<br>3121 NORTH FOLK CT<br>GRANBURY TX 76049 | 3 | 0000010207<br>CERT:        3   D/R:<br>NILI GOLD<br>6 VITKIN ST<br>HAIFA ISRAEL | 3 |
| 0000010234<br>CERT:        6   D/R:<br>HARVEY GOLDBERG &<br>ROSALIE GOLDBERG JT TEN<br>130 S 18TH ST UNIT 2004<br>PHILADELPHIA PA 19103-4929 | 6 | 0000010100<br>CERT:      30,765   D/R:<br>GOLDENTREE ENTRUST INTERMEDIATE<br>FUND SPC<br>390 PARK AVENUE 21ST FLOOR<br>NEW YORK, NY 10022-7403 | 30,765 | 0000010073<br>CERT:      234,816   D/R:<br>GOLDENTREE PARTNERS LP<br>300 PARK AVENUE 21ST FLOOR<br>NEW YORK, NY 10022-7403 | 234,816 | 0000010074<br>CERT:      22,947   D/R:<br>GOLDENTREE (100) LP<br>300 PARK AVENUE 21ST FLOOR<br>NEW YORK NY 10022 | 22,947 |
| 0000010076<br>CERT:      27,100   D/R:<br>GOLDENTREE PARTNERS II LP<br>300 PARK AVENUE 21ST FLOOR<br>NEW YORK NY 10022 | 27,100 | 0000010075<br>CERT:      394,790   D/R:<br>GOLDENTREE OFFSHORE FUND LTD<br>300 PARK AVENUE 21ST FLOOR<br>NEW YORK NY 10022 | 394,790 | 0000010077<br>CERT:      60,337   D/R:<br>GOLDENTREE OFFSHORE FUND II LTD<br>300 PARK AVENUE 21ST FLOOR<br>NEW YORK NY 10022 | 60,337 | 0000010130<br>CERT:        2   D/R:<br>ANNETTE GOLDMAN<br>12 CYPRESS RD<br>WELLESLEY MA 02481-2937 | 2 |
| 0000010143<br>CERT:       24   D/R:<br>LAWRENCE A GOODMAN &<br>CHARLENE E GOODMAN JT TEN<br>COMMUNITY PROPERTY<br>212 PENNINSULA CT<br>GRANBURY TX 76048 | 24 | 0000010112<br>CERT:       18   D/R:<br>TERESA GRADIDGE &<br>CHRISTOPHER D GRADIDGE JT TEN<br>1200 LOURDES DR<br>SOUTHLAKE, TX 76092-8858 | 18 | 0000010213<br>CERT:       12   D/R:<br>GRAND LODGE OF KNIGHT OF<br>PYTHIAS OF TEXAS<br>118 SOUTH WARD DRIVE<br>LONGVIEW TX 75604-5052 | 12 | 0000010120<br>CERT:        4   D/R:<br>SIDNEY P GRANT &<br>COLLEEN M GRANT JT TEN<br>3203 QUEENSBURY WAY W<br>COLLEYVILLE TX 76034-4741 | 4 |
| 0000010121<br>CERT:       10   D/R:<br>SIDNEY P GRANT<br>3203 QUEENSBURY WAY W<br>COLLEYVILLE TX 76034-4741 | 10 | 0000010101<br>CERT:        2   D/R:<br>SUSAN S GRECO<br>420 N SPRING GARDEN ST<br>AMBLER, PA 19002-3414 | 2 | 0000010208<br>CERT:        5   D/R:<br>BILLY T GREEN<br>8917 BONTURA RD<br>GRANBURY TX 76049-4310 | 5 | 0000010118<br>CERT:      31,250   D/R:<br>ROBERT F GRIFFIN | 31,250 |

AST3-111A-B

AMERICAN STOCK TRANSFER & TRUST COMPANY

08/20/2014          PAGE    5

\*\*\*  LIST  OF  SHAREHOLDERS  \*\*\*

COMPANY: 16550

TRUMP ENTERTAINMENT RESORTS INC

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 0000010156<br>CERT:        93,750    D/R:<br>ROBERT F GRIFFIN | 93,750 | 0000010139<br>CERT:        15    D/R:<br>ALAN L GUINN<br>1909 PATTON CT<br>FORT WORTH TX 76110-1249 | 15 | 0000010190<br>CERT:        13    D/R:<br>STEPHANIE HAAS<br>3032 MISTY HARBOUR DR<br>LAS VEGAS NV 89117 | 13 | 0000010187<br>CERT:        1    D/R:<br>KATHRYN S HARDIN<br>197 BOYD LANE<br>WEATHERFORD TX 76088 | | 1 |
| 0000010186<br>CERT:        10    D/R:<br>ANNA V HART<br>4313 OAKRIDGE RD<br>FORT WORTH TX 76135 | 10 | 0000010185<br>CERT:        9    D/R:<br>IRA J HART<br>4313 OAKRIDGE RD<br>FORT WORTH TX 76135 | 9 | 0000010128<br>CERT:        2    D/R:<br>HARRIS HAUPTMAN &<br>CARIN HAUPTMAN JT TEN<br>2148 AVENIDA TORONJA<br>CARLSBAD CA 92009-9706 | 2 | 0000010029<br>CERT:        3.312 D/R:<br>ROBERT E HODGES &<br>CLAIRE L HODGES TEN ENT<br>2415 SUNSET FARM RD<br>ELLICOTT CITY, MD 21042-1631 | | 3.312 |
| 0000010058<br>CERT:        1.282 D/R:<br>JOHN G HODGSON<br>817 GRANT ST<br>HAZLETON, PA 18201-2316 | 1.282 | 0000010199<br>CERT:        4    D/R:<br>CARROLL B HOLLEY<br>9800 EASLEY ST<br>FORT WORTH TX 76108-1013 | 4 | 0000010039<br>CERT:        5.129 D/R:<br>MARY-LOU HOPKINS<br>8502 EDGEMERE RD APT 113<br>DALLAS TX 75225 | 5.129 | 0000010141<br>CERT:        5    D/R:<br>CLADA M HOSKINS TR<br>CLADA M HOSKINS REVOCABLE<br>TRUST UA 06/26/12<br>BOX 732<br>LINDSAY CA 93247-0732 | | 5 |
| 0000010030<br>CERT:        8.281 D/R:<br>RICHARD E HOUGHTON &<br>KATHRYN M HOUGHTON JT TEN<br>11 APPLEWOOD DRIVE<br>EDISON, NJ 08820-1256 | 8.281 | 0000010137<br>CERT:        6    D/R:<br>JAMES R HOYER &<br>VALERIE HOYER JT TEN<br>1446 MORNINGSIDE DR<br>OREFIELD PA 18069 | 6 | 0000010138<br>CERT:        11    D/R:<br>JAMES R HOYER<br>1446 MORNINGSIDE DR<br>OREFIELD PA 18069 | 11 | 0000010061<br>CERT:        1.656 D/R:<br>HUFFAKER TRUST TR UA FEB 16 1999<br>MARK G HUFFAKER<br>1310 MARLIN PLACE<br>TRACY, CA 95376-2931 | | 1.656 |
| 0000010119<br>CERT:        22,322    D/R:<br>DAVID R HUGHES | 22,322 | 0000010157<br>CERT:        66,966    D/R:<br>DAVID R HUGHES | 66,966 | 0000010115<br>CERT:        1,000    D/R:<br>ICANN PARTNERS LP<br>767 FIFTH AVE 46TH FLOOR<br>NEW YORK NY 10153 | 1,000 | 0000010096<br>CERT:        986,266    D/R:<br>INTERSTATE 15 HOLDINGS LP<br>333 S GRAND AVENUE FLOOR 28<br>LOS ANGELES, CA 90071-1504 | | 986,266 |

AST3-111A-B

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550

TRUMP ENTERTAINMENT RESORTS INC

| | | | | |
|---|---|---|---|---|
| 0000010037<br>CERT:        2.564 D/R:<br>MAX ISAACS &<br>DORIS ISAACS JT TEN<br>11 MARTINS RUN<br>MEDIA PA 19063 | 2.564 | 0000010064<br>CERT:        3.312 D/R:<br>HYMAN IZRAELI<br>31 EASTERN PKWY<br>WEST CALDWELL, NJ 07006-7215 | 3.312 | 0000010108<br>CERT:        2    D/R:        2<br>AMY JOELSON SUZANNE JOELSON<br>JOHN JOELSON TR UA 04/20/94<br>BY BLANCHE JOELSON<br>575 MAIN ST APT N 1909<br>NEW YORK, NY 10044-0145 |
| 0000010204<br>CERT:        8    D/R:        8<br>LARRY JOHNSON<br>10409 GRAY OAK LN<br>FORT WORTH TX 76108-3768 | | 0000010144<br>CERT:       20    D/R:       20<br>MAYNARD K JOHNSON &<br>JANICE A JOHNSON JT TEN TEN COM<br>5112 WHISTLER DR<br>FORT WORTH TX 76133 | | 0000010145<br>CERT:       23    D/R:       23<br>MAYNARD K JOHNSON<br>5112 WHISTLER DR<br>FORT WORTH TX 76133-5021 |
| 0000010034<br>CERT:        3.847 D/R:        3.847<br>NORBERT A JONTZA<br>1024 N LAKESIDE DRIVE<br>LAKE WORTH, FL 33460-2308 | | 0000010013<br>CERT:        1.656 D/R:        1.656<br>BARBARA M KAMINSKY<br>5097 RAVENWOOD DRIVE<br>MARIETTA, GA 30066-1337 | | 0000010043<br>CERT:        3.312 D/R:        3.312<br>LOUIS G KATZ<br>1173 BEECHWOOD BLVD<br>PITTSBURGH, PA 15206-4545 |
| 0000010026<br>CERT:        6.412 D/R:        6.412<br>RONALD K KO &<br>BARBARA Y KO COMMUNITY PROPERTY<br>3372 EL SUYO DRIVE<br>SAN RAMON, CA 94583-3032 | | 0000010011<br>CERT:        3.312 D/R:        3.312<br>VINCENT J KOEHLER &<br>LOIS C KOEHLER JT TEN<br>116 LAKE DRIVE<br>SOUTH MILWAUKEE, WI 53172-1235 | | 0000010047<br>CERT:        8.281 D/R:        8.281<br>KRISMAN FAMILY TRUST TR UA<br>FEB 17 1999 HAROLD T KRISMAN<br>& JOANNE KRISMAN<br>3237 AVENIDA REPOSO<br>ESCONDIDO, CA 92029-7936 |
| 0000010140<br>CERT:       14    D/R:       14<br>BRUCE E LARANCE<br>4303 DALEVALE CT<br>FORT WORTH TX 76135 | | 0000010192<br>CERT:        2    D/R:        2<br>LINDA G LEONHARDT<br>BOX 880<br>ALEDO TX 76008-0880 | | 0000010018<br>CERT:        2.564 D/R:        2.564<br>STANLEY L LEVITAS &<br>ANN V LEVITAS JT TEN<br>287 HERON WAY TERRACE<br>HOLLAND, PA 18966-2025 |

| | | |
|---|---|---|
| 0000010151<br>CERT:       12    D/R:       12<br>AGNES M JOHNSON<br>412 S DAVIS ST<br>WEST TX 76691 | | |
| 0000010010<br>CERT:       16.562 D/R:       16.562<br>VIVIENNE JILL JOLLES TRUST<br>VIVIENNE JILL JOLLES TR<br>UA AUG 29 1988<br>4730 K LA VILLA MARINA DRIVE<br>MARINA DEL REY, CA 90292-7027 | | |
| 0000010070<br>CERT:    2,442,267    D/R:    2,442,267<br>UBS SECURITIES LLC<br>F/B/O KINGS ROAD HOLDINGS XIV LTD<br>POLYGON INVESTMENT PARTNERS LLP<br>4 SLOANE TERRACE<br>LONDON<br>UNITED KINGDOM SW1X 9DQ | | |
| 0000010176<br>CERT:       15    D/R:       15<br>DONALD B LANGSTON<br>3304 HUNTER COVE DR<br>ARLINGTON TX 76001-6638 | | |
| 0000010019<br>CERT:        2.564 D/R:        2.564<br>STANLEY L LEVITAS<br>287 HERON WAY TERRACE<br>HOLLAND, PA 18966-2025 | | |

AST3-111A-B                          AMERICAN STOCK TRANSFER & TRUST COMPANY                          08/20/2014          PAGE      7

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550                                    TRUMP ENTERTAINMENT RESORTS INC

| | | | | | | |
|---|---|---|---|---|---|---|
| 0000010017<br>CERT:       2,564 D/R:<br>SYLVIA LEVY &<br>DAVID Z LEVY JT TEN<br>4942 TIERRA DEL SOL DRIVE<br>LAS VEGAS, NV 89113-1370 | 2,564 | 0000010016<br>CERT:       1,282 D/R:<br>BERNICE C LINDNER<br>1375 OVERLOOK DRIVE<br>DEWEY, AZ 86327-5331 | 1,282 | 0000010099<br>CERT:           34   D/R:<br>NORMAN LINEPSKY<br>79 ANDOVER DR<br>KENDALL PARK, NJ 08824-7009 | 34 | 0000010009<br>CERT:       2,564 D/R:<br>WALTER LIVEZEY &<br>PATRICIA LIVEZEY JT TEN<br>49 LONGHORN DRIVE<br>BUFFALO, WY 82834-9316 | 2,564 |
| 0000010163<br>CERT:       3,333   D/R:<br>EDWARD LLAMBIAS | 3,333 | 0000010209<br>CERT:          15   D/R:<br>KERRY J LOCKE<br>135 CHAPEL DR<br>ANDOVER KS 67002-9563 | 15 | 0000010171<br>CERT:            5   D/R:<br>LYNNE H MANN TR<br>UA 07/30/09<br>SONNA L WHALEN REV TRUST<br>1812 WAGNER RD<br>GLENVIEW IL 60025-2314 | 5 | 0000010142<br>CERT:            5   D/R:<br>WILLIAM D MARTIN<br>2300 EDWIN ST<br>FORT WORTH TX 76110-6634 | 5 |
| 0000010203<br>CERT:            6   D/R:<br>SANDRA M MASON<br>4601 SHADY LAKE DR<br>N RICHLAND HILLS TX 76180 | 6 | 0000010062<br>CERT:       1,282 D/R:<br>JACK D MATTIS &<br>ARLENE L MATTIS JT TEN<br>1711 MORNINGSIDE DRIVE<br>RAPID CITY, SD 57701-8080 | 1,282 | 0000010172<br>CERT:            2   D/R:<br>PHILLIP R MCCLURKIN &<br>PATRICIA A MCCLURKIN JT TEN<br>927 FOREST CREEK ST<br>BENBROOK TX 76126 | 2 | 0000010164<br>CERT:       6,666   D/R:<br>DANIEL MCFADDEN | 6,666 |
| 0000010219<br>CERT:            8   D/R:<br>DOUGLAS E MCFADIN<br>PMB 313<br>900 N WALNUT CREEK 100<br>MANSFIELD TX 76063 | 8 | 0000010183<br>CERT:            2   D/R:<br>DONNA K MCKEE<br>3401 SW 15TH AVE APT C<br>AMARILLO TX 79102-2038 | 2 | 0000010162<br>CERT:       6,666   D/R:<br>KATHLEEN MCSWEENEY | 6,666 | 0000010107<br>CERT:            1   D/R:<br>FREDERICK J MEAGHER EX<br>E O BARBARA A SHERWOOD<br>15 HAWLEY ST<br>BINGHAMTON, NY 13901-3207 | 1 |
| 0000010161<br>CERT:       6,666   D/R:<br>MICHAEL MELLON | 6,666 | 0000010124<br>CERT:          32   D/R:<br>MERRICK FAMILY FOUNDATION<br>3625 GREENBRIAR<br>DALLAS TX 75225-5106 | 32 | 0000010059<br>CERT:       1,656 D/R:<br>HOWARD MILLS JR<br>39340 KEITHS CIRCLE<br>ZEPHYRHILLS, FL 33542-2952 | 1,656 | 0000010114<br>CERT:            8   D/R:<br>WANDA F MOORE<br>2507 CEDAR CREST CT<br>GRANBURY TX 76048-5821 | 8 |

AST3-111A-B

AMERICAN STOCK TRANSFER & TRUST COMPANY                    08/20/2014          PAGE    8

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550

TRUMP ENTERTAINMENT RESORTS INC

| | | | |
|---|---|---|---|
| 0000010116<br>CERT:        6    D/R:<br>THOMAS E MORGAN<br>BOX 5<br>GOBER TX 75443 | 6 | 0000010218<br>CERT:        9    D/R:<br>JIMMY R MURPHY<br>3375 FM RD 51 N<br>WEATHERFORD TX 76085-8217 | 9 |
| 0000010193<br>CERT:        49    D/R:<br>JACK NAGEL &<br>GITTA NAGEL TR<br>12/17/87<br>FBO NAGEL FAMILY LIVING TRUST<br>6222 WILSHIRE BLVD SUITE 400<br>LOS ANGELES CA 90048-5100 | 49 | 0000010063<br>CERT:        1.282 D/R:<br>IRLAN W NEAS<br>P.O. BOX 770038<br>STEAMBOAT SPRINGS, CO 80477-0038 | 1.282 |

0000010216
CERT:        17    D/R:                    17
RICHARD MONS NESS
9248 CITRUS VIEW CT
SAN DIEGO CA 92126-5555

0000010182
CERT:        2    D/R:                    2
GERRY M NICHOLS &
PAMELA B NICHOLS JT TEN
129 LAKESIDE OAKS CIRCLE
LAKESIDE TX 76135

0000010002
CERT:        1.282 D/R:        1.282
ANN NIEDERMAN
153 COURSE DE PASTURE APT E
FREEHOLD, NJ 07728-5217

0000010214
CERT:        2    D/R:                    2
GLENA NIESWIADOMY
6101 OLD DENTON RD 216
FORT WORTH TX 76131

0000010198
CERT:        6    D/R:                    6
GILMER L NORRIS
1105 DELL ST
FORT WORTH TX 76108-1010

0000010035
CERT:        1.282 D/R:        1.282
NANCY-ALAN OCHS
6251 N 2025TH STREET
WILLOW HILL, IL 62480-2419

0000010215
CERT:        7    D/R:                    7
STEVEN A OWEN
6404 DIAMOND LOCH N
N RICHLND HLS TX 76180-8456

0000010126
CERT:        11    D/R:                    11
SCOTT PALMER VMD &
TRACEY PALMER EMSLIE TR UW
FRANK PALMER TRUST
ATTN JANET PALMER
BOX 359
CLARKSBURG NJ 08510-0359

0000010196
CERT:        12    D/R:                    12
LEONARD B PARKER
5524 WESTCREEK DR
FORT WORTH TX 76133-2244

0000010104
CERT:        3    D/R:                    3
PATRICIA A PATRAZ
315 W MACARTHUR AVE
EAU CLAIRE, WI 54701-6326

0000010226
CERT:        13.249 D/R:        13.249
HEIDE I PATTON
4813 SENORA CREEK COURT
AUSTIN TX 78735

0000010110
CERT:        56    D/R:                    56
JAMES L PAYNE &
ARLENE H PAYNE JT TEN
5489 FIELDWOOD DR
HOUSTON, TX 77056-2709

0000010217
CERT:        2    D/R:                    2
PEGGY G PENNEY
2201 HWY 1187
CROWLEY TX 76036-4645

0000010229
CERT:        11    D/R:                    11
GRACE H PHILLIPS
1302 RGNA ST
WEATHERFORD TX 76086

0000010201
CERT:        3    D/R:                    3
MARVIN D REGER
692 COUNTY RD 3940
POOLVILLE TX 76487-2705

0000010127
CERT:        2    D/R:                    2
WILLIAM W REICH &
BETTY ALICE REICH JT TEN
2023 HARTLEBURY WAY
SUN CITY CENTER FL 33573-6358

AST3-111A-B
AMERICAN STOCK TRANSFER & TRUST COMPANY                                    08/20/2014          PAGE    9

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550                          TRUMP ENTERTAINMENT RESORTS INC

| | | | |
|---|---|---|---|
| 0000010149<br>CERT:        18       D/R:<br>WILLIAM A ROGERS<br>8920 VAN DEMAN DR<br>FORT WORTH TX 76116 | 18 | 0000010206<br>CERT:        38       D/R:<br>JAMES ROLAND<br>710 E ANDERSON<br>WEATHERFORD TX 76086 | 38 | 0000010024<br>CERT:            1.282 D/R:<br>CEASAR L ROMANOWSKI &<br>THERESA R ROMANOWSKI JT TEN<br>429 LINNVIEW AVENUE<br>PITTSBURGH, PA 15210-3723 | 1.282 | 0000010054<br>CERT:            2.564 D/R:<br>JOSEPH S ROSENBAUM &<br>THELMA ROSENBAUM JT TEN<br>9175 E SW 20TH ST<br>BOCA RATON FL 33428 | 2.564 |

0000010173
CERT:        2       D/R:          2
ROBERT W ROSS &
MARILYN H ROSS TR
UA 06/02/00
ROBERT W & MARILYN H ROSS TRUST
3217 LEITH AVE
FORT WORTH TX 76133

0000010028
CERT:            2.564 D/R:          2.564
ROBERT S RUSSELL
39638 MOHAWK LOOP
MARCOLA, OR 97454-9708

0000010023
CERT:            2.564 D/R:          2.564
RYGG FAMILY TRUST TR UA OCT 1 1991
LESTER S RYGG & NORMA J RYGG
2828 BRIDGEFORD RD
OMAHA, NE 68124-2542

0000010053
CERT:            2.564 D/R:          2.564
GLORIA SCHWARTZ LYN J SCHWARTZ JT TEN
JOSEPH SCHWARTZ & ED SCHWARTS
74 HOFFMAN AVENUE
LAKE HIAWATHA, NJ 07034-1913

0000010038
CERT:            1.282 D/R:          1.282
ELIE V SHAW &
CLARICE M SHAW JT TEN
6191 PEAKE ROAD # 118
MACON, GA 31220-3957

0000010060
CERT:            2.564 D/R:          2.564
JOHN A SHIELDS &
JACQUELINE J SHIELDS JT TEN
4608 STERLING CROSS
NASHVILLE TN 37211

0000010056
CERT:            1.538 D/R:          1.538
HERMAN SHULMAN
3018 SWANSEA A
DEERFIELD BEACH, FL 33442-2892

0000010014
CERT:            1.795 D/R:          1.795
BERNARD SINGER
405 RIVER ROAD
PISCATAWAY, NJ 08854-3509

0000010180
CERT:        17       D/R:          17
GEORGE H SLOAN
3600 LYNNDALE PL
FORT WORTH TX 76133-2149

0000010093
CERT:        2       D/R:          2
EDWARD SMITH
460 WHITESTONE COURT
CINCINNATI, OH 45231-2716

0000010008
CERT:            3.334 D/R:          3.334
WARREN STARK &
CARMELA STARK JT TEN
71 STRATTON AVE
WESTWOOD, NJ 07675-2830

0000010220
CERT:        18       D/R:          18
DANA STEINWART TR
UA 07/11/94
RAYMOND H FECHTER TRUST
12205 HORTON ST
OVERLAND PARK KS 66209

0000010202
CERT:        2       D/R:          2
ROBERT W SWEATT
4917 TRACY DR
FORT WORTH TX 76117

0000010003
CERT:            7.287 D/R:          7.287
WILLIAM SWINNEY & JAMES CRAIG &
OSCAR PFANNER TR U/A/D 07/01/71
2370 CORK CIRCLE
SACRAMENTO, CA 95822-3624

0000010091
CERT:            7,500 D/R:          7,500
STEVEN A TANANBAUM
300 PARK AVENUE 21ST FLOOR
NEW YORK, NY 10022-7403

0000010052
CERT:            2.564 D/R:          2.564
JULIAN TAUBIN & REBBECA TAUBIN
7 NOTTINGHAM LANE
MANCHESTER TOWNSHIP NJ 08759-7316

AST3-111A-B

AMERICAN STOCK TRANSFER & TRUST COMPANY
08/20/2014          PAGE    10

*** LIST OF SHAREHOLDERS ***

COMPANY: 16550                          TRUMP ENTERTAINMENT RESORTS INC

| | | | | | | |
|---|---|---|---|---|---|---|
| 0000010148<br>CERT:        6   D/R:<br>TEXAS PYTHIAN HOME INC<br>LONGVIEW ACCOUNT<br>1825 E BANKHEAD DRIVE<br>WEATHERFORD TX 76086 | 6 | 0000010150<br>CERT:      117   D/R:<br>TEXAS PYTHIAN HOME INC<br>INCOME ACCOUNT<br>1825 E BANKHEAD DRIVE<br>WEATHERFORD TX 76086 | 117 | 0000010125<br>CERT:      3,002   D/R:<br>THINGS CHANGE LTD<br>A PARTNERSHIP<br>5956 SHERRY LANE SUITE 1350<br>DALLAS TX 75225-8009 | 3,002 | 0000010200<br>CERT:       31   D/R:<br>MARK THISTLEWAITE TR<br>UA 04/03/87<br>MARK THISTLETHWAITE GST TRUST<br>2928 WILSHIRE BLVD<br>FORT WORTH TX 76110 |
| 31 | | | | | | |
| 0000010222<br>CERT:      126   D/R:<br>SUSAN C THRASHER TR<br>UA 06/01/98<br>ANN PEARSON IRREVOCABLE TRUST<br>3604 SANDPIPER DR<br>SPRINGFIELD IL 62711-5300 | 126 | 0000010092<br>CERT:     535,714   D/R:<br>DONALD J TRUMP<br>725 FIFTH AVENUE 25TH FLOOR<br>NEW YORK, NY 10022-2517 | 535,714 | 0000010160<br>CERT:       10   D/R:<br>MICHAL LIVIA TULPAN<br>21 BILU ST APT 27<br>NESS ZIONA ISRAEL 74061 | 10 | 0000010129<br>CERT:        7   D/R:<br>BOBBY T UNDERWOOD<br>503 GLEN OAKS DRI<br>JASPER AL 35504 |
| 7 | | | | | | |
| 0000010050<br>CERT:       .512  D/R:<br>KAREN S VERHOEFF<br>34391 RD 29<br>HOLLY CO 81047 | .512 | 0000010159<br>CERT:       10   D/R:<br>PATRICK J VOLKAR<br>2052 S ISLAND GREEN DR UNIT D6<br>COEUR D ALENE ID 83814-5668 | 10 | 0000010042<br>CERT:      1,656  D/R:<br>M L WASSERMAN<br>P.O. BOX 5611<br>FULLERTON, CA 92838-0611 | 1,656 | 0000010212<br>CERT:        9   D/R:<br>ELAINE P WELGEHAUSEN<br>1558 DALEWOOD CT<br>FORT WORTH TX 76112 |
| 9 | | | | | | |
| 0000010049<br>CERT:      1,282  D/R:<br>KATHLEEN J WENZEL<br>6100 W STONEHEDGE DRIVE 302<br>GREENFIELD, WI 53220-4601 | 1,282 | 0000010006<br>CERT:      8,578  D/R:<br>WESTERN CONTINENTAL INC<br>905 N PINES RD<br>SUITE A<br>SPOKANE VALLEY, WA 99206-4900 | 8,578 | 0000010195<br>CERT:       12   D/R:<br>GARY DON WHITE &<br>ADDIE L WHITE JT TEN<br>5824 SYCAMORE CREEK RD<br>FORT WORTH TX 76134-1917 | 12 | 0000010153<br>CERT:        3   D/R:<br>JOAN M WILLIAMS<br>1507 ELAINE ST<br>WEATHERFORD TX 76086 |
| 3 | | | | | | |
| 0000010155<br>CERT:        2   D/R:<br>MALLIE CARL WILLIAMS JR<br>1507 ELAINE ST<br>WEATHERFORD TX 76086 | 2 | 0000010031<br>CERT:      6,625  D/R:<br>CONSTANCE WILSON CUSTODIAN<br>LEAH MARIE WILSON UTMA NE<br>4939 UNION HILL ROAD<br>LINCOLN, NE 68516-5647 | 6,625 | | | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
                                     :

In re:                               : Chapter 11

TRUMP ENTERTAINMENT RESORTS,     : Case No. 14—_____ (___)
INC., et al.,[1]
                                : (Joint Administration Requested)
              Debtors.         :
                                    :
------------------------------------------------------------x

## DECLARATION CONCERNING LIST OF EQUITY SECURITY HOLDERS OF TRUMP ENTERTAINMENT RESORTS, INC.

I, Robert Griffin, Chief Executive Officer of Trump Entertainment Resorts, Inc.,

one of the above-captioned debtors and debtors in possession, declare under penalty of

perjury under the laws of the United States of America that I have reviewed the *List of Equity*

*Security Holders of Trump Entertainment Resorts, Inc.*, submitted herewith, and that the

information contained therein is true and correct to the best of my knowledge, information, and

belief.

Date: September _9_, 2014

                                          Robert Griffin
                                          Chief Executive Officer of Trump
                                          Entertainment Resorts, Inc.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Management Co., LLC (0648), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-----------------------------------------------------------------x
:
In re:                                     : Chapter 11
:
**TRUMP ENTERTAINMENT RESORTS,**           : Case No. 14–_____ (___)
**INC., et al.,**[1]                       :
:                                          : **(Joint Administration Requested)**
            **Debtors.**                   :
:
-----------------------------------------------------------------x

## DEBTORS' CONSOLIDATED OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1) AND 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Trump Entertainment Resorts, Inc. ("**TER**") and its above-captioned affiliated debtors and debtors in possession (each, a "**Debtor**," and collectively, the "**Debtors**") hereby state as follows:

1.      TER, which is owned by the stockholders identified in the *List of Equity Security Holders of Trump Entertainment Resorts, Inc.* filed with TER's voluntary chapter 11 petition, directly owns 99% of Debtor Trump Entertainment Resorts Holdings, L.P. and 100% of Debtor TERH LP Inc.  Debtor TERH LP Inc. owns the remaining 1% of Debtor Trump Entertainment Resorts Holdings, L.P.

2.      Trump Entertainment Resorts Holdings, L.P. directly owns 100% of all of the remaining Debtors.  Therefore, TER directly or indirectly owns 100% of each of the other Debtors.

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
                                                         :
In re:                                                   :   **Chapter 11**
                                                         :
**TRUMP ENTERTAINMENT RESORTS,**                         :   **Case No. 14–_____ (___)**
**INC., et al.,**[1]                                     :
                                                         :   **(Joint Administration Requested)**
                          **Debtors.**                   :
                                                         :
---------------------------------------------------------x

### DECLARATION CONCERNING DEBTORS' CONSOLIDATED
### OWNERSHIP STATEMENT PURSUANT TO RULES 1007(a)(1) AND
### 7007.1 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

I, Robert Griffin, Chief Executive Officer of Trump Entertainment Resorts, Inc.,

one of the above-captioned debtors and debtors in possession, declare under penalty of

perjury under the laws of the United States of America that I have reviewed the foregoing

*Debtors' Consolidated Ownership Statement Pursuant to Rules 1007(a)(1) and 7007.1 of the*

*Federal Rules of Bankruptcy Procedure* submitted herewith and that the information contained

therein is true and correct to the best of my knowledge, information, and belief.

Date: September  9 , 2014            TRUMP ENTERTAINMENT RESORTS, INC., on
                                     behalf of itself and its affiliated Debtors and Debtors in
                                     Possession

                                     _____
                                     Robert Griffin, Chief Executive Officer

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

## UNANIMOUS WRITTEN CONSENT OF

## THE BOARD OF DIRECTORS OF

## TRUMP ENTERTAINMENT RESORTS, INC.

THE UNDERSIGNED, being all of the directors of Trump Entertainment Resorts, Inc. (the **"Company"**), a Delaware corporation, hereby consent that the actions recited herein shall be deemed the actions of the Board of Directors of the Company with the same effect as if taken at a duly noticed and called meeting of the Board of Directors, and direct that this writing be filed with the minutes of proceedings of that Board--all pursuant to the provisions of Section 141(f) of the General Corporation Law of the State of Delaware:

WHEREAS, the Board of Directors has reviewed and considered the financial and operational condition of the Company and its subsidiaries, and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's products and services, and credit market conditions; and

WHEREAS, the Board of Directors has received, reviewed and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED that, in the judgment of the Board of Directors, it is desirable and in the best interests of the Company, its creditors, stockholders and other interested parties, that a voluntary petition (the **"Petition"**) be filed with the United States Bankruptcy Court for the District of Delaware by the Company under the provisions of Chapter 11 of Title 11 of the United States Code; and it is further

RESOLVED, that in the judgment of the Board of Directors, it is desirable and in the best interests of each of the Company's subsidiaries listed on Exhibit A attached hereto (the **"Filing Subsidiaries"**), their creditors, stockholders and other interested parties, that voluntary petitions be filed with the United States Bankruptcy Court for the District of Delaware for each of the Filing Subsidiaries under the provisions of Chapter 11 of Title 11 of the United States Code; and it is further

RESOLVED, that the Company shall be, and it hereby is, directed and authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem reasonable, advisable, expedient, convenient, necessary or proper to obtain such relief; and it is further

RESOLVED, that Robert F. Griffin, in his capacity as Chief Executive Officer, Daniel M. McFadden, in his capacity as Chief Financial Officer, and each and every other officer of the Company and any of their designees (collectively the **"Designated Persons"**), be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on

01:15851284.5

behalf of and in the name of the Company (i) to execute and verify the Petition as well as all other ancillary documents and to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware commencing a case (the **"Bankruptcy Case"**) and to make or cause to be made prior to the execution thereof any modifications to the Petition or ancillary documents, and (ii) to execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents necessary or desirable in connection with the foregoing; and it is further

RESOLVED, that the law firm of Stroock & Stroock & Lavan LLP (**"Stroock"**) be, and hereby is, authorized and empowered to represent the Company as bankruptcy co-counsel to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Stroock; and it is further

RESOLVED, that the law firm of Young Conaway Stargatt & Taylor, LLP (**"Young Conaway"**) be, and hereby is, authorized and empowered to represent the Company as bankruptcy co-counsel to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Young Conaway; and it is further

RESOLVED, that Houlihan Lokey Capital, Inc. (**"Houlihan Lokey"**) be, and hereby is, authorized and empowered to serve as the financial advisor to represent and assist the Company in carrying out its duties under the Title 11 of the United States Code and to take any and all actions to advance the Company's rights and obligations in connection with the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Houlihan Lokey; and it is further

RESOLVED, that Prime Clerk LLC (**"Prime Clerk"**) be, and hereby is, authorized and empowered to serve as the notice, claims, solicitation and balloting agent in connection with the Bankruptcy Case; and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers, if required, prior to and immediately upon the filing of the

Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of Prime Clerk; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to employ any other individual and/or firm as professionals or consultants or financial advisors to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and in connection therewith, the Designated Persons be and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized and empowered, on behalf of and in the name of the Company to obtain post-petition financing according to terms negotiated, or to be negotiated, by the management of the Company, including under debtor-in-possession credit facilities or relating to the use of cash collateral; and to enter into any guarantees and to pledge and grant liens on its assets as may be contemplated by or required under the terms of such post-petition financing or cash collateral agreements; and in connection therewith, the Designated Persons are hereby authorized and directed to execute appropriate loan agreements, cash collateral agreements and related ancillary documents; and it is further

RESOLVED, that the Designated Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company, to secure the payment and performance of any post-petition financing by (i) (a) pledging or granting liens or mortgages on, or security interests in, all or any portion of the Company's assets, including all or any portion of the issued and outstanding capital stock, partnership interests, or membership interests of any subsidiaries of the Company, whether now owned or hereafter acquired, and (b) causing any subsidiary of the Company to pledge or grant liens or mortgages on, or security interests in, all or any portion of such subsidiary's assets, whether now owned or hereafter acquired, and (ii) entering into or causing to be entered into, including, without limitation, causing any subsidiaries of the Company to enter into, such credit agreements, guarantees, other debt instruments, security agreements, pledge agreements, control agreements, inter-creditor agreements, mortgages, deeds of trust, and other agreements as are necessary, appropriate or desirable to effectuate the intent of, or matters reasonably contemplated or implied by, this resolution in such form, covering such collateral and having such other terms and conditions as are approved or deemed necessary, appropriate, or desirable by the officer executing the same, the execution thereof by such officer to be conclusive evidence of such approval or determination; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone or in any combination is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Company, to perform the obligations of the Company under Title 11 of the United States Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such

form, as the officer performing or executing the same shall approve, and the performance or execution thereof by such officer shall be conclusive evidence of the approval thereof by such officer and by the Company; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone or in any combination is, hereby authorized, directed and empowered from time to time in the name of and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions, as in the judgment of such Designated Persons, shall be necessary, proper and desirable to prosecute to a successful completion the Bankruptcy Case and to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure and ownership of the Company, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

RESOLVED, that the Designated Persons be, and each of them acting alone is, hereby authorized, directed and empowered from time to time in the name and on behalf of the Company, to adopt resolutions and otherwise exercise the rights and powers of the Company as such Designated Person may deem necessary, appropriate or desirable (i) as a member or manager (however denominated) of the direct and indirect subsidiaries of the Company that are limited liability companies (if any), (ii) as general partner or limited partner of the direct and indirect subsidiaries of the Company that are limited partnerships (if any), and (iii) as a stockholder of the direct and indirect subsidiaries of the Company that are corporations (if any); and that thereupon such resolutions shall be deemed adopted as and for the resolutions of each such subsidiary of the Company; and it is further

RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such actions were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of _September 8_, 2014

_____
EUGENE DAVIS

_____
MICHAEL ELKINS

_____
JEFFREY GILBERT

_____
ROBERT GRIFFIN

_____
DAVID HUGHES

_____
DAVID LICHT

_____
STEPHEN MCCALL

_____
ROBERT SYMINGTON

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of ___September 8___, 2014

_____            _____
EUGENE DAVIS                        MICHAEL ELKINS

_____            _____
JEFFREY GILBERT                     ROBERT GRIFFIN

_____            _____
DAVID HUGHES                        DAVID LICHT

_____            _____
STEPHEN MCCALL                      ROBERT SYMINGTON

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of _____September 5_____, 2014

_____
EUGENE DAVIS

_____
MICHAEL ELKINS

_____
JEFFREY GILBERT

_____
ROBERT GRIFFIN

_____
DAVID HUGHES

_____
DAVID LICHT

_____
STEPHEN MCCALL

_____
ROBERT SYMINGTON

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of _September 8_, 2014

_____          _____
EUGENE DAVIS                              MICHAEL ELKINS


_____          _____
JEFFREY GILBERT                           ROBERT GRIFFIN


_____          _____
DAVID HUGHES                              DAVID LICHT


_____          _____
STEPHEN MCCALL                            ROBERT SYMINGTON

NY 75266876v1

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of _September 8_, 2014

_____          _____
EUGENE DAVIS                              MICHAEL ELKINS


_____          _____
JEFFREY GILBERT                           ROBERT GRIFFIN


_____          _____
DAVID HUGHES                              DAVID LICHT


_____          _____
STEPHEN MCCALL                            ROBERT SYMINGTON

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of ___September 8___, 2014

_____
EUGENE DAVIS

_____
JEFFREY GILBERT

_____
DAVID HUGHES

_____
STEPHEN MCCALL

_____
MICHAEL ELKINS

_____
ROBERT GRIFFIN

_____
DAVID LICHT

_____
ROBERT SYMINGTON

NY 75266876v1

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of ___September 9___, 2014

_____          _____
EUGENE DAVIS                                          MICHAEL ELKINS


_____          _____
JEFFREY GILBERT                                     ROBERT GRIFFIN


_____          _____
DAVID HUGHES                                        DAVID LICHT


_____          _____
STEPHEN MCCALL                                    ROBERT SYMINGTON

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent effective as of _____ 9 / 5 _____, 2014

_____
EUGENE DAVIS

_____
MICHAEL ELKINS

_____
JEFFREY GILBERT

_____
ROBERT GRIFFIN

_____
DAVID HUGHES

_____
DAVID LICHT

_____
STEPHEN MCCALL

_____
ROBERT SYMINGTON

**EXHIBIT A**

**FILING SUBSIDIARIES**

**OF TRUMP ENTERTAINMENT RESORTS, INC.**

TRUMP ENTERTAINMENT RESORTS HOLDINGS, L.P.

TRUMP PLAZA ASSOCIATES, LLC (D/B/A TRUMP PLAZA HOTEL CASINO)

TRUMP MARINA ASSOCIATES, LLC (D/B/A TRUMP MARINA HOTEL CASINO)

TRUMP TAJ MAHAL ASSOCIATES, LLC (D/B/A TRUMP TAJ MAHAL CASINO RESORT)

TRUMP ENTERTAINMENT RESORTS DEVELOPMENT COMPANY, LLC

TER DEVELOPMENT CO., LLC

TERH LP INC.