## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
----------------------------------------------------------------x
                                              :
                                              :
In re:                                        : Chapter 11
                                              :
TRUMP ENTERTAINMENT RESORTS, INC.,            : Case No. 14–12103 (____)
                                              :
              Debtor.                         :
                                              :
                                              :
                                              :
----------------------------------------------------------------x
                                              :
                                              :
In re:                                        : Chapter 11
                                              :
TRUMP ENTERTAINMENT RESORTS                   : Case No. 14–12104 (____)
HOLDINGS, L.P.,                               :
                                              :
              Debtor.                         :
                                              :
----------------------------------------------------------------x
                                              :
                                              :
In re:                                        : Chapter 11
                                              :
TRUMP PLAZA ASSOCIATES, LLC,                  : Case No. 14–12105 (____)
                                              :
              Debtor.                         :
                                              :
                                              :
                                              :
----------------------------------------------------------------x
                                              :
                                              :
In re:                                        : Chapter 11
                                              :
TRUMP MARINA ASSOCIATES, LLC,                 : Case No. 14–12106 (____)
                                              :
              Debtor.                         :
                                              :
                                              :
                                              :
----------------------------------------------------------------x
```

01:15965124.2

```
-------------------------------------------------------------x
                                                             :
                                                             :
In re:                                                       : Chapter 11
                                                             :
TRUMP TAJ MAHAL ASSOCIATES, LLC,                             : Case No. 14–12107 (_____)
                                                             :
            Debtor.                                          :
                                                             :
                                                             :
-------------------------------------------------------------x
                                                             :
                                                             :
In re:                                                       : Chapter 11
                                                             :
TRUMP ENTERTAINMENT RESORTS                                  : Case No. 14–12108 (_____)
DEVELOPMENT COMPANY, LLC,                                    :
                                                             :
            Debtor.                                          :
                                                             :
-------------------------------------------------------------x
                                                             :
                                                             :
In re:                                                       : Chapter 11
                                                             :
TER DEVELOPMENT CO., LLC,                                    : Case No. 14–12109 (_____)
                                                             :
            Debtor.                                          :
                                                             :
                                                             :
-------------------------------------------------------------x
                                                             :
                                                             :
In re:                                                       : Chapter 11
                                                             :
TERH LP INC.,                                                : Case No. 14–12110 (_____)
                                                             :
            Debtor.                                          :
                                                             :
                                                             :
-------------------------------------------------------------x
```

### DEBTORS' MOTION FOR AN ORDER, PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1, AUTHORIZING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Trump Entertainment Resorts, Inc. ("**TER**") and its above-captioned affiliated

debtors and debtors in possession (each a "**Debtor**," and collectively, the "**Debtors**")[1] hereby

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407),

submit this motion (this "**Motion**") for the entry of an order, substantially in the form attached hereto as <u>Exhibit A</u> (the "**Proposed Order**"), pursuant to Rule 1015 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), authorizing the joint administration of the Debtors' chapter 11 cases and the consolidation thereof for procedural purposes only.  The facts and circumstances supporting this Motion are set forth in the concurrently filed *Declaration of Robert Griffin In Support of Debtors' Chapter 11 Petitions and First Day Motions and Applications* (the "**First Day Declaration**").[2]  In further support of this Motion, the Debtors respectfully state as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012 (the "**Amended Standing Order**").  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and the Court may enter a final order consistent with Article III of the United States Constitution.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.  The statutory and legal predicates for the relief sought herein are Bankruptcy Rule 1015 and Local Rule 1015-1.

## BACKGROUND

2.      On the date hereof (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  Concurrently with this Motion, the Debtors have also filed certain other motions and applications seeking certain "first day" relief.

---

Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the First Day Declaration.

3.      The Debtors have continued in possession of their properties and have continued to operate and maintain their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      No request has been made for the appointment of a trustee or examiner and no official committee has been established in these chapter 11 cases.

5.      Additional information about the Debtors' business and the events leading up to the Petition Date can be found in the First Day Declaration, which is incorporated herein by reference.

## RELIEF REQUESTED

6.      By this Motion, the Debtors request the Court enter the Proposed Order, authorizing the joint administration of these chapter 11 cases and the consolidation thereof for procedural purposes only.

7.      Many, if not virtually all, of the motions, applications, hearings and orders that will arise in these chapter 11 cases will jointly affect all of the Debtors.  For this reason, the Debtors respectfully submit that the interests of the Debtors, their creditors and other parties in interest would be best served by the joint administration of these chapter 11 cases.  In order to optimally and economically administer the Debtors' chapter 11 cases, such cases should be jointly administered, for procedural purposes only, under the case number assigned to Debtor TER.

8.      The Debtors also request that the Clerk of the Court maintain one (1) file and one (1) docket for all of the Debtors' chapter 11 cases, which file and docket shall be the file and docket for TER.  In addition, the Debtors propose that the caption of these chapter 11 cases be modified as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------------x
                                              :
                                              :
In re:                                        : Chapter 11
                                              :
TRUMP ENTERTAINMENT RESORTS,                  : Case No. 14–12103 (____)
INC., et al.,¹                                :
                                              : Jointly Administered
                        Debtors.              :
                                              :
----------------------------------------------------------------x
```

9.      The Debtors also seek the Court's direction that a notation, substantially similar to the following proposed docket entry, be entered on the docket of each of the Debtors' chapter 11 cases, other than the case of TER, to reflect the joint administration of these chapter 11 cases:

> An Order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of Trump Entertainment Resorts, Inc., Trump Entertainment Resorts Holdings, L.P., Trump Plaza Associates, LLC, Trump Marina Associates, LLC, Trump Taj Mahal Associates, LLC, Trump Entertainment Resorts Development Company, LLC, TER Development Co., LLC and TERH LP Inc. The docket in the chapter 11 case of Trump Entertainment Resorts, Inc., Case No. 14-12103 (___), should be consulted for all matters affecting this case.

## BASIS FOR RELIEF

10.     Pursuant to Bankruptcy Rule 1015(b), if two or more petitions are pending in the same court by or against a debtor and an affiliate, "the [C]ourt may order a joint administration of the estates." Fed. R. Bankr. P. 1015(b). Local Rule 1015-1 similarly provides

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

for joint administration of chapter 11 cases when the facts demonstrate that joint administration "is warranted and will ease the administrative burden for the Court and the parties." Del. Bankr. L.R. 1015-1. In these chapter 11 cases, the Debtors are "affiliates," as that term is defined in section 101(2) of the Bankruptcy Code.

11.     Additionally, the First Day Declaration establishes that the joint administration of the Debtors' respective estates is warranted and will ease the administrative burden on the Court and all parties in interest in these chapter 11 cases. Joint administration will also permit the Clerk of the Court to utilize a single docket for all of the chapter 11 cases, and to combine notices to creditors and other parties in interest in the Debtors' respective cases. Because there will likely be numerous motions, applications and other pleadings filed in these cases that will affect all of the Debtors, joint administration will permit counsel for all parties in interest to include all of the Debtors' cases in a single caption for the numerous documents that are likely to be filed and served in these cases. Joint administration will also enable parties in interest in all of the Debtors' cases to stay apprised of all the various matters before the Court.

12.     Joint administration will not prejudice or adversely affect the rights of the Debtors' creditors because the relief sought herein is purely procedural and is not intended to affect substantive rights. Joint administration will also significantly reduce the volume of paper that otherwise would be filed with the Clerk of the Court, render the completion of various administrative tasks less costly, and provide for greater efficiencies. Moreover, the relief requested by this Motion will also simplify supervision of the administrative aspects of these cases by the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").

13.     Finally, the entry of joint administration orders in multiple related cases such as these is common in this District.  See, e.g., In re Source Home Entmertainment, LLC, Case No. 14-11553 (KG) (June 24, 2014); In re Natrol, Inc., Case No. 14-11446 (BLS) (June 19, 2014); In re Universal Cooperatives, Inc., Case No. 14-11187 (MFW) (May 13, 2014).

14.     For these reasons, the Debtors submit that the relief requested herein is in the best interests of the Debtors, their estates and creditors, and therefore should be granted.

**NOTICE**

15.     Notice of this Motion has been provided to: (i) the Office of the United States Trustee for the District of Delaware; (ii) the Office of the United States Attorney for the District of Delaware; (iii) the Internal Revenue Service; (iv) the Debtors' thirty (30) largest unsecured creditors; (v) counsel to the First Lien Agent; (vi) the New Jersey Casino Control Commission; and (vii) the New Jersey Division of Gaming Enforcement.  Notice of this Motion and any order entered hereon will be served in accordance with Local Rule 9013-1(m).  In light of the nature of the relief requested herein, the Debtors submit that no other or further notice is necessary.

**NO PRIOR REQUEST**

16.     The Debtors have not previously sought the relief requested herein from this or any other Court.

*Remainder of page intentionally left blank*

## CONCLUSION

WHEREFORE, the Debtors request entry of the Proposed Order, granting the

relief requested herein and such other and further relief as is just and proper.

Dated: September 9, 2014      YOUNG CONAWAY STARGATT & TAYLOR, LLP
      Wilmington, Delaware

*/s/ Robert F. Poppiti, Jr.*
Matthew B. Lunn (No. 4119)
Robert F. Poppiti, Jr. (No. 5052)
Ian J. Bambrick (No. 5455)
Ashley E. Markow (No. 5635)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

-and-

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, New York 10038
(212) 806–5400

*Proposed Counsel for the Debtors*
*and Debtors in Possession*

# **EXHIBIT A**

## **Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------------x
                                            :
                                            :
In re:                                      : Chapter 11
                                            :
TRUMP ENTERTAINMENT RESORTS, INC.,          : Case No. 14–12103 (____)
                                            :
            Debtor.                         :
                                            :
                                            :
                                            :
-------------------------------------------------------------------x
                                            :
                                            :
In re:                                      : Chapter 11
                                            :
TRUMP ENTERTAINMENT RESORTS                 : Case No. 14–12104 (____)
HOLDINGS, L.P.,                             :
                                            :
            Debtor.                         :
                                            :
-------------------------------------------------------------------x
                                            :
                                            :
In re:                                      : Chapter 11
                                            :
TRUMP PLAZA ASSOCIATES, LLC,                : Case No. 14–12105 (____)
                                            :
            Debtor.                         :
                                            :
                                            :
                                            :
-------------------------------------------------------------------x
                                            :
                                            :
In re:                                      : Chapter 11
                                            :
TRUMP MARINA ASSOCIATES, LLC,               : Case No. 14–12106 (____)
                                            :
            Debtor.                         :
                                            :
                                            :
-------------------------------------------------------------------x
```

01:15965124.2

```
------------------------------------------------------------x
                                            :
                                            :
In re:                                      : Chapter 11
                                            :
TRUMP TAJ MAHAL ASSOCIATES, LLC,            : Case No. 14–12107 (____)
                                            :
                Debtor.                     :
                                            :
                                            :
------------------------------------------------------------x
                                            :
                                            :
In re:                                      : Chapter 11
                                            :
TRUMP ENTERTAINMENT RESORTS                 : Case No. 14–12108 (____)
DEVELOPMENT COMPANY, LLC,                   :
                                            :
                Debtor.                     :
                                            :
------------------------------------------------------------x
                                            :
                                            :
In re:                                      : Chapter 11
                                            :
TER DEVELOPMENT CO., LLC,                   : Case No. 14–12109 (____)
                                            :
                Debtor.                     :
                                            :
                                            :
------------------------------------------------------------x
                                            :
                                            :
In re:                                      : Chapter 11
                                            :
TERH LP INC.,                               : Case No. 14–12110 (____)
                                            :
                Debtor.                     :
                                            :
                                            :
------------------------------------------------------------x
```

## ORDER, PURSUANT TO BANKRUPTCY RULE 1015 AND LOCAL RULE 1015-1, AUTHORIZING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon consideration of the motion (the "**Motion**")[1] of Trump Entertainment

Resorts, Inc. and its above-captioned affiliated debtors and debtors in possession (collectively, the

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:15965124.2

2

"**Debtors**")[1] for the entry of an order, pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1, authorizing the joint administration of the Debtors' chapter 11 cases for procedural purposes only; and upon consideration of the Motion and all pleadings related thereto, including the First Day Declaration; and due and proper notice of the Motion having been given; and it appearing that no other or further notice of the Motion is required; and it appearing that the Court has jurisdiction to consider the Motion in accordance with 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and it appearing that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion and provided for herein is in the best interest of the Debtors, their estates, and creditors; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as set forth herein.

2.      The Debtors' chapter 11 cases shall be consolidated for procedural purposes only and shall be jointly administered in accordance with the provisions of Bankruptcy Rule 1015 and Local Rule 1015-1.

3.      The Clerk of the Court shall maintain one file and one docket for all of the Debtors' chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Debtor Trump Entertainment Resorts, Inc., Case No. 14-12103 (____).

4.      All pleadings filed in the Debtors' chapter 11 cases shall bear a consolidated caption in the following form:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
                                             :
                                             :
In re:                                       : Chapter 11
                                             :
TRUMP ENTERTAINMENT RESORTS,                 : Case No. 14–12103 (____)
INC., et al.,¹                               :
                                             : Jointly Administered
                      Debtors.               :
                                             :
-----------------------------------------------------------------x
```

5.     The foregoing caption shall satisfy the requirements of section 342(c)(1) of the Bankruptcy Code.

6.     All original pleadings shall be captioned as indicated in the preceding decretal paragraph, and the Clerk of the Court shall make docket entries in the dockets of each of the chapter 11 cases other than the chapter 11 case of Debtor Trump Entertainment Resorts, Inc., substantially as follows:

> An Order has been entered in this case directing the consolidation and joint administration for procedural purposes only of the chapter 11 cases of Trump Entertainment Resorts, Inc., Trump Entertainment Resorts Holdings, L.P., Trump Plaza Associates, LLC, Trump Marina Associates, LLC, Trump Taj Mahal Associates, LLC, Trump Entertainment Resorts Development Company, LLC, TER Development Co., LLC and TERH LP Inc. The docket in the chapter 11 case of Trump Entertainment Resorts, Inc., Case No. 14-12103 (___), should be consulted for all matters affecting this case.

---

¹  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are:  Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

7.      Nothing in the Motion or this Order is intended or shall be deemed or otherwise construed as directing or otherwise effecting a substantive consolidation of the Debtors' estates.

8.      This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated:  September _____, 2014
        Wilmington, Delaware                _____

                                            United States Bankruptcy Judge