**IN THE UNITED STATES BANKRUPTCY**
**COURT FOR THE DISTRICT OF DELAWARE**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

In re:

TRUMP ENTERTAINMENT RESORTS, Inc., et. al.

Debtors.

Chapter 11

Case No. 14-12103 (KG)
Jointly Administered

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ENTRY OF APPEARANCES

PLEASE ENTER THE APPEARANCES of Joseph J. Rhoades, Esquire, and Stephen T. Morrow, Esquire as attorneys for UNITEHERE Local 54, in the above-captioned matter.

Respectfully Submitted,

/s/Joseph J. Rhoades
_____

Joseph J. Rhoades, Esquire (ID No. 2064)
Stephen T. Morrow, Esquire (ID No. 4891)
Law Offices of Joseph J. Rhoades
1225 King St., 12th Flr.
P.O. Box 874
Wilmington, DE  19899-0874
302-427-9500 (Phone)
302-427-9509 (Fax)
joe.rhoades@rhoadeslegal.com
stephen.morrw@rhoadeslegal.com

DATE: September 15, 2014