**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Trump Entertainment Resorts, Inc., *et al.* | : | Case No. 14-12103 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

----------------------------------

       Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Thermal Energy Limited Partnership I**, Attn: Patrick Towbin, 1825 Atlantic Ave., Atlantic City, NJ 08401, Phone: 609-572-7107, Fax: 609-572-7200

2. **Bally Gaming, Inc.**, Attn: A.C. Ansani., 6650 El Camino Rd., Las Vegas, NV 89118, Phone: 702-532-7515, Fax: 702-532-5326

3. **Unite Here Local 54**, Attn: Donna DeCaprio, 1014 Atlantic Ave., Atlantic City, NJ 08401, Phone: 609-344-5400x139

4. **National Retirement Fund**, Attn: Richard N. Rust, 6 Blackstone Valley Place, Lincoln, RI 02865, Phone: 401-334-4155, Fax: 401-334-5133

5. **Atlantic City Linen Supply, LLC**, Attn: Eric Goldberg, 18 N. New Jersey Ave., Atlantic City, NJ 08401, Phone: 609-345-5888

6. **South New Jersey Paper Products**, Attn: Martin Spector, 2400 Industrial Way, Vineland NJ 08360, Phone: 856-691-2605, Fax: 856-794-8978

7. **Conner Strong & Buckelew Companies, Inc.**, Attn: Heather A. Steinmiller, Esq., 50 S. 16th St., Ste. 3600, Philadelphia, PA 19102, Phone: 267-702-1366, Fax: 856-552-4784


                    ROBERTA A. DEANGELIS
                    United States Trustee, Region 3


                    /s/ Jane M. Leamy for
                    T. PATRICK TINKER
                    ASSISTANT UNITED STATES TRUSTEE

DATED: September 23, 2014

Attorney assigned to this Case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Matthew Lunn, Esquire, Phone: (302) 571-6646, Fax: (302) 576-3312