# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>TRUMP ENTERTAINMENT RESORTS, INC., *et al.*,<br><br>Debtors. | Case No. 14-12103 (KG)<br>(Jointly Administered)<br><br>Chapter 11 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Gibbons P.C. and the Law Office of Nathan A. Schultz P.C. hereby appear as proposed co-counsel for the Official Committee of Unsecured Creditors (the "Committee") in the above-captioned jointly administered bankruptcy cases, in accordance with 11 U.S.C. § 1109(b) and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure ("Rules"), and requests that all papers, pleadings, motions and applications served or required to be served in this case, be given to and served upon:

| | |
|---|---|
| **GIBBONS P.C.**<br>Attn: Natasha M. Songonuga, Esq.<br>1000 N. West Street, Suite 1200<br>Wilmington, DE 19801-1058<br>Telephone: (302) 295-4875<br>Facsimile: (302) 295-4876<br>E-mail: nsongonuga@gibbonslaw.com | **GIBBONS P.C.**<br>Attn: Karen A. Giannelli, Esq.<br>Mark B. Conlan, Esq.<br>One Gateway Center<br>Newark, New Jersey 07102-5310<br>Telephone: (973) 596-4523<br>Facsimile: (973) 639-6244<br>E-mail kgiannelli@gibbonslaw.com<br>mconlan@gibbonslaw.com |

**LAW OFFICE OF NATHAN A. SCHULTZ, P.C.**
Nathan A. Schultz, Esq.
10621 Craig Road
Traverse City, MI 49686
Telephone: (310) 429.7128
Facsimile: (231) 421.5731
Email: nschultzesq@gmail.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and the papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint of demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex, or otherwise, which may affect or seek to affect in any way any rights or interests of creditors with respect to the debtors or any related entity, or property or proceeds thereof in which the debtor may claim an interest.

PLEASE TAKE FURTHER NOTICE that the filing this Notice of Appearance and Request for Service of Papers is not intended as, and shall not be, (1) the Committee's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of the Committee, cannot enter final orders or judgments in such any case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution; and/or (2) a waiver of any rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled to under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

**PLEASE TAKE FURTHER NOTICE** that this appearance and request for notice is made without prejudice to the Committee's rights, remedies and claims against other entities.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

#2137325 v1
099998-00013

All rights, remedies and claims are hereby expressly reserved, including without limitation, the making of a motion seeking abstention or withdrawal of the case or a proceeding therein.

Dated: September 24, 2014
Newark, New Jersey                    **GIBBONS P.C.**

    */s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
1000 N. West Street, Suite 1200
Wilmington, DE 19801-1058
Telephone: (302) 295-4875
Facsimile: (302) 295-4876
E-mail: nsongonuga@gibbonslaw.com

-and-

Karen A. Giannelli, Esq.
Mark B. Conlan, Esq.
One Gateway Center
Newark, New Jersey 07102-5310
Telephone: (973) 596-4523
Facsimile: (973) 639-6244
E-mail: kgiannelli@gibbonslaw.com
        mconlan@gibbonslaw.com

-and-

Nathan A. Schultz, Esq.
Law Office of Nathan A. Schultz, P.C.
10621 Craig Road
Traverse City, MI 49686
Telephone: (310) 429-7128
Facsimile: (231) 421-5731
Email: nschultzesq@gmail.com

*Proposed Co-Counsel for the Official Committee of Unsecured Creditors*