IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE

------------------------------------------x

In re:

TRUMP ENTERTAINMENT RESORTS, Inc., et. al.

Debtors.

------------------------------------------x

Chapter 11

Case No. 14-12103 (KG)
Jointly Administered

## MOTION AND ORDER FOR
## ADMISSION *PRO HAC VICE* OF RICHARD G. McCRACKEN

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Richard G. McCracken, Esquire, to represent UNITE HERE Local 54, in the above-captioned case.

Date: October 24, 2014
Wilmington, Delaware

/s/ Joseph J. Rhoades
Joseph J. Rhoades, Esquire (ID #2064)
1225 N. King Street, #1200
Wilmington, DE 19801
(302) 427-9500

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the United States Supreme Court, California, Nevada, the United States Courts of Appeals for the 1st, 2nd, 3rd, 6th, 7th, 9th, and District of Columbia Circuits, and the United States District Courts for the Central District of California, Northern District of California, District of Hawaii, District of Nevada, Southern District of New York, and the Northern District of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the

preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____     _____
                                  Honorable Kevin Gross

## CERTIFICATE OF SERVICE

I, Joseph J. Rhoades, hereby certify that on the 24th day of October, 2014, I caused the foregoing Motion and Order for Admission *Pro Hac Vice* of Richard G. McCracken to be serviced upon the parties via e-file.

                                        /s/ Joseph J. Rhoades
                                        Joseph J. Rhoades