IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>TRUMP ENTERTAINMENT RESORTS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14–12103 (KG)<br><br>(Jointly Administered) |

### NOTICE OF SERVICE OF SUBPOENAS

PLEASE TAKE NOTICE THAT, pursuant to Federal Rules of Civil Procedure 26, 30 and 45, made applicable to the above-captioned matter by Federal Rules of Bankruptcy Procedure 7026, 7030, 9014 and 9016, Trump AC Casino Marks, LLC ("**Trump AC**"), by and through its undersigned counsel, served subpoenas (the "**Subpoenas**") on the following parties on or about October 29, 2014:

- Icahn Agency Services, LLC
- Carl Icahn

PLEASE TAKE FURTHER NOTICE that on November 12, 2014, the following party, as counsel to the defendants, accepted service of the Subpoenas:

> David A. Kotler, Esq.
> Dechert LLP
> 902 Carnegie Center, Suite 500
> Princeton, NJ 08540-6531
> david.kotler@dechert.com

Date: November 13, 2014

> COLE, SCHOTZ, MEISEL,
> FORMAN & LEONARD, P.A.
>
> By: /s/ Patrick J. Reilley
> Patrick J. Reilley (No. 4451)
> 500 Delaware Avenue, Suite 1410
> Wilmington, DE 19801
> Telephone: (302) 652-3131
> Facsimile: (302) 652-3117
> preilley@coleschotz.com
>
> – and –

53146/0001-11150358v2

Michael D. Sirota (admitted *pro hac vice*)
25 Main Street
Hackensack, NJ  07601
Telephone: (201) 489-3000
Facsimile: (201) 489-1536

– and –

KASOWITZ, BENSON,
TORRES & FRIEDMAN LLP
David M. Friedman (admitted *pro hac vice*)
Robert M. Novick (admitted *pro hac vice*)
1633 Broadway
New York, NY  10019
Telephone: (212) 506-1740
Facsimile:  (212) 835-5040
dfriedman@kasowitz.com
rnovick@kasowitz.com

*Co-Counsel for Trump AC Casino Marks LLC*

53146/0001-11150358v2