```
IN THE UNITED STATES BANKRUPTCY COURT
       FOR THE DISTRICT OF DELAWARE
```
------------------------------------------------------------------x
:
In re:                                                            :   Chapter 11
                                                                  :
TRUMP ENTERTAINMENT RESORTS, INC., et al.,[1]                     :   Case No. 14–12103 (KG)
                                                                  :
             Debtors.                                             :   Jointly Administered
------------------------------------------------------------------x

### AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 28, 2015 AT 1:00 P.M. (ET)

**MATTERS GOING FORWARD**

1.  Disclosure Statement Hearing

    Response Deadline:          January 12, 2015 at 4:00 p.m. (ET)

    Responses Received:

    A.   Objection of Levine, Staller, Sklar, Chan & Brown, P.A. [D.I. 366, 10/28/14]

    B.   Objection of Trump AC Casino Marks, LLC and Donald J. Trump [D.I. 376, 10/29/14]

    C.   Statement and Reservation of Rights of Polygon Global Opportunities Master Fund [D.I. 377, 10/29/14]

    D.   Preliminary Objection and Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 389, 10/31/14]

    E.   Limited Objection of the City of Atlantic City [D.I. 390, 10/31/14]

    F.   Informal Response of ACE Insurance

    G.   Supplemental Objection of the Official Committee of Unsecured Creditors [D.I. 482, 11/14/14]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425), and TERH LP Inc. (1184). The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

[2] Amendments indicated in bold.

    H.    Limited Objection of Trump AC Casino Marks, LLC, Donald J. Trump, and Ivanka Trump [D.I. 742, 1/12/15]

    I.    Second Supplemental Objection and Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 743, 1/12/15]

    J.    Supplemental Objection of Levine, Staller, Sklar, Chan & Brown, P.A. [D.I. 758, 1/13/15]

Related Documents:

    K.    Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 165, 10/1/14]

    L.    Disclosure Statement for Debtors' Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 166, 10/1/14]

    M.    Notice of Hearing to Consider Approval of Disclosure Statement [D.I. 173, 10/1/14]

    N.    Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 405, 11/3/14]

    O.    Disclosure Statement for Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 406, 11/3/14]

    P.    Notice of Filing of Blackline of Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 408, 11/3/14]

    Q.    Notice of Filing of Blackline of Disclosure Statement for Debtors' Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 409, 11/3/14]

    R.    Motion for an Order Granting Debtors Leave and Permission to File Debtors' Omnibus Reply in Support of Debtors' Disclosure Statement and Solicitation Procedures Motion [D.I. 415, 11/3/14]

    S.    Order Granting Debtors Leave and Permission to File Debtors' Omnibus Reply in Support of Debtors' Disclosure Statement and Solicitation Procedures Motion [D.I. 424, 11/4/14]

    T.    Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 476, 11/14/14]

U.  Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 477, 11/14/14]

V.  Notice of Filing of Blackline of Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 478, 11/14/14]

W.  Notice of Filing of Blackline of Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 479, 11/14/14]

X.  Notice of Filing of Blackline of Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 503, 11/19/14]

Y.  Notice of Filing of Blackline of Disclosure Statement for Debtors' Second Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 504, 11/19/14]

Z.  Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 712, 1/5/15]

AA.  Disclosure Statement for Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 713, 1/5/15]

BB.  Notice of Filing of Blackline of Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 714, 1/5/15]

CC.  Notice of Filing of Blackline of Disclosure Statement for Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 715, 1/5/15]

DD.  Reply of First Lien Parties to Supplemental Objection of Levine, Staller, Sklar, Chan & Brown, P.A. [D.I. 805, 1/23/15]

EE.  Notice of Filing of Blackline of Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 808, 1/26/15]

FF.  Notice of Filing of Blackline of Disclosure Statement for Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 809, 1/26/15]

  GG. Notice of Filing of Revised Exhibit to Disclosure Statement for Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 811, 1/26/15]

 Additional Responses Received:

  HH. Objection of International Painters and Allied Trades Industry Pension Fund [D.I. 795, 1/21/15]

 **Additional Related Documents:**

  **II.** **Notice of Filing of Full Blackline of Disclosure Statement for Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 817, 1/26/15]**

  **JJ.** **Notice of Filing of Revised Liquidation Analysis to Disclosure Statement for Debtors' Third Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code [D.I. 818, 1/26/15]**

 Status: **The objection of Trump AC Casino Marks, LLC has been resolved and the objection of International Painters and Allied Trades Industry Pension Fund is deferred to confirmation.** This matter will be going forward.

2. Debtors' Motion for Order (I) Approving the Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Plan, Including (A) Approving Form and Manner of Solicitation Procedures, (B) Approving the Form and Notice of the Confirmation Hearing, (C) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Form of Ballot, (E) Establishing Deadline for Receipt of Ballots, and (F) Approving Procedures for Vote Tabulations; (III) Establishing Deadline and Procedures for Filing Objections to (A) Confirmation of the Plan, and (B) the Debtors' Proposed Cure Amounts for Unexpired Leases and Executory Contracts to be Assumed Pursuant to the Plan; and (IV) Granting Related Relief [D.I. 175, 10/1/14]

 Response Deadline: October 29, 2014 at 4:00 p.m. (ET); Extended to October 31, 2014 at 9:30 a.m. (ET) for the Committee

 Responses Received:

  A. Preliminary Objection and Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 389, 10/31/14] (DOCUMENT LOCATED UNDER TAB 1D)

  B. Supplemental Objection of the Official Committee of Unsecured Creditors [D.I. 482, 11/14/14] (DOCUMENT LOCATED UNDER TAB 1G)

4

01:16554388.2

      C.      Second Supplemental Objection and Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 743, 1/12/15]
(DOCUMENT LOCATED UNDER TAB 1I)

Related Documents:

      D.      Motion for an Order Granting Debtors Leave and Permission to File Debtors' Omnibus Reply in Support of Debtors' Disclosure Statement and Solicitation Procedures Motion [D.I. 415, 11/3/14]
(DOCUMENT LOCATED UNDER TAB 1R)

      E.      Order Granting Debtors Leave and Permission to File Debtors' Omnibus Reply in Support of Debtors' Disclosure Statement and Solicitation Procedures Motion [D.I. 424, 11/4/14]
(DOCUMENT LOCATED UNDER TAB 1S)

      F.      Notice of Filing of Blackline of Revised Proposed Order [D.I. 480, 11/14/14]

      G.      Notice of Filing of Blackline of Revised Proposed Order [D.I. 716, 1/5/15]

Status: This matter will be going forward.

3. Order for Rule to Show Cause Why the Court Should Not Convert the Case to One Under Chapter 7 [D.I. 512, 11/19/14]

Status: This matter will be going forward.

4. Motion of Hard Rock Cafe International (STP), Inc. to Compel Assumption or Rejection of Lease Agreement Between Hard Rock Cafe International (STP), Inc. and Trump Taj Mahal Associates [D.I. 540, 11/21/14]

Response Deadline:      December 5, 2014 at 4:00 p.m. (ET)

Responses Received:

      A.      Objection of the Debtors [D.I. 602, 12/5/14]

Related Documents:

      B.      Re-Notice of Hearing [D.I. 581, 12/2/14]

Status: This matter will be going forward as a status conference.

5.     Debtors' Motion for Order (I) Authorizing Debtors to Obtain Postpetition Financing Pursuant to Section 364 of the Bankruptcy Code, (II) Granting Adequate Protection to the Prepetition Secured Parties Pursuant to Sections 361, 362, 363 and 364 of the Bankruptcy Code, (IV) Granting Liens and Superpriority Claims, and (V) Modifying Automatic Stay [D.I. 565, 11/26/14]

       Response Deadline:     January 7, 2015 at 4:00 p.m. (ET); Extended to January 9, 2015 at 4:00 p.m. (ET) for Levine, Staller, Sklar, Chan & Brown, P.A. and to January 12, 2015 at 4:00 p.m. (ET) for the U.S. Trustee and the Official Committee of Unsecured Creditors

       Responses Received:

           A.     Reservation of Rights of Betfair Interactive US LLC [D.I. 578, 12/2/14]

           B.     Objection and Reservation of Rights of Levine, Staller, Sklar, Chan & Brown, P.A. [D.I. 583, 12/3/14]

           C.     Limited Objection and Reservation of Rights of Trump AC Casino Marks, LLC [D.I. 589, 12/3/14]

           D.     Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 652, 12/18/14]

           E.     Supplement to Limited Objection and Reservation of Rights of Trump AC Casino Marks, LLC and Cross-Motion Seeking to Vacate Stipulations and Orders Extending Debtors' Authorization to Use Cash Collateral [D.I. 750, 1/12/15]

           F.     Supplemental Objection of Levine, Staller, Sklar, Chan & Brown, P.A. [D.I. 757, 1/13/15]

           G.     Reservation of Rights of the Official Committee of Unsecured Creditors [D.I. 762, 1/14/15]

       Related Documents:

           H.     Declaration of William H. Hardie III in Support of Motion [D.I. 566, 11/26/14]

           I.     Reply of the First Lien Parties to the Limited Objection and Reservation of Rights of Trump AC Casino Marks, LLC [D.I. 646, 12/17/14]

           J.     Notice of (A) Filing of DIP Facility Commitment Letter and (B) Objection Deadline and Hearing Date [D.I. 681, 12/22/14]

      K.      Reply of First Lien Parties to Supplemental Objection of Levine, Staller, Sklar, Chan & Brown, P.A. [D.I. 805, 1/23/15]

      L.      Notice of Filing of (A) Revised Proposed Final Order and (B) DIP Credit Agreement [D.I. 807, 1/26/15]

      M.      Supplemental Declaration of William H. Hardie III in Support of Motion [D.I. 810, 1/26/15]

      **N.**      **Notice of Filing of Full Blackline of Revised Proposed Final Order [D.I. 816, 1/26/15]**

**Additional Responses Received:**

      **O.**      **Limited Objection of the Official Committee of Unsecured Creditors [D.I. 825, 1/27/15]**

Status: The objection of Trump AC Casino Marks, LLC has been resolved. This matter will be going forward.

6. Debtors' Motion for Order Pursuant to Section 1121(d) of the Bankruptcy Code Extending the Exclusive Periods Within Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [D.I. 639, 12/16/14]

    Response Deadline:    December 30, 2014 at 4:00 p.m. (ET);
                                    Extended to January 12, 2015 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors

    Responses Received:

      A.      Limited Objection of the Official Committee of Unsecured Creditors [D.I. 741, 1/12/15]

    Related Documents:    None.

    Status: This matter will be going forward.

| | |
|---|---|
| Dated: January 28, 2015<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Matthew B. Lunn*<br>Matthew B. Lunn (No. 4119)<br>Robert F. Poppiti, Jr. (No. 5052)<br>Ian J. Bambrick (No. 5455)<br>Ashley E. Markow (No. 5635)<br>Rodney Square<br>1000 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 571-6600<br>Facsimile: (302) 571-1253<br><br>-and-<br><br>STROOCK & STROOCK & LAVAN LLP<br>Kristopher M. Hansen<br>Erez E. Gilad<br>Gabriel E. Sasson<br>180 Maiden Lane<br>New York, New York 10038-4982<br>Telephone: (212) 806-5400<br>Facsimile: (212) 806-6006<br><br>*Counsel for the Debtors and Debtors in Possession* |

01:16554388.2