UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| TRUMP ENTERTAINMENT RESORTS, INC., *et al.*[1] | Case No. 14-12103 (KG) |
| Debtors. | (Jointly Administered) |

### SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Jordan D. Searles, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 3, 2015, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Core/2002 service list attached hereto as **Exhibit A**:

- Notice of (I) Possible Assumption of Executory Contracts and Unexpired Leases, (II) Fixing of Cure Amounts and (III) Deadline to Object Thereto [Docket No. 945]

Dated: March 5, 2015

/s/ Jordan D. Searles
Jordan D. Searles

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 5, 2015, by Jordan D. Searles, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

BENJAMIN JOSEPH STEELE
NOTARY PUBLIC-STATE OF NEW YORK
No. 02ST6290268
Qualified in New York County
My Commission Expires October 07, 2017

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407), Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates, LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC (0425) and TERH LP Inc. (1184). The mailing address for each of the Debtors is 1000 Boardwalk at Virginia Avenue, Atlantic City, NJ 08401.

**Exhibit A**

Notice Party Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP |
| --- | --- | --- | --- | --- | --- | --- |
| CORE BTS INC | 505 Eagleview Blvd. | Suite 102 | | EXTON | PA | 19341 |
| MARSH USA INC/ CS STARS | 1166 Avenue of the Americas | | | New York | NY | 10036-2774 |
| TICKET MASTER LLC | LIVE NATION ENTERTAINMENT | 9348 CIVIC CENTER DR | | BEVERLY HILLS | CA | 90210 |
| USA Mobility | c/o Metrocall, Inc. | 6677 Richmond Highway | 4th Floor | Alexandria | VA | 22306 |