**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

----------------------------------------------------------------------x
                                                        :
In re:                                                  :    **Chapter 11**
                                                        :
**TRUMP ENTERTAINMENT RESORTS, INC., et al.,**[1]       :    **Case No. 14–12103 (KG)**
                                                        :
                          **Debtors.**                  :    **Jointly Administered**
                                                        :
----------------------------------------------------------------------x

**AMENDED[2] NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON MAY 21, 2015 AT 10:30 A.M. (ET)**

**RESOLVED AND ADJOURNED MATTERS**

1.      Debtors' First Motion for Entry of an Order, Pursuant to Sections 105(a) and 365(a) of
        the Bankruptcy Code, Authorizing the Debtors to Reject Certain Executory Contracts and
        Unexpired Leases, *Nunc Pro Tunc* to the Rejection Effective Date [D.I. 387, 10/30/14]

        <u>Response Deadline</u>:              November 13, 2014 at 4:00 p.m. (ET)

        <u>Responses Received</u>:

                A.      Objection of Preferred Coffee, LLC [D.I. 473, 11/13/14]

        <u>Related Documents</u>:

                B.      Order [D.I. 545, 11/24/14]

        <u>Status</u>: This matter has been adjourned to June 17, 2015 at 2:00 p.m. (ET) solely with
                respect to the objection of Preferred Coffee, LLC.  An order resolving the
                remainder of this matter has been entered.

2.      Debtors' Amended Motion for an Order, Pursuant to Sections 105(a), 363, 503, and 507
        of the Bankruptcy Code, Authorizing the Debtors to Make Certain Severance Payments
        in Accordance With the Collective Bargaining Agreement Between Trump Plaza
        Associates, LLC and UNITE HERE Local 54 [D.I. 522, 11/20/14]

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification
        number, are: Trump Entertainment Resorts, Inc. (8402), Trump Entertainment Resorts Holdings, L.P. (8407),
        Trump Plaza Associates, LLC (1643), Trump Marina Associates, LLC (8426), Trump Taj Mahal Associates,
        LLC (6368), Trump Entertainment Resorts Development Company, LLC (2230), TER Development Co., LLC
        (0425), and TERH LP Inc. (1184).  The mailing address for each of the Debtors is 1000 Boardwalk at Virginia
        Avenue, Atlantic City, NJ 08401.

[2]     Amendments indicated in bold.

Response Deadline:           November 17, 2014 at 4:00 p.m. (ET); Extended for the
First Lien Parties to 12:00 p.m. (ET) on the date the agenda
is due for the hearing on the matter

Responses Received:        None.

Related Documents:

        A.      Debtors' Motion for an Order, Pursuant to Sections 105(a), 363, 503, and
507 of the Bankruptcy Code, Authorizing the Debtors to Make Certain
Severance and Accrued Vacation Payments in Accordance With the
Collective Bargaining Agreement Between Trump Plaza Associates, LLC
and UNITE HERE Local 54 [D.I. 404, 11/3/14]

Status: This matter has been adjourned to a date and time to be determined by the
Debtors, subject to the availability of the Court.

3.       Motion of Unite Here Health for Allowance of Administrative Claim [D.I. 759, 1/13/15]

Response Deadline:           January 27, 2015 at 4:00 p.m. (ET); Extended to
May 14, 2015 at 4:00 p.m. (ET) for the Debtors,
Committee, and First Lien Parties

Responses Received:

        A.      Debtors' Objection [D.I. 1302, 5/14/15]

        B.      First Lien Parties' Objection and Joinder in Debtors' Objection [D.I. 1305,
5/14/15]

Related Documents:       None.

Status: This matter has been adjourned to June 17, 2015 at 2:00 p.m. (ET).

4.       Motion by Sinay Lim Ou and Sovath Ou for Authority to File Late Proof of Claim
[D.I. 995, 2/25/15]

Response Deadline:           March 12, 2015 at 4:00 p.m. (ET); Extended to
April 8, 2015 at 4:00 p.m. (ET) for the Debtors,
Committee, and First Lien Parties

Responses Received:        None.

Related Documents:

        A.      Notice of Hearing [D.I. 996, 2/25/15]

Status: This matter has been resolved, as the motion is not opposed and the late filing of the Movants' claim is uncontested. However, counsel for the Movants and the Committee are working together to try and address the substantive allowance of the claim as well. The Movants are in the process of compiling information to be provided to the Committee to quantify the damages caused to the Movants by Mrs. Ou's injury. Upon the presentation of satisfactory proof of such damages to the Committee, the Movant anticipates submitting a consensual proposed form of order that will substantively allow the claim. This, hopefully, will allow all parties in interest to forgo the time, cost and expense that would otherwise be incurred if the allowance of the claim had to be addressed through a separate contested claims adjudication process. Counsel for the Movants and the Committee are available should the Court have any questions or concerns. This matter has been adjourned to June 17, 2015 at 2:00 p.m. (ET).

5.      Motion of Maryanne Klemmer, Bruce Pearlman, and Gerald Florio Seeking an Order Removing From Bankruptcy Court Movants' Complaint as Against Co-Defendant John M. Donnelly, Esquire Only [D.I. 1136, 3/17/15]

| | |
|---|---|
| Response Deadline: | April 15, 2015 at 4:00 p.m. (ET); Extended to June 10, 2015 at 4:00 p.m. (ET) for the Debtors, Committee, First Lien Parties, and Insurers |
| Responses Received: | None. |
| Related Documents: | None. |

Status: This matter has been adjourned to June 17, 2015 at 2:00 p.m. (ET).

6.      Debtors' Fifth (5th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 1161, 3/23/15]

Response Deadline:          April 6, 2015 at 4:00 p.m. (ET); Extended for Avaya

Responses Received:

    A.      Informal Response of Avaya

Related Documents:

    B.      Notice of Submission of Claims [D.I. 1206, 4/8/15]

    C.      Notice of Partial Withdrawal Without Prejudice [D.I. 1244, 4/20/15]

Status: This matter has been withdrawn without prejudice with respect to the claims of Dr. Ronald Luzzo and Pat Vincent, both of which were disallowed and expunged as late filed claims pursuant to an order granting a separately-filed claims objection. This matter is adjourned to June 17, 2015 at 2:00 p.m. (ET) with respect to the informal response of Avaya.

7.      Debtors' Seventh (7th) Omnibus (Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 1253, 4/21/15]

Response Deadline:              May 5, 2015 at 4:00 p.m. (ET)

Responses Received:            None.

Related Documents:

          A.      Notice of Submission of Claims [D.I. 1284, 5/7/15]

          B.      Certificate of No Objection [D.I. 1287, 5/7/15]

          C.      Order [D.I. 1290, 5/8/15]

Status: An order regarding this matter has been entered.

8.      Debtors' Eighth (8th) Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502 of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Rule 3007-1 [D.I. 1254, 4/21/15]

Response Deadline:              May 5, 2015 at 4:00 p.m. (ET)

Responses Received:            None.

Related Documents:

          A.      Certificate of No Objection [D.I. 1288, 5/7/15]

          B.      Order [D.I. 1291, 5/8/15]

Status: An order regarding this matter has been entered.

01:17106171.2

**UNCONTESTED MATTERS GOING FORWARD**

9.      Motion of John Bryant for Relief From Stay Under Section 362 of the Bankruptcy Code
        [D.I. 935, 2/17/15]

        Response Deadline:           March 3, 2015 at 4:00 p.m. (ET); Extended to
                                     June 10, 2015 at 4:00 p.m. (ET) for the Debtors,
                                     Committee, First Lien Parties, and Insurers

        Responses Received:          None.

        Related Documents:

        A.      **Certification of Counsel [D.I. 1318, 5/19/15]**

        Status: **A certification of counsel has been filed.  Accordingly, no hearing is required.**

10.     Motion of Juan Ruiz and Theresa Ruiz for Relief From the Automatic Stay [D.I. 1175,
        3/26/15]

        Response Deadline:           April 15, 2015 at 4:00 p.m. (ET); Extended to
                                     June 10, 2015 at 4:00 p.m. (ET) for the Debtors,
                                     Committee, First Lien Parties, and Insurers

        Responses Received:          None.

        Related Documents:           None.

        Status: The Debtors have been advised by the Committee that the Movant and the
                Committee anticipate reaching an agreement resolving this matter and submitting
                a revised proposed order at or prior to the hearing.

**CONTESTED MATTER GOING FORWARD**

11.     Motion of Marilyn Mazzella for Relief From the Automatic Stay [D.I. 910, 2/11/15]

        Response Deadline:           May 14, 2015 at 4:00 p.m. (ET)

        Responses Received:

        A.      Debtors' Preliminary Response [D.I. 1301, 5/14/15]

        Related Documents:           None.

        Status: This matter will be going forward.

01:17106171.2

## FEE APPLICATIONS

12.     Quarterly Fee Application Requests of the Debtors' Professionals [D.I. 1226, 4/14/15] and the Committee's Professionals [D.I. 1222, 1223, and 1224, 4/14/15]

        Response Deadline:                Various.  See relevant fee application.

        Responses Received:

                A.      First Lien Parties' Reservation of Rights [D.I. 1299, 5/14/15]

        Related Documents:        See Exhibit A attached hereto and

                B.      Supplement to Second Interim Fee Application of Gibbons P.C. [D.I. 1300, 5/14/15]

                C.      Supplement to Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP [D.I. 1313, 5/18/15]

                D.      Notice of Filing of Expense Detail to Third Monthly Fee Application of Houlihan Lokey Capital, Inc. [D.I. 1314, 5/18/15]

                E.      Supplement to Second Interim Fee Application of Stroock & Stroock & Lavan LLP [**D.I. 1319, 5/20/15**]

                F.      Proposed Order Regarding Quarterly Fee Application Requests of the Debtors' Professionals

                G.      Proposed Order Regarding Quarterly Fee Application Requests of the Committee's Professionals

        Status: This matter will be going forward.

Dated: May 20, 2015                YOUNG CONAWAY STARGATT & TAYLOR, LLP
       Wilmington, Delaware

                                   */s/ Robert F. Poppiti, Jr.*
                                   Matthew B. Lunn (No. 4119)
                                   Robert F. Poppiti, Jr. (No. 5052)
                                   Ian J. Bambrick (No. 5455)
                                   Ashley E. Markow (No. 5635)
                                   Rodney Square
                                   1000 North King Street
                                   Wilmington, Delaware 19801
                                   Telephone: (302) 571-6600
                                   Facsimile: (302) 571-1253

-and-

STROOCK & STROOCK & LAVAN LLP
Kristopher M. Hansen
Erez E. Gilad
Gabriel E. Sasson
180 Maiden Lane
New York, New York 10038-4982
Telephone: (212) 806-5400
Facsimile: (212) 806-6006

*Counsel for the Debtors and Debtors in Possession*