EXHIBIT C

**Unpaid July Invoices**



## AmeriHealth
### C A S U A L T Y℠

1700 Market Street 7th Floor ♦ Philadelphia, PA 19103 ♦ Phone: 215-587-1776 ♦ Fax: 215-587-1284

# D E D U C T I B L E   I N V O I C E

Trump Entertainment Resorts, Inc.
c/o Conner Strong Companies
1701 Route 70 East
Cherry Hill, NJ 08034

| | |
|---|---|
| Date of Bill: | 8/4/2015 |
| Invoice #: | 1089 |
| Policy #: | 105-12-108 |
| Division: | 0 thru 2 |
| Policy Years: | 2005 thru 2008 |

| | | |
|---|---|---|
| Amount Due: | $ | 24,005.90 |
| Due Date: | | 8/20/2015 |

| Due Date | Transaction Description | Amount | |
|---|---|---|---|
| | Large Deductible Program | | |
| | Previous Unpaid Balance | $ | 12,527.80 |
| 8/20/2015 | 07/01/2015 - 07/31/2015 Claims Paid | | |
| | Division 0 | | - |
| | Division 1 | | 10,731.34 |
| | Division 2 | | 746.76 |
| 8/20/2015 | Total Amount Due | $ | 24,005.90 |

### Please return copy of notice with your remittance.

Please make checks payable to:  AmeriHealth Casualty Services

Trump Entertainment Resorts, Inc.
c/o Conner Strong Companies
1701 Route 70 East
Cherry Hill, NJ 08034

| | |
|---|---|
| Date of Bill: | 8/4/2015 |
| Invoice #: | 1089 |
| Policy #: | 105-12-108 |
| Division: | 0 thru 2 |
| Policy Year: | 2005 thru 2008 |

Remit to:        AmeriHealth Casualty Services
                 Lockbox #8271
                 PO Box 8500
                 Philadelphia, PA  19178-8271

| | | |
|---|---|---|
| Amount Due: | $ | 24,005.90 |
| Due Date: | | 8/20/2015 |

Amount Enclosed: _____



## AmeriHealth
### C A S U A L T Y   S E R V I C E S

1700 Market Street 7th Floor ◆ Philadelphia, PA 19103 ◆ Phone: 215-587-1776 ◆ Fax: 215-587-1284

# I N V O I C E

Trump Entertainment Resorts, Inc.
c/o Conner Strong Companies
1701 Route 70 East
Cherry Hill, NJ 08034

Date of Bill:                    8/4/2015
Invoice #                          189

Amount Due:          $        573.91
Due Date:                     8/20/2015

| Due Date | Transaction Description | Amount | |
|---|---|---|---|
| | Large Deductible Program | | |
| | 07/01/2015 - 07/31/2015 Claims Paid | $ | 11,478.10 |
| 8/20/2015 | Claims Administration Rate | | 5% |
| 8/20/2015 | Total Amount Due | $ | 573.91 |

-------------------------------------------------------------------------------------------------------

### Please detach and return this portion with your remittance.

Please make checks payable to:   **AmeriHealth Casualty Services**

Trump Entertainment Resorts, Inc.
c/o Conner Strong Companies
1701 Route 70 East
Cherry Hill, NJ 08034

Date of Bill:                    8/4/2015
Invoice #:                         189

Remit to:                AmeriHealth Casualty Services        Amount Due:          $        573.91
                         1700 Market Street 7th Floor          Due Date:                    8/20/2015
                         Philadelphia, PA 19103
                         Attn:  Theresa Meyer

                                                              Amount Enclosed:    _____

8:18:08
W7936R

Companion P&C
Deductible Detail Report

8/04/2015
PAGE: 1

GROUP: 105 Companion Property & Casualty Insurance Company

Losses As Of date: 7/31/2015

Deductible Billing Type: *ALL

EMPLOYER:    12    1 Trump Entertainment Resorts. Inc.

A/R Posting date: 8/20/2015

Exclude Policies With No Activity: N

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | 0001831 | | | INCURRED 1/14/2007 | 67,519.01 | 162,392.52 | 23,582.80 | 253,494.33 | C | 243,404.33 | 10,090.00 |
| | | | | PAID 1/14/2007 | 67,519.01 | 162,392.52 | 23,582.80 | 253,494.33 | | | |
| 106 | 0002913 | | | INCURRED 12/05/2006 | 84,863.82 | 3,500.00 | 11,425.00 | 99,788.82 | O | 55,072.63 | 628.84 |
| | | | | PAID 12/06/2007 | 44,228.18 | 1,192.75 | 10,280.54 | 55,701.47 | | | |
| 106 | 0005999 | | | INCURRED 5/01/2006 | 30,132.07 | 7,197.02 | 12,674.50 | 50,003.59 | C | 49,991.09 | 12.50 |
| | | | | PAID 5/01/2006 | 30,132.07 | 7,197.02 | 12,674.50 | 50,003.59 | | | |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:08
W7936R

6/04/2015
PAGE:   2

Companion P&C
Deductible Detail Report

GROUP: 106 Companion Property & Casualty Insurance Company

EMPLOYER:    12    1 Trump Entertainment Resorts, Inc.

| YEAR | DEDUCTIBLE EFF DATE | PER CLAIM or OCCURRENCE | DEDUCTIBLE AMOUNT | AGGREGATE AMOUNT | TOTAL # OF CLAIMS | TOTAL AMOUNT PREVIOUS BILLED | TOTAL AMOUNT CURRENTLY BILLED | TOTAL AMT BILLED |
|------|---------------------|-------------------------|-------------------|------------------|-------------------|------------------------------|-------------------------------|------------------|
| 106 | 03/06/2006 | OCCURRENCE | 350,000 | 5,000,000 | 3 | 348,468.05 | 10,731.34 | 359,199.39 |
| TOTALS FOR ALL GROUP YEARS: | | | | | 3 | 348,468.05 | 10,731.34 | 359,199.39 |

8:18:11
W7936R

Companion P&C
Deductible Detail Report

8/04/2015
PAGE:   1

GROUP: 105 Companion Property & Casualty Insurance Company

Deductible Billing Type: *ALL

EMPLOYER:   12   2   Trump Entertainment Resorts, Inc.

Losses As Of date: 7/31/2015

A/R Posting date: 8/20/2015

Exclude Policies With No Activity: N

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | 0001702 | | INCURRED | 8/30/2006 | 142,985.11 | 26,315.30 | 48,689.92 | 217,990.33 | | | |
| | | | PAID | 8/30/2006 | 119,222.14 | 10,228.52 | 39,233.80 | 168,684.46 | 0 | 167,937.70 | 746.76 |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:11
W7936R

8/04/2015
PAGE:   2

Companion P&C
Deductible Detail Report

GROUP: 105 Companion Property & Casualty Insurance Company

EMPLOYER:     12    2  Trump Entertainment Resorts, Inc.

| YEAR | DEDUCTIBLE EFF DATE | PER CLAIM or OCCURRENCE | DEDUCTIBLE AMOUNT | AGGREGATE AMOUNT | TOTAL # OF CLAIMS | TOTAL AMOUNT PREVIOUS BILLED | TOTAL AMOUNT CURRENTLY BILLED | TOTAL AMT BILLED |
|---|---|---|---|---|---|---|---|---|
| 106 | 03/06/2006 | OCCURRENCE | 350,000 | 5,000,000 | 1 | 167,937.70 | 746.76 | 168,684.46 |
| TOTALS FOR ALL GROUP YEARS: | | | | | 1 | 167,937.70 | 746.76 | 168,684.46 |



**AmeriHealth**

C A S U A L T Y™

1700 Market Street 7th Floor ♦ Philadelphia, PA 19103 ♦ Phone: 215-587-1776 ♦ Fax: 215-587-1284

# D E D U C T I B L E   I N V O I C E

Trump Entertainment Resorts, Inc.
c/o Conner Strong Companies
1701 Route 70 East
Cherry Hill, NJ 08034

| | |
|---|---|
| Date of Bill: | 8/4/2015 |
| Invoice #: | 1089 |
| Policy #: | 105-21-108 |
| Division: | 0 thru 2 |
| Policy Years: | 2008 thru 2014 |
| | |
| Amount Due: $ | 906,403.14 |
| Due Date: | 8/20/2015 |

| Due Date | Transaction Description | Amount |
|---|---|---|
| | Large Deductible Program | |
| | Previous Unpaid Balance | $    494,290.45 |
| 8/20/2015 | 07/01/2015 - 07/31/2015 Claims Paid | |
| | Division 0 | 222,268.84 |
| | Division 1 | 182,785.59 |
| | Division 2 | |
| | Division 3 | |
| | Division 4 | 7,058.26 |
| 8/20/2015 | Total Amount Due | $    906,403.14 |

Please return copy of notice with your remittance.

Please make checks payable to:  AmeriHealth Casualty Services

Trump Entertainment Resorts, Inc.
c/o Conner Strong Companies
1701 Route 70 East
Cherry Hill, NJ 08034

| | |
|---|---|
| Date of Bill: | 8/4/2015 |
| Invoice #: | 1089 |
| Policy #: | 105-21-108 |
| Division: | 0 thru 2 |
| Policy Year: | 2008 thru 2014 |

Remit to:                    AmeriHealth Casualty Services
                             Lockbox #8271
                             PO Box 8500
                             Philadelphia, PA  19178-8271

| | |
|---|---|
| Amount Due: $ | 906,403.14 |
| Due Date: | 8/20/2015 |
| | |
| Amount Enclosed: | |



## AmeriHealth
### CASUALTY SERVICES

1700 Market Street 7th Floor ◆ Philadelphia, PA 19103 ◆ Phone: 215-587-1776 ◆ Fax: 215-587-1284

# INVOICE

Trump Entertainment Resorts, Inc.
c/o Conner Strong Companies
1701 Route 70 East
Cherry Hill, NJ 08034

Date of Bill:            8/4/2015
Invoice #                    189

Amount Due:    $    24,208.35
Due Date:            8/20/2015

| Due Date | Transaction Description | | Amount |
|---|---|---|---|
| | Large Deductible Program | | |
| | **07/01/2015 - 07/31/2015 Claims Paid** | **Claims Admin Rate** | |
| 8/20/2015 | 2008 - 2012    $ 171,931.89 | 5.00% | 8,596.59 |
| | 2013 -2015    $ 240,180.80 | 6.50% | 15,611.75 |
| 8/20/2015 | Total Amount Due | | $    24,208.35 |

Please detach and return this portion with your remittance.

Please make checks payable to:  **AmeriHealth Casualty Services**

Trump Entertainment Resorts, Inc.
c/o Conner Strong Companies
1701 Route 70 East
Cherry Hill, NJ 08034

Date of Bill:            8/4/2015
Invoice #:                    189

Remit to:              AmeriHealth Casualty Services
                       1700 Market Street 7th Floor
                       Philadelphia, PA 19103
                       Attn:  Theresa Meyer

Amount Due:    $    24,208.35
Due Date:            8/20/2015

Amount Enclosed: _____

```
8:18:37                                                    Companion P&C                                                      8/04/2015
W7936R                                                Deductible Detail Report                                               PAGE:  1

GROUP: 105 Companion Property & Casualty Insurance Company    Losses As Of date: 7/31/2015    Deductible Billing Type: *ALL

EMPLOYER:    21    Trump Entertainment Resorts, Inc. Trump     A/R Posting date: 8/20/2015    Exclude Policies With No Activity: N
```

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | 0003761 | | INCURRED | 5/27/2009 | 820,162.53 | 42,162.47 | 8,675.00 | 871,000.00 | 0 | 291,541.01 | 3,533.71 |
| | | | PAID | 5/27/2009 | 249,237.25 | 42,162.47 | 3,675.00 | 295,074.72 | | | |
| 108 | 0004026 | | INCURRED | 6/15/2009 | 155,411.49 | 24,737.10 | 18,424.84 | 198,573.43 | 0 | 121,670.43 | 1,399.54 |
| | | | PAID | 6/15/2009 | 93,536.49 | 16,136.64 | 13,396.84 | 123,069.97 | | | |
| 108 | 0004215 | | INCURRED | 7/29/2009 | 153,184.84 | 60,242.45 | 15,789.26 | 229,216.55 | 0 | 181,078.25 | 1,335.36 |
| | | | PAID | 7/29/2009 | 106,639.90 | 60,242.45 | 15,531.26 | 182,413.61 | | | |

\* - Indicates a claim that is part of a multi-claim occurrence.

```
8:18:37                                                          Companion P&C                                                    8/04/2015
W7936R                                                      Deductible Detail Report                                              PAGE:  2

GROUP: 105 Companion Property & Casualty Insurance Company      Losses As of date: 7/31/2015        Deductible Billing Type: *ALL

EMPLOYER:    21    Trump Entertainment Resorts, Inc. Trump       A/R Posting date: 8/20/2015        Exclude Policies With No Activity: N
```

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | 0004741 | | | 6/30/2010 7/01/2010 | INCURRED PAID | 51,324.80 23,758.09 | 116,361.19 44,965.20 | 21,518.00 18,925.00 | 189,203.99 87,648.29 | 0 | 87,138.29 | 510.00 |
| 109 | 0007307 | | | 1/01/2010 1/01/2010 | INCURRED PAID | 27,288.00 .00 | 1,500.00 .00 | 6,940.00 3,001.11 | 35,728.00 3,001.11 | 0 | 2,763.61 | 237.50 |
| 109 | 0008998 | | | 1/01/2010 1/01/2010 | INCURRED PAID | 32,745.60 .00 | 7,500.00 4,529.26 | 14,440.00 12,191.00 | 54,685.60 16,720.26 | 0 | 16,220.26 | 500.00 |

\* - Indicates a claim that is part of a multi-claim occurrence.

```
8:18:37                                                                                                                              8/04/2015
W7936R                                                                                                                               PAGE:    3
```

Companion P&C
Deductible Detail Report

GROUP: 105 Companion Property & Casualty Insurance Company

Losses As Of date: 7/31/2015          Deductible Billing Type: *ALL

EMPLOYER:    21    Trump Entertainment Resorts, Inc. Trump

A/R Posting date: 8/20/2015           Exclude Policies With No Activity: N

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | 0005086 | | INCURRED PAID | 10/19/2010 10/19/2010 | 113,142.00 100,875.45 | 12,520.14 12,520.14 | 9,590.00 9,191.06 | 135,252.14 122,586.65 | 0 | 120,890.65 | 1,696.00 |
| 110 | 0005361 | | INCURRED PAID | 3/27/2011 3/27/2011 | 62,957.30 56,382.50 | 18,225.62 18,225.62 | 12,890.00 11,504.68 | 94,072.92 86,112.80 | 0 | 85,180.84 | 931.96 |
| 110 | 0005426 | | INCURRED PAID | 2/04/2011 2/04/2011 | 70,700.00 63,795.71 | 44,241.14 44,241.14 | 12,947.37 12,336.37 | 127,888.51 120,373.22 | 0 | 118,893.22 | 1,480.00 |
| 110 | 0005507 | | INCURRED PAID | 5/23/2011 5/23/2011 | 82,723.77 77,023.79 | 20,454.90 20,454.90 | 8,390.00 7,357.00 | 111,568.67 104,835.69 | 0 | 103,574.21 | 1,261.48 |
| 110 | 0005698 | | INCURRED PAID | 11/10/2010 11/11/2010 | 39,578.00 39,578.00 | 4,795.57 4,795.57 | 10,706.00 10,706.00 | 55,079.57 55,079.57 | 0 | 32,219.57 | 22,860.00 |

* - Indicates a claim that is part of a multi-claim occurrence.

```
8:18:37                                        Companion P&C                                                          8/04/2015
W7936R                                    Deductible Detail Report                                                    PAGE:    4

GROUP: 106 Companion Property & Casualty Insurance Company    Losses As Of date: 7/31/2015    Deductible Billing Type: *ALL

EMPLOYER:    21    Trump Entertainment Resorts, Inc. Trump    A/R Posting date: 8/20/2015    Exclude Policies With No Activity: N
```

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111 | 0005718 | | | 8/01/2011 | INCURRED | 47,498.10 | 8,797.89 | 11,290.00 | 67,586.99 | | | |
| | | | | 8/01/2011 | PAID | 40,651.38 | 8,797.89 | 11,221.00 | 60,670.27 | 0 | 59,671.79 | 998.48 |
| 111 | 0006043 | | | 12/06/2011 | INCURRED | 95,392.85 | 115,700.09 | 12,300.00 | 223,392.94 | | | |
| | | | | 12/06/2011 | PAID | 54,375.70 | 115,700.09 | 11,402.00 | 181,477.79 | 0 | 179,997.79 | 1,480.00 |
| 111 | 0006057 | | | 12/08/2011 | INCURRED | 76,761.98 | 323.58 | 13,326.20 | 90,411.76 | | | |
| | | | | 12/08/2011 | PAID | 62,976.64 | 323.58 | 11,789.30 | 75,089.52 | 0 | 74,560.95 | 528.57 |
| 111 | 0006152 | | | 11/22/2011 | INCURRED | 150,560.00 | .00 | 12,850.00 | 163,450.00 | | | |
| | | | | 11/22/2011 | PAID | 140,241.85 | .00 | 11,955.15 | 152,197.00 | 0 | 150,077.00 | 2,120.00 |
| 111 | 0006288 | | | 1/16/2012 | INCURRED | 90,897.88 | 19,000.00 | 11,416.50 | 121,314.38 | | | |
| | | | | 1/16/2012 | PAID | 72,429.88 | 18,708.37 | 7,740.50 | 98,878.75 | 0 | 97,366.75 | 1,512.00 |
| 111 | 0006514 | | | 10/01/2011 | INCURRED | 90,000.00 | .00 | 11,228.86 | 101,228.86 | | | |
| | | | | 10/01/2011 | PAID | 90,000.00 | .00 | 11,228.86 | 101,228.86 | C | 99,346.75 | 1,882.11 |
| 111 | 0008792 | | | 3/13/2012 | INCURRED | 13,608.00 | 3,500.00 | 6,940.00 | 24,048.00 | | | |
| | | | | 3/13/2012 | PAID | .00 | .00 | 878.00 | 878.00 | 0 | 753.00 | 125.00 |
| 111 | 0008960 | | | 5/05/2012 | INCURRED | 20,000.00 | 3,500.00 | 6,940.00 | 30,440.00 | | | |
| | | | | 5/05/2012 | PAID | .00 | 237.31 | 1,541.50 | 1,778.81 | 0 | 1,603.81 | 175.00 |
| 111 | 0009309 | | | 1/01/2012 | INCURRED | 10,000.00 | .00 | 6,940.00 | 16,940.00 | | | |
| | | | | 1/01/2012 | PAID | .00 | .00 | 945.00 | 945.00 | 0 | 717.00 | 228.00 |

* - Indicates a claim that is part of a multi-claim occurrence.

```
8:18:37                                                                  Companion P&C                                                  8/04/2015
W7936R                                                              Deductible Detail Report                                            PAGE: 5

GROUP: 105 Companion Property & Casualty Insurance Company        Losses As of date: 7/31/2015              Deductible Billing Type: *ALL

EMPLOYER:    21    Trump Entertainment Resorts, Inc. Trump         A/R Posting date: 8/20/2015               Exclude Policies With No Activity: N
```

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 112 | 0007105 | | | 10/13/2012 | INCURRED | 41,663.00 | 47,961.35 | 4,332.00 | 93,956.35 | C | 91,985.47 | 1,970.88 |
| | | | | 10/13/2012 | PAID | 41,663.00 | 47,961.35 | 4,332.00 | 93,956.35 | | | |
| 112 | 0007106 | | | 8/30/2012 | INCURRED | 37,243.53 | 19,290.44 | 8,496.70 | 65,030.67 | O | 49,939.21 | 927.28 |
| | | | | 8/30/2012 | PAID | 23,963.55 | 19,290.44 | 7,612.50 | 50,866.49 | | | |
| 112 | 0007424 | | | 2/15/2013 | INCURRED | 23,987.11 | 14,049.67 | 6,790.00 | 44,826.78 | O | 33,604.02 | 887.60 |
| | | | | 2/15/2013 | PAID | 18,075.05 | 13,429.07 | 2,987.50 | 34,491.62 | | | |
| 112 | 0007455 | | | 11/12/2012 | INCURRED | 93,539.36 | 33,674.45 | 8,365.00 | 135,578.81 | O | 97,212.39 | 1,512.00 |
| | | | | 11/12/2012 | PAID | 57,197.43 | 33,674.45 | 7,852.51 | 98,724.39 | | | |
| 112 | 0007465 | | | 2/26/2013 | INCURRED | 53,078.73 | 33,383.69 | 6,940.00 | 93,402.42 | O | 72,950.14 | 1,003.84 |
| | | | | 2/26/2013 | PAID | 34,717.63 | 33,383.69 | 5,852.66 | 73,953.98 | | | |
| 112 | 0007522 | | | 4/11/2013 | INCURRED | 64,028.47 | 50,000.00 | 8,590.00 | 122,618.47 | O | 56,528.55 | 162.50 |
| | | | | 4/11/2013 | PAID | 3,902.35 | 48,601.20 | 4,187.50 | 56,691.05 | | | |
| 112 | 0007680 | | | 4/25/2013 | INCURRED | 25,144.40 | 26,727.68 | 10,357.97 | 62,230.05 | O | 61,152.50 | 1,077.55 |
| | | | | 4/25/2013 | PAID | 25,144.40 | 26,727.68 | 10,357.97 | 62,230.05 | | | |
| 112 | 0007746 | | | 5/13/2013 | INCURRED | 54,607.40 | 67,225.00 | 9,840.00 | 131,672.40 | O | 34,643.54 | 16,778.49 |
| | | | | 5/13/2013 | PAID | 18,482.62 | 25,594.41 | 7,345.00 | 51,422.03 | | | |
| 112 | 0007872 | | | 5/21/2013 | INCURRED | 15,000.00 | .00 | 6,940.00 | 21,940.00 | O | 3,416.24 | 350.00 |
| | | | | 5/21/2013 | PAID | .00 | .00 | 3,766.24 | 3,766.24 | | | |
| 112 | 0007949 | | | 5/31/2013 | INCURRED | 35,000.00 | 4,575.00 | 8,190.00 | 47,765.00 | O | 6,463.23 | 275.00 |
| | | | | 5/31/2013 | PAID | .00 | 1,644.73 | 5,093.50 | 6,738.23 | | | |
| 112 | 0007995 | | | 12/10/2012 | INCURRED | 5,000.00 | .00 | 4,148.14 | 9,148.14 | C | 7,095.97 | 2,052.17 |
| | | | | 12/10/2012 | PAID | 5,000.00 | .00 | 4,148.14 | 9,148.14 | | | |
| 112 | 0008048 | | | 7/10/2013 | INCURRED | 20,000.00 | 5,000.00 | 6,940.00 | 31,940.00 | O | 4,666.05 | 150.00 |
| | | | | 7/10/2013 | PAID | .00 | 1,457.31 | 3,357.74 | 4,815.05 | | | |
| 112 | 0008210 | | | 6/17/2013 | INCURRED | 54,264.00 | 16,934.93 | 10,790.00 | 81,988.93 | O | 61,879.94 | 1,079.20 |
| | | | | 6/18/2013 | PAID | 35,570.71 | 16,934.93 | 10,453.50 | 62,959.14 | | | |
| 112 | 0008474 | | | 8/01/2012 | INCURRED | 62,260.06 | 50,400.00 | 7,790.00 | 120,450.06 | O | 40,919.85 | 912.50 |
| | | | | 9/07/2012 | PAID | 4,525.71 | 32,820.30 | 4,486.34 | 41,832.35 | | | |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:37
W7936R

Companion P&C
Deductible Detail Report

8/04/2015
PAGE: 6

GROUP: 105 Companion Property & Casualty Insurance Company

Losses As Of date: 7/31/2015

Deductible Billing Type: *ALL

EMPLOYER:    21    Trump Entertainment Resorts, Inc. Trump

A/R Posting date: 8/20/2015

Exclude Policies With No Activity: N

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|------|---------|-------------------|-----------|------------------------|---|------|---------|----------|-------|-----|--------------------------------------|-----------------------------------|
| 112 | 000901 | | | 1/01/2013 | INCURRED | 10,000.00 | .00 | 6,940.00 | 16,940.00 | 0 | 609.50 | 125.00 |
| | | | | 1/01/2013 | PAID | .00 | .00 | 734.50 | 734.50 | | | |

* - Indicates a claim that is part of a multi-claim occurrence.

```
8:18:37                                                                                                        8/04/2015
W7936R                                                                                                         PAGE:    7
```

GROUP: 106 Companion Property & Casualty Insurance Company

EMPLOYER:   21   Trump Entertainment Resorts, Inc. Trump

Companion P&C
Deductible Detail Report

Losses As Of date: 7/31/2015                    Deductible Billing Type: *ALL

A/R Posting date: 8/20/2015                     Exclude Policies With No Activity: N

| YEAR | CLAIM # | CLAIMANT NAME/SSN | PLAN TYPE | ACCIDENT/REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 | 0008201 | T | | 6/27/2013 8/27/2013 | INCURRED PAID | 21,554.27 18,323.87 | 18,788.43 11,690.43 | 8,866.80 3,946.80 | 49,229.50 33,961.10 | 0 | 33,559.10 | 402.00 |
| 113 | 0008216 | | | 8/31/2013 8/31/2013 | INCURRED PAID | 68,431.94 35,721.14 | 56,479.15 56,479.15 | 6,890.00 6,016.92 | 131,801.09 98,217.21 | 0 | 97,065.85 | 1,151.36 |
| 113 | 0008329 | | | 9/03/2013 10/06/2013 | INCURRED PAID | 46,001.99 27,430.95 | 31,310.05 31,310.05 | 6,690.00 3,693.00 | 84,002.04 62,434.00 | 0 | 61,430.16 | 1,003.84 |
| 113 | 0008345 | | | 10/09/2013 10/09/2013 | INCURRED PAID | 46,505.95 29,046.30 | 15,231.32 15,231.32 | 7,890.00 4,534.50 | 69,627.27 48,812.12 | 0 | 47,808.28 | 1,003.84 |
| 113 | 0008373 | | | 10/15/2013 10/15/2013 | INCURRED PAID | 31,660.00 25,409.64 | 25,316.64 25,316.64 | 8,115.00 5,852.25 | 65,091.64 56,578.53 | 0 | 55,632.53 | 946.00 |
| 113 | 0008498 | | | 10/13/2013 10/13/2013 | INCURRED PAID | 20,000.00 .00 | 5,000.00 .00 | 6,940.00 1,411.50 | 31,940.00 1,411.50 | 0 | 1,299.00 | 112.50 |
| 113 | 0008615 | | | 11/04/2013 11/04/2013 | INCURRED PAID | 15,000.00 .00 | 5,000.00 338.68 | 6,940.00 993.00 | 26,940.00 1,331.68 | 0 | 1,200.18 | 131.50 |
| 113 | 0008684 | | | 1/22/2014 1/22/2014 | INCURRED PAID | 21,201.44 21,201.44 | 4,011.61 4,011.61 | 4,451.12 4,451.12 | 29,664.17 29,664.17 | 0 | 29,157.92 | 506.25 |
| 113 | 0008722 | | | 1/31/2014 1/31/2014 | INCURRED PAID | 34,136.81 19,882.41 | 31,773.83 31,773.83 | 6,990.00 4,107.00 | 72,900.64 55,763.24 | 0 | 37,257.64 | 18,505.60 |
| 113 | 0008727 | | | 1/30/2014 1/30/2014 | INCURRED PAID | 44,192.34 24,836.34 | 68,684.32 68,684.32 | 8,265.00 6,738.00 | 121,141.66 100,258.66 | 0 | 78,344.18 | 23,914.48 |
| 113 | 0008955 | | | 3/20/2014 3/20/2014 | INCURRED PAID | 19,818.27 10,692.11 | 8,747.46 8,747.46 | 4,990.00 2,938.50 | 33,555.73 22,376.07 | 0 | 21,478.07 | 900.00 |
| 113 | 0009017 | | | 3/10/2014 3/10/2014 | INCURRED PAID | .00 .00 | 11,882.62 11,882.62 | 2,358.00 2,358.00 | 14,240.62 14,240.62 | 0 | 14,210.62 | 30.00 |
| 113 | 0009027 | | | 4/23/2014 4/23/2014 | INCURRED PAID | 3,813.61 3,813.61 | 34,062.66 34,062.66 | 2,745.06 2,745.06 | 40,621.33 40,621.33 | 0 | 40,591.33 | 30.00 |
| 113 | 0009292 | | | 7/07/2014 7/07/2014 | INCURRED PAID | 10,000.00 .00 | .00 .00 | 6,940.00 596.00 | 16,940.00 596.00 | 0 | 471.00 | 125.00 |

* - Indicates a claim that is part of a multi-claim occurrence.

```
8:18:37                                                                                                           8/04/2015
W7936R                                                                                                            PAGE: 8
```

Companion P&C
Deductible Detail Report

GROUP: 105 Companion Property & Casualty Insurance Company

EMPLOYER: 21    Trump Entertainment Resorts, Inc. Trump

Losses As of date: 7/31/2015          Deductible Billing Type: *ALL

A/R Posting date: 8/20/2015           Exclude Policies With No Activity: N

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 | 0009351 | | | 7/26/2014 | INCURRED | .00 | 3,809.39 | .00 | 3,809.39 | | | |
|  |  |  |  | 7/26/2014 | PAID | .00 | 3,809.39 | .00 | 3,809.39 | C | 3,719.39 | 90.00 |
| 113 | 0009360 | | | 7/29/2014 | INCURRED | 33,807.00 | 15,000.00 | 7,840.00 | 56,647.00 | | | |
|  |  |  |  | 7/29/2014 | PAID | .00 | 10,467.10 | 2,413.00 | 12,880.10 | O | 12,851.77 | 28.33 |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:37
W7936R

8/04/2015
PAGE: 9

Companion P&C
Deductible Detail Report

GROUP: 106 Companion Property & Casualty Insurance Company

Losses As Of date: 7/31/2015

Deductible Billing Type: *ALL

EMPLOYER:   21    Trump Entertainment Resorts, Inc. Trump

A/R Posting date: 8/20/2015

Exclude Policies With No Activity: N

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 0009417 | | | 8/12/2014 | INCURRED | .00 | 1,709.12 | .00 | 1,709.12 | C | .00 | 1,709.12 |
| | | | | 8/12/2014 | PAID | .00 | 1,709.12 | .00 | 1,709.12 | | | |
| 114 | 0009718 | | | 10/25/2014 | INCURRED | .00 | 2,110.32 | .00 | 2,110.32 | C | 1,970.66 | 139.66 |
| | | | | 10/25/2014 | PAID | .00 | 2,110.32 | .00 | 2,110.32 | | | |
| 114 | 0009796 | | | 11/21/2014 | INCURRED | 44,000.00 | 239,000.00 | 6,940.00 | 289,940.00 | O | 169,673.20 | 34,267.69 |
| | | | | 11/22/2014 | PAID | 18,745.35 | 184,588.04 | 637.50 | 203,940.89 | | | |
| 114 | 0009821 | | | 12/01/2014 | INCURRED | 40,000.00 | 15,000.00 | 8,690.00 | 63,690.00 | O | 8,629.03 | 10,825.40 |
| | | | | 12/01/2014 | PAID | .00 | 14,029.23 | 5,425.20 | 19,454.43 | | | |
| 114 | 0009856 | | | 1/04/2015 | INCURRED | 67,365.60 | 78,500.00 | 6,940.00 | 152,805.60 | O | 7,790.42 | 37,629.83 |
| | | | | 1/04/2015 | PAID | 4,326.00 | 40,565.75 | 428.50 | 45,320.25 | | | |
| 114 | 0009873 | | | 1/10/2015 | INCURRED | .00 | 670.77 | .00 | 670.77 | C | 574.03 | 96.74 |
| | | | | 1/10/2015 | PAID | .00 | 670.77 | .00 | 670.77 | | | |
| 114 | 0009924 | | | 2/08/2015 | INCURRED | .00 | 5,000.00 | .00 | 5,000.00 | O | 3,757.51 | 772.87 |
| | | | | 2/08/2015 | PAID | .00 | 4,530.38 | .00 | 4,530.38 | | | |
| 114 | 0009937 | | | 2/13/2015 | INCURRED | 28,376.00 | 15,000.00 | 6,940.00 | 50,316.00 | O | 3,680.13 | 639.66 |
| | | | | 2/13/2015 | PAID | .00 | 2,779.00 | 1,540.79 | 4,319.79 | | | |
| 114 | 0009960 | | | 2/21/2015 | INCURRED | 64,317.42 | 50,000.00 | 6,940.00 | 121,257.42 | O | 41,757.76 | 1,396.49 |
| | | | | 2/24/2015 | PAID | 2,126.65 | 39,981.60 | 1,046.00 | 43,154.25 | | | |
| 114 | 0009986 | | | 3/04/2015 | INCURRED | 33,957.00 | 7,500.00 | 8,940.00 | 50,397.00 | O | 3,143.89 | 1,490.14 |
| | | | | 3/04/2015 | PAID | .00 | 2,249.92 | 2,384.11 | 4,634.03 | | | |
| 114 | 0010007 | | | 1/21/2015 | INCURRED | 52,549.00 | 5,000.00 | 9,840.00 | 67,389.00 | O | 2,731.50 | 2,264.66 |
| | | | | 1/21/2015 | PAID | .00 | 1,139.66 | 3,856.50 | 4,996.16 | | | |
| 114 | 0010029 | | | 3/27/2015 | INCURRED | .00 | 910.97 | .00 | 910.97 | C | .00 | 910.97 |
| | | | | 3/27/2015 | PAID | .00 | 910.97 | .00 | 910.97 | | | |
| 114 | 0010034 | | | 4/06/2015 | INCURRED | .00 | 2,584.26 | .00 | 2,584.26 | C | .00 | 2,584.26 |
| | | | | 4/06/2015 | PAID | .00 | 2,584.26 | .00 | 2,584.26 | | | |
| 114 | 0010035 | | | 3/28/2015 | INCURRED | .00 | 2,354.80 | .00 | 2,354.80 | C | .00 | 2,354.80 |
| | | | | 3/28/2015 | PAID | .00 | 2,354.80 | .00 | 2,354.80 | | | |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:37
W7936R

8/04/2015
PAGE:  10

Companion P&C
Deductible Detail Report

GROUP: 106 Companion Property & Casualty Insurance Company

Losses As Of date: 7/31/2015

Deductible Billing Type: *ALL

EMPLOYER:     21   Trump Entertainment Resorts, Inc. Trump

A/R Posting date: 8/20/2015

Exclude Policies With No Activity: N

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|------|---------|-------------------|-----------|-----------------------|---------|------|---------|----------|-------|-----|-------------------------------------|----------------------------------|
| 114 | 0010039 | | | 4/01/2015 | INCURRED | .00 | 281.60 | .00 | 281.60 | | | |
|     |         | | | 4/01/2015 | PAID | .00 | 281.60 | .00 | 281.60 | C | .00 | 281.60 |
| 114 | 0010041 | | | 4/08/2015 | INCURRED | .00 | 1,500.00 | .00 | 1,500.00 | | | |
|     |         | | | 4/08/2015 | PAID | .00 | 1,219.84 | .00 | 1,219.84 | O | 1,080.18 | 139.66 |
| 114 | 0010062 | | | 4/19/2015 | INCURRED | 10,000.00 | 1,500.00 | 6,940.00 | 18,440.00 | | | |
|     |         | | | 4/19/2015 | PAID | .00 | 80.39 | 125.00 | 205.39 | O | .00 | 205.39 |
| 114 | 0010063 | | | 4/15/2015 | INCURRED | 30,283.20 | 12,500.00 | 5,940.00 | 48,723.20 | | | |
|     |         | | | 4/15/2015 | PAID | .00 | 2,230.56 | .00 | 2,230.56 | O | 1,203.33 | 1,027.23 |
| 114 | 0010070 | | | 4/21/2015 | INCURRED | 6,000.00 | .00 | 4,000.00 | 10,000.00 | | | |
|     |         | | | 4/21/2015 | PAID | .00 | .00 | 662.50 | 662.50 | O | .00 | 662.50 |
| 114 | 0010077 | | | 4/26/2015 | INCURRED | 62,333.00 | 20,000.00 | 6,940.00 | 89,273.00 | | | |
|     |         | | | 4/26/2015 | PAID | .00 | 3,083.88 | 512.50 | 3,596.38 | O | .00 | 3,596.38 |
| 114 | 0010078 | | | 4/25/2015 | INCURRED | .00 | 56.27 | .00 | 56.27 | | | |
|     |         | | | 4/25/2015 | PAID | .00 | 56.27 | .00 | 56.27 | C | .00 | 56.27 |
| 114 | 0010125 | | | 5/06/2015 | INCURRED | .00 | 1,599.90 | .00 | 1,599.90 | | | |
|     |         | | | 5/06/2015 | PAID | .00 | 1,599.90 | .00 | 1,599.90 | C | .00 | 1,599.90 |
| 114 | 0010135 | | | 4/24/2015 | INCURRED | 28,175.00 | 7,500.00 | 6,940.00 | 42,615.00 | | | |
|     |         | | | 4/24/2015 | PAID | .00 | .00 | 587.50 | 587.50 | O | .00 | 587.50 |
| 114 | 0010137 | | | 5/08/2015 | INCURRED | .00 | 141.46 | .00 | 141.46 | | | |
|     |         | | | 5/08/2015 | PAID | .00 | 141.46 | .00 | 141.46 | C | .00 | 141.46 |
| 114 | 0010148 | | | 5/14/2015 | INCURRED | .00 | 1,500.00 | 6,090.00 | 7,590.00 | | | |
|     |         | | | 5/14/2015 | PAID | .00 | 1,392.25 | .00 | 1,392.25 | O | 94.21 | 1,298.04 |
| 114 | 0010159 | | | 5/15/2015 | INCURRED | .00 | 2,088.36 | .00 | 2,088.36 | | | |
|     |         | | | 5/15/2015 | PAID | .00 | 2,088.36 | .00 | 2,088.36 | C | 703.76 | 1,384.60 |
| 114 | 0010165 | | | 5/19/2015 | INCURRED | 6,000.00 | .00 | 4,000.00 | 10,000.00 | | | |
|     |         | | | 5/19/2015 | PAID | .00 | .00 | 595.00 | 595.00 | O | .00 | 595.00 |
| 114 | 0010174 | | | 5/23/2015 | INCURRED | .00 | 1,500.00 | .00 | 1,500.00 | | | |
|     |         | | | 5/23/2015 | PAID | .00 | 842.09 | .00 | 842.09 | O | .00 | 842.09 |

* - Indicates a claim that is part of a multi-claim occurrence.

```
8:18:37                                                                                                                    8/04/2015
W7936R                                                                                                                     PAGE:  11

                                                   Companion P&C
                                                Deductible Detail Report

GROUP: 106 Companion Property & Casualty Insurance Company    Losses As Of date: 7/31/2015    Deductible Billing Type: *ALL

EMPLOYER:    21    Trump Entertainment Resorts, Inc. Trump     A/R Posting date: 8/20/2015    Exclude Policies With No Activity: N
```

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 0010183 | | | 5/30/2015 | INCURRED | .00 | 57.24 | .00 | 57.24 | C | | |
| | | | | 5/30/2015 | PAID | .00 | 57.24 | .00 | 57.24 | | .00 | 57.24 |
| 114 | 0010184 | | | 5/29/2015 | INCURRED | .00 | 188.42 | .00 | 188.42 | C | | |
| | | | | 5/29/2015 | PAID | .00 | 188.42 | .00 | 188.42 | | .00 | 188.42 |
| 114 | 0010185 | | | 6/01/2015 | INCURRED | .00 | 96.74 | .00 | 96.74 | C | | |
| | | | | 6/01/2015 | PAID | .00 | 96.74 | .00 | 96.74 | | .00 | 96.74 |
| 114 | 0010226 | | | 6/27/2015 | INCURRED | .00 | 135.81 | .00 | 135.81 | C | | |
| | | | | 6/27/2015 | PAID | .00 | 135.81 | .00 | 135.81 | | .00 | 135.81 |
| 114 | 0010242 | | | 7/06/2015 | INCURRED | .00 | 2,416.93 | .00 | 2,416.93 | C | | |
| | | | | 7/06/2015 | PAID | .00 | 2,416.93 | .00 | 2,416.93 | | .00 | 2,416.93 |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:37
W7936R

Companion P&C
Deductible Detail Report

GROUP: 106 Companion Property & Casualty Insurance Company

EMPLOYER:    21    Trump Entertainment Resorts, Inc. Trump

| YEAR | DEDUCTIBLE EFF DATE | PER CLAIM or OCCURRENCE | DEDUCTIBLE AMOUNT | AGGREGATE AMOUNT | TOTAL # OF CLAIMS | TOTAL AMOUNT PREVIOUS BILLED | TOTAL AMOUNT CURRENTLY BILLED | TOTAL AMT BILLED |
|------|--------------------|------------------------|-------------------|------------------|-------------------|------------------------------|-------------------------------|------------------|
| 108 | 03/06/2009 | OCCURRENCE | 500,000 | 6,261,151 | 3 | 594,289.69 | 6,268.61 | 600,558.30 |
| 109 | 08/01/2009 | OCCURRENCE | 500,000 | 6,094,800 | 3 | 106,122.16 | 1,247.50 | 107,369.66 |
| 110 | 08/01/2010 | OCCURRENCE | 500,000 | 6,000,000 | 5 | 460,758.49 | 28,229.44 | 488,987.93 |
| 111 | 08/01/2011 | OCCURRENCE | 500,000 | 6,000,000 | 9 | 664,094.84 | 9,049.16 | 673,144.00 |
| 112 | 08/01/2012 | OCCURRENCE | 500,000 | 6,500,000 | 15 | 623,065.60 | 29,264.01 | 652,329.61 |
| 113 | 08/01/2013 | CLAIM | 500,000 | 6,500,000 | 16 | 534,077.02 | 48,880.70 | 582,957.72 |
| 114 | 08/01/2014 | CLAIM | 500,000 | 6,500,000 | 33 | 246,789.61 | 112,295.05 | 359,084.66 |

TOTALS FOR ALL GROUP YEARS:    84    3,229,197.41    235,234.47    3,464,431.88

```
8:18:40                                    Companion P&C                                          8/04/2015
W7936R                               Deductible Detail Report                                    PAGE:   1

GROUP: 105 Companion Property & Casualty Insurance Company          Deductible Billing Type: *ALL

EMPLOYER:   21   1  Trump Entertainment Resorts, Inc., Trump        Exclude Policies With No Activity: N

                                              Losses As Of date: 7/31/2015

                                              A/R Posting date: 8/20/2015
```

|  | | ACCIDENT/ | | | | | | | REIMBURSABLE<br>PREVIOUS | DEDUCTIBLE<br>CURRENT |
|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | CLAIM # | CLAIMANT NAME<br>SSN | PLAN TYPE | REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL  O/C | AMOUNT<br>BILLED | AMOUNT<br>BILLED |

| 108 | 000347 | | | 12/26/2008<br>12/26/2008 | INCURRED<br>PAID | 106,063.29<br>88,724.14 | 48,066.53<br>48,066.53 | 13,800.00<br>10,973.81 | 167,929.82<br>147,764.48  0 | 146,180.48 | 1,584.00 |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:40
W7936R

Companion P&C
Deductible Detail Report

8/04/2015
PAGE:   2

GROUP: 105 Companion Property & Casualty Insurance Company

Losses As Of date: 7/31/2015

Deductible Billing Type: *ALL

EMPLOYER:   21    1   Trump Entertainment Resorts, Inc. Trump

A/R Posting date: 8/20/2015

Exclude Policies With No Activity: N

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | 0004669 | | | 5/19/2010 | INCURRED | 19,080.00 | 3,500.00 | 6,935.00 | 29,515.00 | O | 9,117.32 | 25.00 |
| | | | | 5/19/2010 | PAID | .00 | 2,829.32 | 6,313.00 | 9,142.32 | | | |
| 109 | 0004993 | | | 5/16/2010 | INCURRED | 26,252.00 | 13,480.60 | 7,328.50 | 47,061.10 | C | 20,719.10 | 26,342.00 |
| | | | | 5/16/2010 | PAID | 26,252.00 | 13,480.60 | 7,328.50 | 47,061.10 | | | |

* - Indicates a claim that is part of a multi-claim occurrence.

```
8:18:40                                                                                                                  8/04/2015
W7936R                                                                                                                   PAGE:   3
                                                   Companion P&C
                                              Deductible Detail Report

GROUP: 105 Companion Property & Casualty Insurance Company   Losses As Of date: 7/31/2015        Deductible Billing Type: *ALL

EMPLOYER:   21    1  Trump Entertainment Resorts, Inc., Trump   A/R Posting date: 8/20/2015       Exclude Policies With No Activity: N
```

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | 0005204 | | | 11/30/2010 | INCURRED | 38,639.54 | 26,788.11 | 14,026.40 | 79,454.05 | C | 79,154.80 | 299.25 |
| | | | | 11/30/2010 | PAID | 38,639.54 | 26,788.11 | 14,026.40 | 79,454.05 | | | |
| 110 | 0005485 | | | 4/08/2011 | INCURRED | 151,050.00 | .00 | 8,290.00 | 159,340.00 | O | 142,866.62 | 2,120.00 |
| | | | | 4/08/2011 | PAID | 138,051.71 | .00 | 6,934.91 | 144,986.62 | | | |
| 110 | 0005528 | | | 5/28/2011 | INCURRED | 39,263.36 | 5,941.81 | 9,818.00 | 55,023.17 | C | 54,584.67 | 438.50 |
| | | | | 5/28/2011 | PAID | 39,263.36 | 5,941.81 | 9,818.00 | 55,023.17 | | | |
| 110 | 0006819 | | | 1/01/2011 | INCURRED | .00 | .00 | 10,637.30 | 10,637.30 | C | 9,862.30 | 775.00 |
| | | | | 1/01/2011 | PAID | .00 | .00 | 10,637.30 | 10,637.30 | | | |
| 110 | 0008601 | | | 1/01/2011 | INCURRED | 15,000.00 | .00 | 6,940.00 | 21,940.00 | O | 985.00 | 913.50 |
| | | | | 1/01/2011 | PAID | .00 | .00 | 1,898.50 | 1,898.50 | | | |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:40
W7936R

Companion P&C
Deductible Detail Report

Losses As Of date: 7/31/2015

A/R Posting date: 8/20/2015

Deductible Billing Type: *ALL

Exclude Policies With No Activity: N

8/04/2015
PAGE:    4

GROUP: 105 Companion Property & Casualty Insurance Company

EMPLOYER:    21   1   Trump Entertainment Resorts, Inc. Trump

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REINBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 111 | 0005803 | | | 8/08/2011 | INCURRED | 138,142.71 | 107,103.80 | 19,150.00 | 264,396.51 | 0 | 201,430.62 | 1,480.00 |
| | | | | 8/08/2011 | PAID | 76,669.85 | 107,103.80 | 19,136.97 | 202,910.62 | | | |
| 111 | 0005835 | | | 8/22/2011 | INCURRED | 33,966.99 | 1,271.75 | 8,407.75 | 43,646.49 | C | 43,633.99 | 12.50 |
| | | | | 8/22/2011 | PAID | 33,966.99 | 1,271.75 | 8,407.75 | 43,646.49 | | | |
| 111 | 0005961 | | | 10/14/2011 | INCURRED | 169,019.96 | 69,500.00 | 11,480.00 | 249,999.96 | 0 | 89,444.29 | 151.00 |
| | | | | 10/14/2011 | PAID | 56,867.06 | 23,687.73 | 9,040.50 | 89,595.29 | | | |
| 111 | 0005974 | | | 10/19/2011 | INCURRED | 107,123.40 | 13,179.03 | 8,516.00 | 128,818.43 | 0 | 107,503.74 | 1,587.04 |
| | | | | 10/19/2011 | PAID | 90,232.75 | 13,179.03 | 5,679.00 | 109,090.78 | | | |
| 111 | 0006095 | | | 12/21/2011 | INCURRED | 49,424.40 | 18,000.00 | 7,790.00 | 75,214.40 | 0 | 18,466.96 | 500.00 |
| | | | | 12/21/2011 | PAID | .00 | 16,099.37 | 2,867.59 | 18,966.96 | | | |
| 111 | 0006123 | | | 11/01/2011 | INCURRED | 29,079.79 | 20,669.61 | 10,072.69 | 59,822.09 | C | 59,322.09 | 500.00 |
| | | | | 11/01/2011 | PAID | 29,079.79 | 20,669.61 | 10,072.69 | 59,822.09 | | | |
| 111 | 0006862 | | | 7/05/2012 | INCURRED | 54,527.62 | 18,500.00 | 14,550.00 | 87,577.62 | 0 | 33,061.52 | 200.00 |
| | | | | 7/07/2012 | PAID | 8,083.89 | 11,634.63 | 13,543.00 | 33,261.52 | | | |
| 111 | 0007012 | | | 10/26/2011 | INCURRED | 29,042.00 | 1,360.55 | 5,991.00 | 36,393.55 | C | 28,803.55 | 7,590.00 |
| | | | | 10/26/2011 | PAID | 29,042.00 | 1,360.55 | 5,991.00 | 36,393.55 | | | |
| 111 | 0007245 | | | 12/16/2011 | INCURRED | 27,270.00 | .00 | 6,940.00 | 34,210.00 | 0 | 3,415.99 | 50.00 |
| | | | | 12/16/2011 | PAID | .00 | .00 | 3,465.99 | 3,465.99 | | | |

* - Indicates a claim that is part of a multi-claim occurrence.

```
8:18:40                                                                                          8/04/2015
W7936R                                                                                           PAGE:    5
                                        Companion P&C
                                    Deductible Detail Report

GROUP: 105 Companion Property & Casualty Insurance Company

                                    Losses As of date: 7/31/2015          Deductible Billing Type: *ALL

EMPLOYER:    21    1 Trump Entertainment Resorts, Inc., Trump

                                    A/R Posting date: 8/20/2015           Exclude Policies With No Activity: N
```

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 112 | 0007303 | | | 1/13/2013 | INCURRED | 46,125.01 | 29,908.79 | 6,590.00 | 81,623.80 | 0 | 66,644.50 | 1,003.84 |
| | | | | 1/13/2013 | PAID | 34,979.05 | 29,908.79 | 2,760.50 | 67,648.34 | | | |
| 112 | 0007467 | | | 2/18/2013 | INCURRED | 71,635.56 | 32,337.36 | 6,090.00 | 110,062.92 | 0 | 37,624.37 | 43,214.00 |
| | | | | 2/19/2013 | PAID | 45,456.56 | 32,337.36 | 3,044.45 | 80,838.37 | | | |
| 112 | 0007656 | | | 4/20/2013 | INCURRED | 33,733.24 | 26,621.52 | 7,432.50 | 67,787.26 | 0 | 50,985.46 | 868.60 |
| | | | | 4/20/2013 | PAID | 18,253.54 | 26,621.52 | 6,979.00 | 51,854.06 | | | |
| 112 | 0007902 | | | 6/23/2013 | INCURRED | 51,439.60 | 20,000.00 | 6,990.00 | 78,429.60 | 0 | 46,226.05 | 880.00 |
| | | | | 6/23/2013 | PAID | 27,449.57 | 15,822.98 | 3,833.50 | 47,106.05 | | | |
| 112 | 0008020 | | | 7/20/2013 | INCURRED | 55,075.00 | 2,554.38 | 1,909.50 | 59,538.88 | C | 59,395.70 | 143.18 |
| | | | | 7/20/2013 | PAID | 55,075.00 | 2,554.38 | 1,909.50 | 59,538.88 | | | |
| 112 | 0008963 | | | 1/01/2013 | INCURRED | 28,380.00 | .00 | 7,290.00 | 35,670.00 | 0 | 3,744.23 | 137.50 |
| | | | | 1/01/2013 | PAID | .00 | .00 | 3,881.73 | 3,881.73 | | | |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:40
W7936R

Companion P&C
Deductible Detail Report

8/04/2015
PAGE: 6

GROUP: 105 Companion Property & Casualty Insurance Company

EMPLOYER:   21   1   Trump Entertainment Resorts, Inc. Trump

Losses As of date: 7/31/2015

A/R Posting date: 8/20/2015

Deductible Billing Type: *ALL

Exclude Policies With No Activity: N

| YEAR CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 113 0008097 | | | 8/04/2013 8/04/2013 | INCURRED PAID | 147,879.48 13,771.38 | 176,899.69 166,309.38 | 11,690.00 5,903.45 | 336,469.17 186,984.21 | 0 | 132,292.12 | 54,692.09 |
| 113 0008199 | | | 8/30/2013 8/30/2013 | INCURRED PAID | 27,588.00 26,460.18 | 4,847.73 4,847.73 | 8,690.00 7,176.93 | 41,125.73 38,486.84 | 0 | 37,557.80 | 929.04 |
| 113 0008346 | | | 10/11/2013 10/11/2013 | INCURRED PAID | 41,890.03 27,445.91 | 19,646.62 19,646.62 | 5,606.00 4,093.50 | 67,142.65 51,186.03 | 0 | 50,213.87 | 972.16 |
| 113 0008595 | | | 12/25/2013 12/25/2013 | INCURRED PAID | 172,226.37 47,718.29 | 36,122.33 36,122.33 | 6,740.00 4,727.50 | 215,088.70 88,568.12 | 0 | 87,103.08 | 1,465.04 |
| 113 0008604 | | | 1/04/2014 1/04/2014 | INCURRED PAID | 41,025.16 25,282.18 | 36,504.40 36,504.40 | 4,228.45 4,228.45 | 81,758.01 66,015.03 | 0 | 65,022.23 | 992.80 |
| 113 0008692 | | | 1/24/2014 1/24/2014 | INCURRED PAID | 42,916.00 24,762.40 | 21,847.20 21,847.20 | 5,504.44 5,504.44 | 70,267.64 52,114.04 | 0 | 51,089.24 | 1,024.80 |
| 113 0009036 | | | 4/27/2014 4/27/2014 | INCURRED PAID | .00 .00 | 1,505.98 1,505.98 | 3,913.00 3,913.00 | 5,418.98 5,418.98 | C | 5,358.98 | 60.00 |
| 113 0009069 | | | 5/03/2014 5/13/2014 | INCURRED PAID | 57,889.43 18,796.83 | 19,335.97 19,335.97 | 5,153.63 3,636.13 | 82,379.03 41,768.93 | 0 | 40,667.73 | 1,101.20 |
| 113 0009187 | | | 8/01/2013 8/01/2013 | INCURRED PAID | 11,134.00 11,134.00 | .00 .00 | 2,986.69 2,986.69 | 14,120.69 14,120.69 | C | 2,484.19 | 11,636.50 |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:40
W7936R

Companion P&C
Deductible Detail Report

8/04/2015
PAGE:    7

GROUP: 105 Companion Property & Casualty Insurance Company

EMPLOYER:    21    1   Trump Entertainment Resorts, Inc. Trump

Losses As Of date: 7/31/2015

A/R Posting date: 8/20/2015

Deductible Billing Type: *ALL

Exclude Policies With No Activity: N

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 114 | 000941! | | | 8/13/2014 | INCURRED | 71,640.00 | 47,500.00 | 11,090.00 | 130,230.00 | O | 60,698.44 | 3,219.50 |
| | | | | 8/13/2014 | PAID | 12,163.20 | 44,513.66 | 7,241.08 | 63,917.94 | | | |
| 114 | 000963! | | | 9/23/2014 | INCURRED | .00 | .00 | 1,712.00 | 1,712.00 | C | 1,682.00 | 30.00 |
| | | | | 9/23/2014 | PAID | .00 | .00 | 1,712.00 | 1,712.00 | | | |
| 114 | 000966! | | | 9/26/2014 | INCURRED | 13,124.14 | 1,475.86 | 2,385.00 | 16,985.00 | C | 1,895.00 | 15,090.00 |
| | | | | 9/26/2014 | PAID | 13,124.14 | 1,475.86 | 2,385.00 | 16,985.00 | | | |
| 114 | 001020! | | | 6/08/2015 | INCURRED | .00 | 757.55 | .00 | 757.55 | C | .00 | 757.55 |
| | | | | 6/08/2015 | PAID | .00 | 757.55 | .00 | 757.55 | | | |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:40
W7936R

8/04/2015
PAGE:   8

Companion P&C
Deductible Detail Report

GROUP: 105 Companion Property & Casualty Insurance Company

EMPLOYER:    21    1  Trump Entertainment Resorts, Inc. Trump

| YEAR | DEDUCTIBLE EFF DATE | PER CLAIM or OCCURRENCE | DEDUCTIBLE AMOUNT | AGGREGATE AMOUNT | TOTAL # OF CLAIMS | TOTAL AMOUNT PREVIOUS BILLED | TOTAL AMOUNT CURRENTLY BILLED | TOTAL AMT BILLED |
|---|---|---|---|---|---|---|---|---|
| 108 | 03/06/2009 | OCCURRENCE | 500,000 | 6,261,151 | 1 | 146,180.48 | 1,584.00 | 147,764.48 |
| 109 | 08/01/2009 | OCCURRENCE | 500,000 | 6,094,800 | 2 | 29,836.42 | 26,367.00 | 56,203.42 |
| 110 | 08/01/2010 | OCCURRENCE | 500,000 | 6,000,000 | 5 | 287,453.39 | 4,546.25 | 291,999.64 |
| 111 | 08/01/2011 | OCCURRENCE | 500,000 | 6,000,000 | 9 | 585,082.75 | 12,070.54 | 597,153.29 |
| 112 | 08/01/2012 | OCCURRENCE | 500,000 | 6,500,000 | 6 | 264,620.31 | 46,247.12 | 310,867.43 |
| 113 | 08/01/2013 | CLAIM | 500,000 | 6,500,000 | 9 | 471,789.24 | 72,873.63 | 544,662.87 |
| 114 | 08/01/2014 | CLAIM | 500,000 | 6,500,000 | 4 | 64,275.44 | 19,097.05 | 83,372.49 |
| TOTALS FOR ALL GROUP YEARS: | | | | | 36 | 1,849,238.03 | 182,785.59 | 2,032,023.62 |

8:18:41
W7936R

Companion P&C
Deductible Detail Report

Losses As Of date: 7/31/2015

A/R Posting date: 8/20/2015

8/04/2015
PAGE:    1

GROUP: 105 Companion Property & Casualty Insurance Company

Deductible Billing Type: *ALL

EMPLOYER:    21    2  Trump Entertainment Resorts, Inc. Trump

Exclude Policies With No Activity: N

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|------|---------|-------------------|-----------|----------------------|----------|------|---------|----------|--------|-----|-------------------------------------|----------------------------------|
| 114 | 000977. | | | 10/25/2014 | INCURRED | .00 | 139.56 | .00 | 139.56 | C | .00 | 139.56 |
| | | | | 10/29/2014 | PAID | .00 | 139.56 | .00 | 139.56 | | | |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:41
W7936R

8/04/2015
PAGE: 2

Companion P&C
Deductible Detail Report

GROUP: 10S Companion Property & Casualty Insurance Company

EMPLOYER:    21    2   Trump Entertainment Resorts, Inc. Trump

| YEAR | DEDUCTIBLE EFF DATE | PER CLAIM or OCCURRENCE | DEDUCTIBLE AMOUNT | AGGREGATE AMOUNT | TOTAL # OF CLAIMS | TOTAL AMOUNT PREVIOUS BILLED | TOTAL AMOUNT CURRENTLY BILLED | TOTAL AMT BILLED |
|------|---------------------|-------------------------|-------------------|------------------|-------------------|------------------------------|-------------------------------|------------------|
| 114 | 08/01/2014 | CLAIM | 500,000 | 6,500,000 | 1 | .00 | 139.56 | 139.56 |
| TOTALS FOR ALL GROUP YEARS: | | | | | 1 | .00 | 139.56 | 139.56 |

8:18:42
W793SR

8/04/2015
PAGE:   1

Companion P&C
Deductible Detail Report

GROUP: 106 Companion Property & Casualty Insurance Company

Losses As Of date: 7/31/2015          Deductible Billing Type: *ALL

EMPLOYER:    21    4  Trump Entertainment Resorts, Inc. Trump

A/R Posting date: 8/20/2015          Exclude Policies With No Activity: N

| YEAR | CLAIM # | CLAIMANT NAME / SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 108 | 0006128 | | | 9/08/2008 9/08/2008 | INCURRED PAID | 300,000.00 256,750.00 | .00 .00 | 2,500.00 750.00 | 302,500.00 267,500.00 | 0 | 264,532.00 | 2,968.00 |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:42
W7936R

8/04/2015
PAGE:  2

Companion P&C
Deductible Detail Report

GROUP: 106 Companion Property & Casualty Insurance Company

Losses As Of date: 7/31/2015

Deductible Billing Type: *ALL

EMPLOYER:    21    4   Trump Entertainment Resorts, Inc. Trump

A/R Posting date: 8/20/2015

Exclude Policies With No Activity: N

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | 0004428 | | | 12/01/2009 12/01/2009 | INCURRED PAID | 187,129.14 115,258.81 | 37,904.37 30,226.48 | 22,320.57 19,677.57 | 247,354.08 165,162.86 | O | 163,575.50 | 1,587.36 |
| 109 | 0005423 | | | 7/11/2010 7/11/2010 | INCURRED PAID | 26,806.68 26,806.68 | 15,455.02 15,455.02 | 14,354.64 14,354.64 | 56,616.34 56,616.34 | C | 56,166.34 | 450.00 |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:42
W7936R

8/04/2015
PAGE: 3

Companion P&C
Deductible Detail Report

GROUP: 105 Companion Property & Casualty Insurance Company

Losses As Of date: 7/31/2015    Deductible Billing Type: *ALL

EMPLOYER:   21   4   Trump Entertainment Resorts, Inc. Trump

A/R Posting date: 8/20/2015    Exclude Policies With No Activity: N

| YEAR | CLAIM # | CLAIMANT NAME SSN | PLAN TYPE | ACCIDENT/ REPORT DATE | | COMP | MEDICAL | EXPENSES | TOTAL | O/C | REIMBURSABLE PREVIOUS AMOUNT BILLED | DEDUCTIBLE CURRENT AMOUNT BILLED |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 110 | 0005939 | | | 5/14/2011 | INCURRED | 49,425.00 | 16,500.00 | 21,644.45 | 87,569.45 | 0 | 27,492.74 | 362.50 |
| | | | | 5/16/2011 | PAID | .00 | 8,748.29 | 19,106.95 | 27,855.24 | | | |
| 110 | 0006083 | | | 5/24/2011 | INCURRED | 49,425.00 | .00 | 15,940.00 | 65,365.00 | 0 | 11,214.18 | 12.50 |
| | | | | 5/24/2011 | PAID | .00 | .00 | 11,226.68 | 11,226.68 | | | |
| 110 | 0006119 | | | 5/23/2011 | INCURRED | 36,580.51 | 18,867.76 | 12,320.40 | 67,768.67 | 0 | 39,940.66 | 352.90 |
| | | | | 5/23/2011 | PAID | 16,249.50 | 15,485.76 | 8,558.30 | 40,293.56 | | | |
| 110 | 0006786 | | | 5/24/2011 | INCURRED | 50,000.00 | 5,000.00 | 6,940.00 | 61,940.00 | 0 | 3,122.80 | 1,137.50 |
| | | | | 5/24/2011 | PAID | .00 | .00 | 4,260.30 | 4,260.30 | | | |
| 110 | 0008145 | | | 5/24/2011 | INCURRED | 42,000.00 | .00 | 6,940.00 | 48,940.00 | 0 | 4,165.17 | 187.50 |
| | | | | 5/24/2013 | PAID | .00 | .00 | 4,352.67 | 4,352.67 | | | |

* - Indicates a claim that is part of a multi-claim occurrence.

8:18:42
W7936R

8/04/2015
PAGE:    4

Companion P&C
Deductible Detail Report

GROUP: 105 Companion Property & Casualty Insurance Company

EMPLOYER:    21    4 Trump Entertainment Resorts, Inc. Trump

| YEAR | DEDUCTIBLE EFF DATE | PER CLAIM or OCCURRENCE | DEDUCTIBLE AMOUNT | AGGREGATE AMOUNT | TOTAL # OF CLAIMS | TOTAL AMOUNT PREVIOUS BILLED | TOTAL AMOUNT CURRENTLY BILLED | TOTAL AMT BILLED |
|------|----------|----------|----------|----------|----------|----------|----------|----------|
| 108 | 03/06/2009 | OCCURRENCE | 500,000 | 6,261,151 | 1 | 264,532.00 | 2,968.00 | 267,500.00 |
| 109 | 08/01/2009 | OCCURRENCE | 500,000 | 6,094,800 | 2 | 219,741.84 | 2,037.36 | 221,779.20 |
| 110 | 08/01/2010 | OCCURRENCE | 500,000 | 6,000,000 | 5 | 85,935.55 | 2,052.90 | 87,988.45 |
| TOTALS FOR ALL GROUP YEARS: | | | | | 8 | 570,209.39 | 7,058.26 | 577,267.65 |